The Freecycle Network, Inc. v. Tim Oey
U.S. District Court
District of Arizona


Index of Exhibits to Complaint


| | |
|---|---|
| Exhibit A | E-mail dated 9/17/04 from Tim Oey re Intellectual Property |
| Exhibit B | E-mail dated 1/5/05 from Tim Oey re How to Protect the Freecycle Trademark |
| Exhibit C | E-mail dated 5/5/05 from Tim Oey to Pauline M. Gabriel |
| Exhibit D | E-mail dated 9/16/055 to Tim Oey requesting resignation |
| Exhibit E | Yahoo Groups messages |
| Exhibit F | E-mail dated 9/20/05 from Tim Oey re Goodbye |
| Exhibit G | Yahoo Groups message |

The Freecycle Network, Inc. v. Tim Oey
U.S. District Court
District of Arizona
Exhibit A

4. Must follow the terms in its End User License Agreement
(EULA).

Just for reference, I'm not a lawyer but I am in the
software industry and I
work very closely with many lawyers regarding how software
may and may not be
used.

Cheers,
Tim

---

**\*\*\*\*\*From:** Tim Oey <timoey@...>  Reduce_Reuse...
**Date:** Fri Sep 17, 2004  12:55 am  Offline
**Subject:** Freecycle -- intellectual property protection is important... Send Email

Since the Freecycle network is growing up, here are some
recommendations for
discussion and hopefully adoption (and general education).

Please note that I'm not a lawyer but I've been involved
with intellectual
property issues for about 20 years (copyrights, trademarks,
patents, etc). For
"official" advice, please consult the appropriate type of
attorney.


1) Everyone in the Freecycle network needs to protect the
"Freecycle" trademark.
Not only must trademarks be actively defended (as Deron is
doing), they must
also be used properly. Trademarks are adjectives, and must
only be used as such
(i.e., Freecycle moderators, Freecycle network, etc). Marks
should never be used
as nouns or verbs, nor should marks be pluralized or used
in the possessive
form. This is especially important in official Freecycle
communications -- web
sites, autosent emails, etc. Unfortunately this does crimp
the use of "Keep on
Freeeyclin'" -- catchy, but risky.


2) What is the official full name of the Freecycle non-
profit? Is it "The
Freecycle Network"? or "Freecycle, Inc." or what?


3) As people create material for Freecycle, it would be
useful to come up with
some sort of concise copyright policy for everyone to use
that references the

official full Freecycle name. For material of significant length, here is what
I recommend:

a) Either the standard:
Copyright <year> The Freecycle Network, All Rights Reserved

or

b)
Copyright <year> The Freecycle Network, All Rights Reserved

Official Freecycle sites may re-use, edit, extract, redistribute, and update
this article as long as this copyright statement is retained.

If you redistribute, you may optionally give credit to whoever has contributed
to it thus far.
Credits: <names of contributors>


The nice thing about (b) is that it is pretty clear that stuff can be updated by
others in the Freecycle network -- this constitutes a simple mini-license that
sticks to Freecycle copyrighted material and also gives contributors a way to be
recognized.


Cheers,
Tim

---

**From:** Tim Oey <timoey@...>
**Date:** Fri Sep 17, 2004 4:05 am
**Subject:** Re: [freecyclemodsquad] RE; HOW DO I ADDRESS THIS? (ADMIN: WEAPONS)

Reduce_Reuse...
☺Offline
✉Send Email

Umm, I hope we'll trust our moderators to achieve a rational balance (vs the
type of screening you get at the airport these days). For instance the following
items I'm ok with (and have seen) on a Freecycle list but would not give to a 4
year old (or leave a 4 year old around without supervision):

Matches
Lighters (for barbecues)
Barbecue grill
Sewing machine