The Freecycle Network, Inc. v. Tim Oey
U.S. District Court
District of Arizona
Exhibit B



# [freecyclemodsquad] How to Protect the Freecycle Trademark (was: Verbing a Noun - "To Freecycle")

1 message

**Tim Oey <timoey@yahoo.com>**                                      Wed, Jan 5, 2005 at 10:22 PM
To: freecyclemodsquad@yahoogroups.com
Cc: Sherry <bookworms@comcast.net>, Cynthia Armistead <freecycle@technozoo.org>

Sherry & Cynthia -- Thanks for the excellent explanation about trademarks and the great links!

All -- I'm glad Deron has finally published an official rule about use of the term "Freecycle" as used by The Freecycle Network. Below is further practical guidance on how to do the right thing.

My own local group (http://groups.yahoo.com/group/freecyclesunnyvale/) has been Freecycle trademark safe for several months now. It is a bit tricky but it is important. A big advantage that Freecycle has over commercial companies is that we have all of you out there to help guide everyone (particularly journalists) in the proper use of the Freecycle term. Journalists are usually quite happy to help as it is a common concern for them.

---

How to Protect the Freecycle Trademark

The Freecycle trademark is very important to The Freecycle Network. Use of the term "Freecycle" denotes a group that is officially approved by The Freecycle Network and one that the members can expect to adhere to a certain level of quality and security (as described by Freecycle etiquette).

To properly protect the Freecycle trademark, Freecycle staff, moderators, and journalists must do the following.

1) The first or most prominent mention of Freecycle in a document (on the Freecycle.org site, in an article, on a Freecycle group home page) should include the (TM) designation, preferably as a superscript. The (TM) superscript is not needed in casual emails but should be used in posted documents and on web sites.

For example:
- See the current Freecycle logo graphic at http://Freecycle.org
- See how the words "The Freecycle (TM) Network" appear at:
http://groups.yahoo.com/group/freecyclesunnyvale/
- Here is a sentence example: "This Freecycle (TM) group supports Sunnyvale, California."

In HTML, the easiest way to add the TM superscript is to use the following HTML code (remove the periods from this example -- they are included so this code is not interpreted as html in this email):
< sup><.font size="1">TM<./font><./sup>

2) Major official Freecycle publications (like the main Freecycle.org site, major official documents, and press releases) should say at the bottom:
"Freecycle is a trademark of The Freecycle Network."

3) The word "Freecycle" must always be capitalized or otherwise set off from the surrounding text.

4) The word "Freecycle" must always be used as an adjective, never as a noun or verb.

For example.
- Do not say "I'm a freecycler." Do say "I'm a Freecycle member."
- Do not use the term "freecyclin", say something else.
- Do not say "Please freecycle!", say "Please join a Freecycle group!" or "Please join The Freecycle Network"

Note: the term "Freecycle" may be used as a short name reference to "The Freecycle Network", just as "Adobe" is used as a short way to refer to "Adobe Systems Incorporated" (for examples see http://www.adobe.com/aboutadobe/main.html and Adobe's "Terms of Use" at http://www.adobe.com/misc/copyright.html)

For further details about trademarks, service marks, and how to use them properly, please see:
http://www.inta.org/info/faqs.html
and
http://en.wikipedia.org/wiki/Trademark

Enjoy!!
------------------------------

Cheers,
Tim



------------------------ Yahoo! Groups Sponsor --------------------~-->
Take a look at donorschoose.org, an excellent charitable web site for
anyone who cares about public education!
http://us.click.yahoo.com/O.5XsA/8WnJAA/E2hLAA/rcTolB/TM
--------------------------------------------------------------------~->


Yahoo! Groups Links

<*> To visit your group on the web, go to:
    http://groups.yahoo.com/group/freecyclemodsquad/

<*> To unsubscribe from this group, send an email to:
    freecyclemodsquad-unsubscribe@yahoogroups.com

<*> Your use of Yahoo! Groups is subject to:
    http://docs.yahoo.com/info/terms/

---