The Freecycle Network, Inc. v. Oey et al

Doc. 1 Att. 4

The Freecycle Network, Inc. v. Tim Oey
U.S. District Court
District of Arizona
Exhibit C

Dockets.Justia.com

the NGA for Saskatchewan, since I'm in pretty constant contact with
most of the mods here, I have gone thru most of the groups myself,
and made sure to help, or get them help to get their groups tm'd.
Maybe, if the tmsupport (or someone else) doesn't do this already, it
might be an idea.

With over 2000 groups, if we could made smaller, more manageable
chunks to check, it shouldn't take too long to go thru all the
official groups - and maybe even have time to check for rogues. I
know in my travels I've spotted one or two that aren't tm'd
correctly...... who should I be sending these to? If anyone.

--
Pauline Gabriel       mmouse@sasktel.net
Regina-Freecycle listowner and busy PR person......
FreecycleModSquadCanada and PrairieModSquad co-owner
and International and Saskatchewan Freecycle NGA.
http://www.freecycle.org for an official Freecycle(tm) group in your
area!


------------------------ Yahoo! Groups Sponsor --------------------~-->
Dying to be thin?
Anorexia, Narrated by Julianne Moore .
http://us.click.yahoo.com/FLQ_sC/gsnJAA/E2hLAA/rcTolB/TM
[Quoted text hidden]


---

**Tim Oey <timoey@yahoo.com>**                                        Thu, May 5, 2005 at 6:25 PM
To: "Pauline M. Gabriel" <mmouse@sasktel.net>, freecyclederon <deron@freecycle.org>,
freecyclemodsquad@yahoogroups.com

Hmmm.... tracking which groups are using the Freecycle trademark correctly seems like a good idea to me. It
would be useful to know how many groups are doing a good job, how many not, and how many are unknown.

BTW, while registration of the trademark is pending, the Freecycle trademark itself is not pending -- it is real,
Freecycle is using it, and has the right to defend it to a degree even without registration. If it becomes
registered, than Freecycle will have more methods to defend its use as well as more solid backing.

The reason that the Freecycle trademark is important is because people are associating it with an excellent
service. People join The Freecycle Network because they trust it. So the more we work to make Freecycle
trustworthy, distinct, and useful, the more people recognize it, the more people join it, and the more power the
network has to generate gifts rather than trash -- which is THE goal.

Cheers,
Tim

At 10:40 AM -0600 5/5/05, Pauline M. Gabriel wrote:
>Since not all groups keep current with info (it would be nice if they
>did, but we all know that not all our members keep up with list
>policies, so why expect all group moderators to do this), might it be
>wise to set up a temp position for each state, to go thru all the
>groups in that state, and bring forth those groups to the tmsupport@
>for contact, or contact them themselves, and nudge them along. As
>the NGA for Saskatchewan, since I'm in pretty constant contact with
>most of the mods here, I have gone thru most of the groups myself,
>and made sure to help, or get them help to get their groups tm'd.
>Maybe, if the tmsupport (or someone else) doesn't do this already, it

>might be an idea.
>
>With over 2000 groups, if we could made smaller, more manageable
>chunks to check, it shouldn't take too long to go thru all the
>official groups - and maybe even have time to check for rogues. I
>know in my travels I've spotted one or two that aren't tm'd
>correctly... ...who should I be sending these to? If anyone.


[Quoted text hidden]