The Freecycle Network, Inc. v. Tim Oey
U.S. District Court
District of Arizona
Exhibit D

Paula
pdspencer@earthlink.com
Be kind to each other.

---

No virus found in this incoming message.
Checked by AVG Anti-Virus.
Version: 7.0.344 / Virus Database: 267.11.1/104 - Release Date: 9/16/2005

**\*\*Step down letter from Paula, the GOA, to Tim.**

----- Original Message -----
From: "Paula" <california@freecycle.org>
To: <oey@post.harvard.edu>
Cc: <deron@freecycle.org>
Sent: Friday, September 16, 2005 12:04 PM
Subject: Trademark Issues

> Tim,
>
> As a volunteer representative of The FreecycleT Network you have publicly
> requested that members actively campaign against the organization
> obtaining the Trademark it has filed for. The following are quotes from
> your post:
>
> "The best way to keep freecycle in the public domain is for as many people
> and groups as possible to continue to use the term generically.
>
> If you feel that the term freecycle is generic, you can let the USPTO know
> by sending a letter to:
> Commissioner Of Trademarks" (address followed)
>
> "Yahoo listens to its customers, so if folks complain about groups being
> deleted for use of the term "freecycling" than members/moderators of those
> groups should complain to Yahoo "(email address followed)
>
> This is contrary to the mission of this organization to keep the trademark
> free from external corporate use and solely open to local members of The
> FreecycleT Network. Therefore, I must ask that you step down as the as
> a moderator of the Freecycle Sunnyvale list. I would appreciate your
> cooperation as soon as possible and confirming that you have done so.
>
> Sincerely,
> Paula
>
> All the best,
> Paula