The Freecycle Network, Inc. v. Tim Oey
U.S. District Court
District of Arizona
Exhibit G

Yahoo!   My Yahoo!   Mail   Make Yahoo! your home page



Search the Web [_____] Search

Groups Home - Help



| Group Member - Edit Membership                                    Start a Group | My Groups

**fcnext** · Free Recycling - The Next Generation

- Home
- Messages
-   Post
- Chat
- Files
- Photos
- Links
- Database
- Polls
- Calendar

- Promote

**Yahoo! Groups Tips**
Did you know...
You can create an FAQ for your group?

Yahoo! 360°

**Messages**   Message # [___] Go   Search: [_____] Go   Messages Help

Post Message

Up Thread | Message Index | View Source | Unwrap Lines      Message 3171 of 4099   < Previous Message  |  Next Message >

[Reply]  [Forward]

From: Tim Oey <timoey@...>
Date: Thu Feb 23, 2006  9:55 am
Subject: Let your voices be heard...

reduce_reuse...
◎ Offline
✉ Send Email
✣ Invite to Yahoo! 360°

Many of us know that TFN is already a bit crazy in trying to clamp down on free
speech freedoms, but now is a great time to further the cause and keep freecycle
free for everyone forever (and drive TFN even crazier).

What you can do on your own:

1) Using TFN's directory, please contact all the freecycle groups in your state
and surrounding states to let them know that freecycle is a generic term. Ask
them to visit http://greenribbon.us for more information. There is no need to be
that organized about it but if you think you have a state well covered, please
post a note to fcnext. You'll need to dribble the mails out a few at a time and
by as many people as possible to get around Yahoo's intricate group owner spam
catchers. Make all your emails unique -- don't repeat exactly the same contents

Case 4:06-cv-05778-RCC   Document 1-9   Filed 04/04/2006   Page 2 of 4

Keep connected to your friends and family through blogs, photos and more. Create your own 360° page now.

```
or subject, etc.

2) If you currently have a group within TFN, either take it out of TFN and tell
all your members that freecycling should stay free or do comply initially with
TFN's request so that your group is not deleted but then later sprinkle
freecycling around your group and other groups so the free grassroots movement
continues to be free (this is likely to really drive TFN nuts).  Let more people
know about  http://greenribbon.us

3) Do give TFN GOAs a hard time because they are doing bad things by limiting
free speech. Free speech is very important. Let everyone know that TFN does not
need to control freecycling for TFN to be successful.

4) Get your freecycling is free statements to Eric for posting on
http://greenribbon.us

5) Let others know that freecycling is a wonderful thing that people can do via
Google, Craigslist, Yahoo Groups, any email list, or however they wish -- even
just leaving stuff out on the curb with a "Free" or "Freecycle this" note
attached.

Spread the word and let the word be free.

Enjoy!

Cheers,
Tim
```

| Replies | | Author | Date |
|---|---|---|---|
| 3190 | Re: Let your voices be heard... I don't think any of that is a good idea. Why not let the courts decide it? By... | If I told ya..... belhaven_lass | Feb 23, 2006 5:18 pm |

| 3314 | Re: Let your voices be heard... Hi Lass, The courts will get to it eventually. How is encouraging others to... | Tim Oey reduce_reuse... | Feb 26, 2006 11:00 pm |
| --- | --- | --- | --- |
| 3336 | Re: Let your voices be heard... i second tim's post...educating others is a necessity in any grassroots ... | xtina (freecycle mode... existentialista | Feb 27, 2006 5:11 am |
| 3348 | Re: Let your voices be heard... I think I've made my intent known when it comes to FreeSpeech :-) FreeCyco ... ... | Free cycle Recycle freecycos | Feb 27, 2006 6:47 am |

Reply   Forward

Up Thread | Message Index | View Source | Unwrap Lines     **Message 3171** of 4099   < Previous Message | Next Message >

Message # [ ] Go   Search: [ ] Go                                                              Post Message

**YAHOO! SPONSOR RESULTS**

Target.com: Blue Ribbon - Blue ribbon online. Save 10% - 20% at Target.com.
www.target.com

Blue Ribbon for Gift Wrapping - Blue ribbon plus many other assorted colors and sizes of gift wrapping ribbons, bows and raffia.
www.buygiftribbon.com

Copyright © 2006 Yahoo! Inc. All rights reserved.
Privacy Policy - Copyright/IP Policy - Terms of Service - Guidelines - Help