# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

(CIVIL ORDER - MINUTE ENTRY)

Case No.:    CIV 06-173-TUC-RCC            Date:    April 19, 2006

Title:    Freecycle Network v. OEY

**HONORABLE RANER C. COLLINS**

     A hearing regarding a motion for a temporary restraining order and a preliminary injunction is set for **Monday, April 24, 2006, at 2:00 p.m.**

Raner C. Collins
United States District Judge