**DeCONCINI McDONALD
YETWIN & LACY, P.C.**
2525 East Broadway, Suite 200
Tucson, Arizona 85716-5300
Telephone: 520-322-5000
Facsimile: 520-322-5585

LISA ANNE SMITH, AZ Bar No. 016762
(lsmith@dmyl.com)
SHEFALI MILCZAREK-DESAI, AZ Bar No. 021237
(smdesai@dmyl.com)

**PERKINS COIE LLP**
101 Jefferson Drive
Menlo Park, California 94025-1114
Telephone: (650) 838-4300
Facsimile: (650) 838-4350
*Pro hac vice admission pending*

PAUL J. ANDRE, CA Bar No. 196585
(pandre@perkinscoie.com)
LISA KOBIALKA, CA Bar No. 191404
(lkobialka@perkinscoie.com)
ESHA BANDYOPADHYAY, CA Bar No. 212249
(ebandyopadhyay@perkinscoie.com)
SEAN BOYLE, CA Bar No. 238128
(sboyle@perkinscoie.com)

Attorneys for Plaintiff
THE FREECYCLE NETWORK, INC.

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| THE FREECYCLE NETWORK, INC., an Arizona non-profit organization,<br><br>Plaintiff,<br><br>v.<br><br>TIM OEY, an individual<br><br>Defendant. | CASE NO. 06-CV-00173-RCC<br><br>PLAINTIFF THE FREECYCLE NETWORK, INC.'S NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION<br><br>Date: April 24, 2006<br>Time: 2:00 p.m.<br>Before: Honorable Raner C. Collins<br>Location: Courtroom 5B |

NOTICE OF MOTION AND MOTION
FOR PRELIMINARY INJUNCTION

TO DEFENDANT TIM OEY AND HIS ATTORNEY OF RECORD:

Pursuant to Federal Rule of Civil Procedure 65, please take notice that on April 24, 2006, or as soon thereafter as possible, Plaintiff The Freecycle Network, Inc. ("The Freecycle Network") will move, and hereby moves, for a preliminary injunction against Defendant Tim Oey ("Defendant" or "Oey"), restraining and enjoining Defendant from inducing infringement of The Freecycle Network's intellectual property, including its trademarks or any variation or imitation thereof, disparaging The Freecycle Network's intellectual property, including its trademarks or any variation or imitation thereof, and from disseminating false and misleading statements regarding The Freecycle Network and its intellectual property, including its trademarks or any variation or imitation thereof.

This motion is based upon the grounds that The Freecycle Network has demonstrated a likelihood of success on the merits of its claims for contributory trademark infringement, trademark disparagement, injurious falsehood, defamation, and intentional interference with business relations; that The Freecycle Network is being irreparably harmed, and will continue to be irreparably harmed, if the requested temporary restraining order is not granted; and that the balance of hardships favors entry of the requested preliminary injunction.

This motion is based upon The Freecycle Network's Complaint filed with this Court on April 4, 2006 (attached to the supporting Declaration of Esha Bandyopadhyay as Exhibit A), this Notice of Motion and Motion, the Memorandum of Points and Authorities filed in support of this Motion, the supporting Declaration of Esha Bandyopadhyay, the supporting Declaration of Deron Beal, the [Proposed] Order for Entry of Preliminary Injunction, the materials currently on file in this action, and such argument of counsel as the Court may request.

Dated: April 19, 2006      DeCONCINI McDONALD YETWIN & LACY, P.C.
                           & PERKINS COIE LLP

                           By: _____/s/_____

                           Attorneys for Plaintiff
                           The Freecycle Network, Inc.

- 2 -

NOTICE OF MOTION AND MOTION
FOR PRELIMINARY INJUNCTION