DECONCINI MCDONALD
   YETWIN & LACY, P.C.
2525 East Broadway, Suite 200
Tucson, Arizona 85716-5300
Telephone: 520-322-5000
Facsimile: 520-322-5585

LISA ANNE SMITH, AZ Bar No. 016762
(lsmith@dmyl.com)
SHEFALI MILCZAREK-DESAI, AZ Bar No. 021237
(smdesai@dmyl.com)

PERKINS COIE LLP
101 Jefferson Drive
Menlo Park, California 94025-1114
Telephone: (650) 838-4300
Facsimile: (650) 838-4350
*Pro hac vice admission pending*

PAUL J. ANDRE, CA Bar No. 196585
(pandre@perkinscoie.com)
LISA KOBIALKA, CA Bar No. 191404
(lkobialka@perkinscoie.com)
ESHA BANDYOPADHYAY, CA Bar No. 212249
(ebandyopadhyay@perkinscoie.com)
SEAN BOYLE, CA Bar No. 238128
(sboyle@perkinscoie.com)

Attorneys for Plaintiff
THE FREECYCLE NETWORK, INC.

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| THE FREECYCLE NETWORK, INC., an Arizona non-profit organization,<br><br>    Plaintiff,<br><br>v.<br><br>TIM OEY,<br>an individual<br><br>    Defendant. | CASE NO. 06-CV-00173-RCC<br><br>DECLARATION OF ESHA BANDYOPADHYAY IN SUPPORT OF THE FREECYCLE NETWORK, INC.'S *EX PARTE* MOTION FOR TEMPORARY RESTRAINING ORDER AND MOTION FOR PRELIMINARY INJUNCTION<br><br>Date:     April 24, 2006<br>Time:    2:00 p.m.<br>Before:  Honorable Raner C. Collins<br>Location: Courtroom 5B |

BANDYOPADHYAY DECLARATION IN SUPPORT OF
*EX PARTE* MOTION FOR TEMPORARY RESTRAINING ORDER &
MOTION FOR PRELIMINARY INJUNCTION

[BY06/0920.052]

Case 4:06-cv-00173-RCC    Document 8    Filed 04/19/2006    Page 1 of 2

Dockets.Justia.com

I, ESHA BANDYOPADHYAY, declare:

1. I am an attorney with the law firm of Perkins Coie LLP, counsel of record for plaintiff The Freecycle Network, Inc. ("The Freecycle Network"). I have personal knowledge of the facts set forth in this Declaration and can testify competently to those facts.

2. Attached hereto as Exhibit A is a true and correct copy of The Freecycle Network's Complaint filed in this action on April 4, 2006.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed in Menlo Park, California on April 19, 2006.

By: /s/
Esha Bandyopadhyay

Attorney for Plaintiff
The Freecycle Network, Inc.

- 2 -

BANDYOPADHYAY DECLARATION IN SUPPORT OF
EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER &
MOTION FOR PRELIMINARY INJUNCTION