The Freecycle Network, Inc. v. Tim Oey
U.S. District Court
District of Arizona
06-CV-173-TUC-RCC
Exhibit A to Bandyopadhyay Declaration

Dockets.Justia.com

**DeCONCINI McDONALD YETWIN & LACY, P.C.**
2525 East Broadway, Suite 200
Tucson, Arizona 85716-5300
Telephone: 520-322-5000
Facsimile: 520-322-5585

LISA ANNE SMITH, AZ Bar No. 016762
(lsmith@dmyl.com)
SHEFALI MILCZAREK-DESAI, AZ Bar. No. 021237
(smdesai@dmyl.com)

**PERKINS COIE LLP**
101 Jefferson Drive
Menlo Park, California 94025-1114
Telephone: (650) 838-4300
Facsimile: (650) 838-4350
*Pro hac vice admission pending*

PAUL J. ANDRE, CA Bar No. 196585
(pandre@perksincoie.com)
LISA KOBIALKA, CA Bar No. 191404
(lkobialka@perkinscoie.com)
ESHA BANDYOPADHYAY, CA Bar No. 212249
(ebandyopadhyay@perkinscoie.com)
SEAN BOYLE, CA Bar No. 238128
(sboyle@perkinscoie.com)

Attorneys for Plaintiff
THE FREECYCLE NETWORK, INC.

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| THE FREECYCLE NETWORK, INC., an Arizona non-profit organization,<br><br>    Plaintiff,<br><br>v.<br><br>TIM OEY and JANE DOE OEY,<br><br>    Defendants. | Case No.<br><br>COMPLAINT FOR TRADEMARK DISPARAGEMENT, INJURIOUS FALSEHOOD, DEFAMATION, INTENTIONAL INTERFERENCE WITH BUSINESS RELATIONS<br><br>DEMAND FOR JURY TRIAL<br><br><u>Assigned to:</u> |

Plaintiff The Freecycle Network, Inc. ("Plaintiff" or "The Freecycle Network") hereby alleges for its Complaint against Defendant Tim Oey ("Defendant" or "Mr. Oey")

and Defendant Jane Doe Oey ("Mrs. Oey"), on personal knowledge as to its own activities and on information and belief as to the activities of others, as follows:

### The Parties

1.    The Freecycle Network is an incorporated Arizona non-profit organization with its principal place of business in Tucson, Arizona. The Freecycle Network promotes recycling by providing support to and acting as a central organizing point for local community-based recycling efforts throughout the United States and several countries abroad.

2.    Defendants are residents of Sunnyvale, California. Defendant is a former member of The Freecycle Network. Defendant Jane Doe Oey is, on information and belief, the spouse of Defendant Mr. Oey, and all actions taken by Defendant were taken on behalf of the marital community.

### Jurisdiction and Venue

3.    This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§ 1331 and 1338, as this action arises under the trademark laws of the United States.

4.    This Court has further jurisdiction under 28 U.S.C. § 1332, in that The Freecycle Network and Defendant are citizens of different states and the matter in controversy exceeds the sum of $75,000, exclusive of interests and costs.

5.    This Court has original jurisdiction over The Freecycle Network's state law claims under 28 U.S.C. § 1332(a), as well as supplemental jurisdiction over these claims under 28 U.S.C. § 1367(a).

6.    Venue is proper in this Court pursuant to 28 U.S.C. § 1391(a), as this is a district in which a substantial part of the events giving rise to the claims occurred.

### Background Facts

7.    The Freecycle Network is a non-profit organization that provides local, community-based recycling and gifting forums throughout the United States. Starting with a single recycling community in Tucson, The Freecycle Network has grown to a

- 2 -

1  worldwide organization with thousands of local recycling, reusing, and gifting groups

2  and more than two million individual members.  The Freecycle Network maintains an

3  Internet Web site, located at www.freecycle.org, which maintains a directory of local

4  recycling groups throughout the world and provides resources for volunteers to create

5  new local recycling groups.

6      8.    The Freecycle Network has been using the distinctive and famous

7  trademarks FREECYCLE, THE FREECYCLE NETWORK, and the distinctive and

8  famous "The Freecycle Network" logo (collectively "The Freecycle Network's Marks")

9  exclusively and continuously since at least May 1, 2003.  The Freecycle Network's

10  Marks comprise the core of The Freecycle Network's intellectual property.

11      9.    In addition to The Freecycle Network's long and continuous use of The

12  Freecycle Network's Marks, registration of The Freecycle Network's Marks is currently

13  pending before the United States Patent and Trademark Office.

14      10.    As a result of its use and promotion of The Freecycle Network's Marks,

15  The Freecycle Network has built up and now owns valuable goodwill that is symbolized

16  by these trademarks.

17      11.    The Freecycle Network enters into contractual relationships with local

18  recycling organizations and with corporate sponsors.  The Freecycle Network provides

19  corporate sponsors a limited non-exclusive license to use its intellectual property and

20  recycling know-how, in exchange for monetary donations.

21      12.    The Freecycle Network provides local volunteers with a limited non-

22  exclusive license to use The Freecycle Network's Marks for local promotions.  The

23  Freecycle Network's Marks are used to identify local recycling groups that belong

24  generally to The Freecycle Network organization.  The Freecycle Network's Marks are

25  further used by The Freecycle Network to promote recycling and reuse of usable items

26  within a community.  Individual recyclers rely on The Freecycle Network's Marks to

27  know that they are dealing with a local organization affiliated with The Freecycle

28  Network.

- 3 -

13.  Defendant was an active member of The Freecycle Network from early 2004 until late 2005, holding a variety of positions during this time including, but not limited to, (1) membership in The Freecycle Network's intellectual property working group, and (2) leader of the New Website Planning Group, tasked with developing The Freecycle Network's next-generation Internet Web site.

14.  Defendant vigorously defended The Freecycle Network's rights to The Freecycle Network's Marks in public e-mail exchanges and various Internet fora while he was a member of The Freecycle Network. Examples include:

(a)  In an e-mail dated September 17, 2004, Defendant stated, in pertinent part, "Everyone in the Freecycle network needs to protect the "Freecycle" trademark." (*See* Exhibit A.)

(b)  In an e-mail dated January 5, 2005, Defendant provided a list of guidelines entitled "How To Protect the Freecycle Trademark" that includes detailed instructions for proper use of the FREECYCLE mark. (*See* Exhibit B.)

(c)  In an e-mail dated May 5, 2005, Defendant stated, in pertinent part, "...the Freecycle trademark [] ...is real, Freecycle is using it, and has the right to defend it to a degree even without registration. The reason that the Freecycle trademark is important is that people are associating it with an excellent service. People join The Freecycle Network because they trust it. So the more we work to make Freecycle trustworthy, distinct, and useful, the more people recognize it, the more people join it, and the more power the network has to generate gifts rather than trash – which is THE goal." (*See* Exhibit C.)

15.  On or around September 15, 2005, Defendant was asked to resign from his position at The Freecycle Network due to behavior from Defendant contrary to the mission of The Freecycle Network Organization. (*See* Exhibit D.)

16.  Since terminating his membership in The Freecycle Network, Defendant has engaged in a systematic campaign to destroy the value of The Freecycle Network's intellectual property, particularly The Freecycle Network's Marks.

- 4 -

17. Defendant has intentionally made false statements about The Freecycle Network's operations and the validity of The Freecycle Network's intellectual property, including The Freecycle Network's Marks. These statements include assertions that The Freecycle Network does not possess valid trademark rights in The Freecycle Network's Marks, assertions that The Freecycle Network's Marks, specifically the FREECYCLE mark, is a generic term, and assertions that third parties can freely use The Freecycle Network's Marks. Examples include:

(a) In a Yahoo! Groups message, Defendant stated, in pertinent part, "...it is legal for everyone to use the term freecycle...so have fun with it!" (*See* Exhibit E.)

(b) In an e-mail dated September 20, 2005, Defendant stated, in pertinent part, "...I have encouraged people to use the term freecycle as a generic term which would block The Freecycle Network (The Freecycle Network), and all others, from holding a trademark...." (*See* Exhibit F.)

(c) In a Yahoo! Groups message dated February 23, 2006, Defendant stated, in pertinent part, "...please contact all the freecycle groups in your state and surrounding states to let them know that freecycle is a generic term...." (*See* Exhibit G.)

18. Defendant has published false and misleading statements regarding The Freecycle Network and The Freecycle Network's Marks to third parties, through public e-mail lists and public Yahoo! Groups Web sites. (*See generally* Exhibits A-F).

19. Defendant has attempted to intentionally and maliciously induce local recycling organizations to terminate their association with The Freecycle Network and misuse The Freecycle Network's trademarks. Examples include:

(a) In a Yahoo! Groups message dated February 23, 2006, Defendant maliciously encouraged others to misuse The Freecycle Network's Marks in a manner that will "[d]rive The Freecycle Network nuts." (*See* Exhibit G.)

- 5 -

(b)     In the same Yahoo! Groups message, Defendant intentionally encouraged others to misuse the Marks "[b]ecause [The Freecycle Network] are doing bad things." *Id.*

(c)     In a Yahoo! Groups message dated September 20, 2005, Defendant stated "I have actually encouraged people to use the term freecycle as a generic term which would block The Freecycle Network (The Freecycle Network), and all others, from holding a trademark…." (*See* Exhibit F.)

**FIRST CLAIM FOR RELIEF**

(Contributory Trademark Infringement, 15 U.S.C. § 1125(a))

20.     The Freecycle Network repeats and re-alleges the allegations of paragraphs 1 through 19 of the Complaint as if fully set forth herein.

21.     Defendant has been knowingly inducing third parties to infringe The Freecycle Network's Marks.

22.     Such knowing inducement of infringement of The Freecycle Network's Marks by Defendant constitutes contributory trademark infringement in violation of Section 43(a) of the Lanham Act (15 U.S.C. § 1125(a)).

23.     The Freecycle Network is informed and believes that Defendant's past and continuing contributory trademark infringement of The Freecycle Network's Marks has been deliberate and willful, and was calculated to harm the goodwill of The Freecycle Network's Marks, and of The Freecycle Network's reputation and goodwill.

24.     Defendant's contributory infringing conduct has damaged The Freecycle Network in an amount to be determined at trial, and will continue to damage The Freecycle Network, unless restrained by this Court. The Freecycle Network is entitled to an injunction, as set forth below, and as a consequence of Defendant's willful conduct, to an award against Defendant in an amount of three times The Freecycle Network's damages, and The Freecycle Network's attorneys' fees and costs incurred in connection with this action.

///

- 6 -

## SECOND CLAIM FOR RELIEF

(Trademark Disparagement, 15 U.S.C. § 1125(a))

25. The Freecycle Network repeats and re-alleges the allegations of paragraphs 1 through 24 of the Complaint as if fully set forth herein.

26. Defendant has intentionally made false statements about The Freecycle Network's operations and the validity of The Freecycle Network's intellectual property, including The Freecycle Network's Marks. These statements include assertions that The Freecycle Network does not possess valid trademark rights in The Freecycle Network's Marks, and assertions that The Freecycle Network's Marks, specifically the FREECYCLE mark, is a generic term.

27. Defendant made such false statements with malice, in an attempt to harm The Freecycle Network's right to its intellectual property, harm the goodwill of The Freecycle Network's Marks, and harm The Freecycle Network's reputation and goodwill.

28. The Freecycle Network has suffered special damages due to Defendant's false statements in an amount to be determined at trial, including, but not limited to, a loss of goodwill, decreased membership, loss of potential corporate sponsorship, and potential loss of intellectual property right in The Freecycle Network's Marks. Defendant will continue to damage The Freecycle Network, unless restrained by this Court. The Freecycle Network is entitled to an injunction, as set forth below, and as a consequence of Defendant's willful conduct, to an award against Defendant in an amount of three times The Freecycle Network's damages, and The Freecycle Network's attorneys' fees and costs incurred in connection with this action.

## THIRD CLAIM FOR RELIEF

(Injurious Falsehood, Arizona Common Law)

29. The Freecycle Network repeats and re-alleges the allegations of paragraphs 1 through 28 of the Complaint as if fully set forth herein.

30. Defendant has published false statements to third parties, through public e-mail lists and public Yahoo! Groups Web sites, regarding The Freecycle Network and

1   The Freecycle Network's Marks. The Freecycle Network's false statements in this
2   regard include, but are not limited to, assertions that The Freecycle Network's Marks are
3   generic, that The Freecycle Network does not have valid trademark rights in The
4   Freecycle Network's Marks, and that third parties can freely use the FREECYCLE mark.

5       31.     Defendant intentionally made such false statements with the knowledge
6   that they were false.

7       32.     Defendant made such false statements in an effort to dissuade the readers of
8   these statements from entering into or maintaining business and volunteer relationships
9   with The Freecycle Network.

10      33.     The Freecycle Network has suffered pecuniary loss due to Defendant's
11  false statements in an amount to be determined at trial, including, but not limited to, a
12  loss of goodwill, decreased membership, loss and/or reduction of potential corporate
13  sponsorship, and potential loss of intellectual property right in The Freecycle Network's
14  Marks. Defendant will continue to damage The Freecycle Network, unless restrained by
15  this Court. The Freecycle Network is entitled to an injunction, as set forth below, and as
16  a consequence of Defendant's willful conduct, to an award against Defendant in an
17  amount of three times The Freecycle Network's damages, and The Freecycle Network's
18  attorneys' fees and costs incurred in connection with this action.

19                          **FOURTH CLAIM FOR RELIEF**

20                       (Defamation, Arizona Common Law)

21      34.     The Freecycle Network repeats and re-alleges the allegations of paragraphs
22  1 through 33 of the Complaint as if fully set forth herein.

23      35.     Defendant has made false and misleading public statements concerning The
24  Freecycle Network and The Freecycle Network's Marks. The Freecycle Network's false
25  statements in this regard include, but are not limited to, assertions that The Freecycle
26  Network's Marks are generic, that The Freecycle Network does not have valid trademark
27  rights in The Freecycle Network's Marks, and that third parties can freely use the
28  FREECYCLE mark.

- 8 -

36.    Defendant has published these false and misleading statements without authorization from The Freecycle Network, on public e-mail lists and public Yahoo! Groups Web sites.

37.    Defendant intentionally made such false and misleading statements with the knowledge that such statements were false and misleading.

38.    Defendant made such false and misleading statements with malice, in an attempt to harm The Freecycle Network's right to its intellectual property, harm the goodwill of The Freecycle Network's Marks, and harm The Freecycle Network's reputation and goodwill.

39.    The Freecycle Network has suffered special harm due to Defendant's false statements in an amount to be determined at trial, including, but not limited to, a loss of goodwill, decreased membership, loss of potential corporate sponsorship, and potential loss of intellectual property right in The Freecycle Network's Marks.   Defendant will continue to damage The Freecycle Network, unless restrained by this Court.   The Freecycle Network is entitled to an injunction, as set forth below, and as a consequence of Defendant's willful conduct, to an award against Defendant in an amount of three times The Freecycle Network's damages, and The Freecycle Network's attorneys' fees and costs incurred in connection with this action.

## FIFTH CLAIM FOR RELIEF

(Intentional Interference with Business Relationship, Arizona Common Law)

40.    The Freecycle Network repeats and re-alleges the allegations of paragraphs 1 through 39 of the Complaint as if fully set forth herein.

41.    The Freecycle Network enters into contractual relationships with its local recycling, reusing, and gifting groups, and with corporate sponsors.

42.    Due to his prior involvement in The Freecycle Network, Defendant has personal knowledge of The Freecycle Network's contractual relationships with its local recycling, reusing, and gifting groups, and with corporate sponsors.

- 9 -

43. Defendant intentionally made false and misleading statements regarding The Freecycle Network and The Freecycle Network's Marks in an attempt to disrupt The Freecycle Network's contractual relationships by (1) stating that The Freecycle Network does not hold valid rights in the FREECYCLE mark, and (2) attempting to induce local recycling organizations to terminate their association with The Freecycle Network and misuse The Freecycle Network's trademarks.

44. Defendant made such false and misleading statements with malice, in an attempt to harm The Freecycle Network's right to its intellectual property, harm the goodwill of The Freecycle Network's Marks, and harm The Freecycle Network's reputation and goodwill.

45. The Freecycle Network has suffered damages due to Defendant's false statements in an amount to be determined at trial, including, but not limited to, a loss of goodwill, decreased membership, loss of potential corporate sponsorship, and potential loss of intellectual property rights in The Freecycle Network's Marks. Defendant will continue to damage The Freecycle Network, unless restrained by this Court. The Freecycle Network is entitled to an injunction, as set forth below, and as a consequence of Defendant's willful conduct, to an award against Defendant in an amount of three times The Freecycle Network's damages, and The Freecycle Network's attorneys' fees and costs incurred in connection with this action.

## **PRAYER FOR RELIEF**

WHEREFORE, The Freecycle Network requests that the Court enter judgment in its favor and against Defendants on its Complaint as follows:

A. An injunction temporarily, preliminarily and permanently enjoining and restraining Defendant, its agents, servants, employees, affiliates, attorneys, and all those in privity or acting in concert with Defendant, from using or inducing third parties to use The Freecycle Network's Marks in any form or any close variation thereof;

B. An injunction temporarily, preliminarily and permanently enjoining and restraining Defendant, its agents, servants, employees, affiliates, attorneys, and all those

- 10 -

1   in privity or acting in concert with Defendant, from interfering with The Freecycle

2   Network's business relationships;

3       C.      An award of damages to The Freecycle Network adequate to compensate

4   The Freecycle Network for Defendant's acts of infringement, disparagement,

5   interference, injurious falsehood, and defamation, together with interest thereon, and an

6   increase in the amount of damages to three times the amount found or assessed by this

7   Court because of the willful and deliberate nature of Defendant's acts, as provided by

8   35 U.S.C. § 284;

9       D.      An award of The Freecycle Network's costs incurred in this action,

10  together with reasonable attorneys' fees;

11      E.      Granting such other and further relief as this Court may deem just and

12  proper.

13                      **DEMAND FOR JURY TRIAL**

14      The Freecycle Network demands a jury trial on all issues.

15      Dated this 4ᵗʰ day of April, 2006.

16                              DᴇCONCINI MᴄDONALD
                                    YETWIN & LACY, P.C., and
17                              PERKINS COIE LLP

18

19      By: _____
                                Lisa Anne Smith
20                              Shefali Milczarek-Desai

21                              Paul J. Andre
                                Lisa Kobialka
22                              Esha Bandyopadhyay
                                Sean Boyle
23
                                Attorneys for Plaintiff
24                              The Freecycle Network, Inc.

25

26

27

28

# VERIFICATION

STATE OF ARIZONA          )
                          ) ss.
County of Pima            )

I, Deron Beal, upon penalty of perjury, depose and say that:

1.      I am the Executive Director and Board Chair of The Freecycle Network, Inc.

2.      I have reviewed The Freecycle Network, Inc.'s Complaint for Trademark Disparagement, Injurious Falsehood, Defamation, and Intentional Interference with Business Relations.

3.      To the best of my knowledge, the contents of this document are true and correct.

DATED this 4th day of April, 2006.

Subscribed and sworn to before me
this 4th day of April, 2006,
by Deron Beal.

_____
Notary Public

OFFICIAL SEAL
LINDA W. KEILHOLTZ
Notary Public - Arizona
PIMA COUNTY
My Commission Expires
January 27, 2008

My Commission Expires:

_1-27-08_____

The Freecycle Network, Inc. v. Tim Oey
U.S. District Court
District of Arizona


Index of Exhibits to Complaint


Exhibit A     E-mail dated 9/17/04 from Tim Oey re Intellectual Property
Exhibit B     E-mail dated 1/5/05 from Tim Oey re How to Protect the Freecycle
              Trademark
Exhibit C     E-mail dated 5/5/05 from Tim Oey to Pauline M. Gabriel
Exhibit D     E-mail dated 9/16/055 to Tim Oey requesting resignation
Exhibit E     Yahoo Groups messages
Exhibit F     E-mail dated 9/20/05 from Tim Oey re Goodbye
Exhibit G     Yahoo Groups message

The Freecycle Network, Inc. v. Tim Oey
U.S. District Court
District of Arizona
Exhibit A

4. Must follow the terms in its End User License Agreement (EULA).

Just for reference, I'm not a lawyer but I am in the software industry and I
work very closely with many lawyers regarding how software may and may not be
used.

Cheers,
Tim

---

**\*\*\*\*\*From:** Tim Oey <timoey@...>                    Reduce_Reuse...
**Date:** Fri Sep 17, 2004  12:55 am                   ✉Offline
**Subject:** Freecycle -- intellectual property protection is important...✉Send Email
Since the Freecycle network is growing up, here are some recommendations for
discussion and hopefully adoption (and general education).

Please note that I'm not a lawyer but I've been involved with intellectual
property issues for about 20 years (copyrights, trademarks, patents, etc). For
"official" advice, please consult the appropriate type of attorney.


1) Everyone in the Freecycle network needs to protect the "Freecycle" trademark.
Not only must trademarks be actively defended (as Deron is doing), they must
also be used properly. Trademarks are adjectives, and must only be used as such
(i.e., Freecycle moderators, Freecycle network, etc). Marks should never be used
as nouns or verbs, nor should marks be pluralized or used in the possessive
form. This is especially important in official Freecycle communications -- web
sites, autosent emails, etc. Unfortunately this does crimp the use of "Keep on
Freecyclin'" -- catchy, but risky.


2) What is the official full name of the Freecycle non-profit? Is it "The
Freecycle Network"? or "Freecycle, Inc." or what?


3) As people create material for Freecycle, it would be useful to come up with
some sort of concise copyright policy for everyone to use that references the

official full Freecycle name. For material of significant length, here is what
I recommend:

a) Either the standard:
Copyright <year> The Freecycle Network, All Rights Reserved

or

b)
Copyright <year> The Freecycle Network, All Rights Reserved

Official Freecycle sites may re-use, edit, extract, redistribute, and update
this article as long as this copyright statement is retained.

If you redistribute, you may optionally give credit to whoever has contributed
to it thus far.
Credits: <names of contributors>


The nice thing about (b) is that it is pretty clear that stuff can be updated by
others in the Freecycle network -- this constitutes a simple mini-license that
sticks to Freecycle copyrighted material and also gives contributors a way to be
recognized.


Cheers,
Tim

---

**From:** Tim Oey <timoey@...>
**Date:** Fri Sep 17, 2004 4:05 am
**Subject:** Re: [freecyclemodsquad] RE; HOW DO I ADDRESS THIS? (ADMIN: WEAPONS)

Reduce_Reuse...
&Offline
✉Send Email

Umm, I hope we'll trust our moderators to achieve a rational balance (vs the
type of screening you get at the airport these days). For instance the following
items I'm ok with (and have seen) on a Freecycle list but would not give to a 4
year old (or leave a 4 year old around without supervision):

Matches
Lighters (for barbecues)
Barbecue grill
Sewing machine

The Freecycle Network, Inc. v. Tim Oey
U.S. District Court
District of Arizona
Exhibit B



# [freecyclemodsquad] How to Protect the Freecycle Trademark (was: Verbing a Noun - "To Freecycle")

1 message

---

**Tim Oey <timoey@yahoo.com>**                                   **Wed, Jan 5, 2005 at 10:22 PM**
To: freecyclemodsquad@yahoogroups com
Cc: Sherry <bookworms@comcast.net>, Cynthia Armistead <freecycle@technozoo.org>

Sherry & Cynthia -- Thanks for the excellent explanation about trademarks and the great links!

All -- I'm glad Deron has finally published an official rule about use of the term "Freecycle" as used by The Freecycle Network. Below is further practical guidance on how to do the right thing.

My own local group (http://groups.yahoo.com/group/freecyclesunnyvale/) has been Freecycle trademark safe for several months now. It is a bit tricky but it is important. A big advantage that Freecycle has over commercial companies is that we have all of you out there to help guide everyone (particularly journalists) in the proper use of the Freecycle term. Journalists are usually quite happy to help as it is a common concern for them.

---------------------------------
How to Protect the Freecycle Trademark

The Freecycle trademark is very important to The Freecycle Network.  Use of the term "Freecycle" denotes a group that is officially approved by The Freecycle Network and one that the members can expect to adhere to a certain level of quality and security (as described by Freecycle etiquette).

To properly protect the Freecycle trademark, Freecycle staff, moderators, and journalists must do the following.

1) The first or most prominent mention of Freecycle in a document (on the Freecycle.org site, in an article, on a Freecycle group home page) should include the (TM) designation, preferably as a superscript. The (TM) superscript is not needed in casual emails but should be used in posted documents and on web sites.

For example:
- See the current Freecycle logo graphic at http://Freecycle.org
- See how the words "The Freecycle (TM) Network" appear at:
http://groups.yahoo.com/group/freecyclesunnyvale/
- Here is a sentence example: "This Freecycle (TM) group supports Sunnyvale, California."

In HTML, the easiest way to add the TM superscript is to use the following HTML code (remove the periods from this example -- they are included so this code is not interpreted as html in this email):
< sup >< font size="1" >TM< /font >< /sup >

2) Major official Freecycle publications (like the main Freecycle.org site, major official documents, and press releases) should say at the bottom:
"Freecycle is a trademark of The Freecycle Network "

3) The word "Freecycle" must always be capitalized or otherwise set off from the surrounding text.

4) The word "Freecycle" must always be used as an adjective, never as a noun or verb.

For example.
- Do not say "I'm a freecycler." Do say "I'm a Freecycle member."
- Do not use the term "freecyclin", say something else.
- Do not say "Please freecycle!", say "Please join a Freecycle group!" or "Please join The Freecycle Network"

Note: the term "Freecycle" may be used as a short name reference to "The Freecycle Network", just as "Adobe" is used as a short way to refer to "Adobe Systems Incorporated" (for examples see http://www.adobe.com/aboutadobe/main.html and Adobe's "Terms of Use" at http://www.adobe.com/misc/copyright.html)

For further details about trademarks, service marks, and how to use them properly, please see:
http://www.inta.org/info/faqs.html
and
http://en.wikipedia.org/wiki/Trademark

Enjoy!!
--------------------------------

Cheers,
Tim




--------------------------- Yahoo! Groups Sponsor ---------------------~-->
Take a look at donorschoose.org, an excellent charitable web site for
anyone who cares about public education!
http://us.click.yahoo.com/O.5XsA/8WnJAA/E2hLAA/rcTolB/TM
--------------------------------------------------------------------~-->


Yahoo! Groups Links

<*> To visit your group on the web, go to:
    http://groups.yahoo.com/group/freecyclemodsquad/

<*> To unsubscribe from this group, send an email to:
    freecyclemodsquad-unsubscribe@yahoogroups.com

<*> Your use of Yahoo! Groups is subject to:
    http://docs.yahoo.com/info/terms/

Case 4:06-cv-00173-RCC    Document 8-2    Filed 04/13/2006    Page 20 of 36

The Freecycle Network, Inc. v. Tim Oey
U.S. District Court
District of Arizona
Exhibit C

the NGA for Saskatchewan, since I'm in pretty constant contact with
most of the mods here, I have gone thru most of the groups myself,
and made sure to help, or get them help to get their groups tm'd.
Maybe, if the tmsupport (or someone else) doesn't do this already, it
might be an idea.

With over 2000 groups, if we could made smaller, more manageable
chunks to check, it shouldn't take too long to go thru all the
official groups - and maybe even have time to check for rogues.  I
know in my travels I've spotted one or two that aren't tm'd
correctly......who should I be sending these to?  If anyone.

--
Pauline Gabriel        mmouse@sasktel.net
Regina-Freecycle listowner and busy PR person.....
FreecycleModSquadCanada and PrairieModSquad co-owner
and International and Saskatchewan Freecycle NGA.
http://www.freecycle.org for an official Freecycle(tm) group in your
area!


---------------------- Yahoo! Groups Sponsor ---------------------~-->
Dying to be thin?
Anorexia. Narrated by Julianne Moore .
http://us.click.yahoo.com/FLQ_sC/gsnJAA/E2hLAA/rcTolB/TM
[Quoted text hidden]

---

**Tim Oey <timoey@yahoo.com>**                          **Thu, May 5, 2005 at 6:25 PM**
To: "Pauline M. Gabriel" <mmouse@sasktel.net>, freecyclederon <deron@freecycle.org>,
freecyclemodsquad@yahoogroups.com

Hmmm... tracking which groups are using the Freecycle trademark correctly seems like a good idea to me. It
would be useful to know how many groups are doing a good job, how many not, and how many are unknown.

BTW, while registration of the trademark is pending, the Freecycle trademark itself is not pending -- it is real,
Freecycle is using it, and has the right to defend it to a degree even without registration.  If it becomes
registered, than Freecycle will have more methods to defend its use as well as more solid backing.

The reason that the Freecycle trademark is important is because people are associating it with an excellent
service. People join The Freecycle Network because they trust it. So the more we work to make Freecycle
trustworthy, distinct, and useful, the more people recognize it, the more people join it, and the more power the
network has to generate gifts rather than trash -- which is THE goal.

Cheers,
Tim

At 10:40 AM -0600 5/5/05, Pauline M. Gabriel wrote:
>Since not all groups keep current with info (it would be nice if they
>did, but we all know that not all our members keep up with list
>policies, so why expect all group moderators to do this), might it be
>wise to set up a temp position for each state, to go thru all the
>groups in that state, and bring forth those groups to the tmsupport@
>for contact, or contact them themselves, and nudge them along.  As
>the NGA for Saskatchewan, since I'm in pretty constant contact with
>most of the mods here, I have gone thru most of the groups myself,
>and made sure to help, or get them help to get their groups tm'd.
>Maybe, if the tmsupport (or someone else) doesn't do this already, it

>might be an idea.
>
>With over 2000 groups, if we could made smaller, more manageable
>chunks to check, it shouldn't take too long to go thru all the
>official groups - and maybe even have time to check for rogues. I
>know in my travels I've spotted one or two that aren't tm'd
>correctly.... .who should I be sending these to?  If anyone.


[Quoted text hidden]

The Freecycle Network, Inc. v. Tim Oey
U.S. District Court
District of Arizona
Exhibit D

Paula
pdspencer@earthlink.com
Be kind to each other.

---

No virus found in this incoming message.
Checked by AVG Anti-Virus.
Version: 7.0.344 / Virus Database: 267.11.1/104 - Release Date: 9/16/2005

---

**\*\*Step down letter from Paula, the GOA, to Tim.**

----- Original Message -----
From: "Paula" <california@freecycle.org>
To: <oey@post.harvard.edu>
Cc: <deron@freecycle.org>
Sent: Friday, September 16, 2005 12:04 PM
Subject: Trademark Issues

> Tim,
> 
> As a volunteer representative of The FreecycleT Network you have publicly
> requested that members actively campaign against the organization
> obtaining the Trademark it has filed for. The following are quotes from
> your post:
> 
> "The best way to keep freecycle in the public domain is for as many people
> and groups as possible to continue to use the term generically.
> 
> If you feel that the term freecycle is generic, you can let the USPTO know
> by sending a letter to:
> Commissioner Of Trademarks" (address followed)
> 
> "Yahoo listens to its customers, so if folks complain about groups being
> deleted for use of the term "freecycling" than members/moderators of those
> groups should complain to Yahoo "(email address followed)
> 
> This is contrary to the mission of this organization to keep the trademark
> free from external corporate use and solely open to local members of The
> FreecycleT Network. Therefore, I must ask that you step down as the as
> a moderator of the Freecycle Sunnyvale list. I would appreciate your
> cooperation as soon as possible and confirming that you have done so.
> 
> Sincerely,
> Paula
> 
> All the best,
> Paula

The Freecycle Network, Inc. v. Tim Oey
U.S. District Court
District of Arizona
Exhibit E

\>
\> Be kind to each other.
\> www.freecycle.org
\>
\> FreecycleT and the FreecycleT logo are trademarks of The FreecycleT
\> Network in the United States and/or other countries.
\>
\> No virus found in this incoming message.
\> Checked by AVG Anti-Virus.
\> Version: 7.0.344 / Virus Database: 267.11.1/104 - Release Date: 9/16/2005

-----------------------------------------------------------------------------------------------


----- Original Message -----
From: "Paula" <california@freecycle.org>
To: <timcafc@oeyweb.com>; <petritim123@yahoo.com>; <timoey@yahoo.com>
Sent: Friday, September 16, 2005 1:30 PM
Subject: Trademark Issues

   Tim,
   \>
   \> As a volunteer representative of The FreecycleT Network you have publicly
   \> requested that members actively campaign against  the organization
   \> obtaining the Trademark it has filed for.  The following are quotes from
   \> your post:
   \>
   \> "The best way to keep freecycle in the public domain is for as many people
   \> and groups as possible to continue to use the term generically.
   \>
   \> If you feel that the term freecycle is generic, you can let the USPTO know
   \> by sending a letter to:
   \> Commissioner Of Trademarks" (address followed)
   \>
   \> "Yahoo listens to its customers, so if folks complain about groups being
   \> deleted for use of the term "freecycling" than members/moderators of those
   \> groups should complain to Yahoo "(email address followed)
   \>
   \> This is contrary to the mission of this organization to keep the trademark
   \> free from external corporate use and solely open to local members of The
   \> FreecycleT Network.   Therefore, I must ask that you step down as the  as
   \> a moderator of the Freecycle Sunnyvale list.  I would appreciate your
   \> cooperation as soon as possible and confirming that you have done so.
   \>
   \> Sincerely,
   \> Paula
   \>

\*\*\*\*\*\*\*\*

Tim Oey <timoey@gmail.com> to Freedomcycle
 More options   4:40 am (3 hours ago)Good news -- it is legal for everyone
to use the term freecycle, freecycling, freecycler, freecycled, etc --
there are no current viable registered trademark applications that cover
the word -- so have fun with it!

1) The trademark application 78415420
(New Media Worlds, Inc.-- International Class: 042 An online service where
users are able to give items away for free that they no longer need)
Their claim was for just the plain word "freecycle" but it is about to be
denied based on abandonment as of a notice sent to this applicant on
8/22/2005.
Read it at: http://portal.uspto.gov/external/portal/tow
Serial Number: 78415420

2) The trademark application 78475113
(THE FREECYCLE NETWORK-- International Class: 042 DESIGN, CREATION,
HOSTING AND MAINTENANCE OF A FREE WEBSITE THAT PROVIDES
OTHERS WITH A
GLOBAL INTERNET BASED SYSTEM OF GIVING AND RECEIVING PERSONAL
PROPERTY FOR
FREE)
This claim was for the freecycle graphic logo only and does not cover the
word in standard characters (plain text).
Read all about it at: http://portal.uspto.gov/external/portal/tow
Serial Number: 78475113
In particular read the application itself.
Please note that the original application includes a copy of the then
current freecycle.org site which uses the word freecycle as freecycling,
freecycles, etc.

Plus continued use of the word freecycle as a generic term by everyone
will insure that it can never be trademarked by any corporation ever. So I
hope you all will do your part to make this so. If you don\'t trust me,
just read up on trademark law yourself or consult your own attorney.

Keep on freecyclin\'!

Cheers,
",1]);//-->
Good news -- it is legal for everyone to use the term freecycle,
freecycling, freecycler, freecycled, etc -- there are no current viable
registered trademark applications that cover the word -- so have fun with

----- Original Message -----
**From:** Tim Oey
**To:** freecyclenext@yahoogroups com
**Sent:** Wednesday, September 14, 2005 2:03 AM
**Subject:** [freecyclenext] Gifting "freecycle" to the public

The best way to keep freecycle in the public domain is for as many people and
groups as possible to continue to use the term generically.

If you feel that the term freecycle is generic, you can let the USPTO know by
sending a letter to:
Commissioner Of Trademarks
P.O. Box 1451
Alexandria, Va. 22313-1451

In your letter, reference registered trademark application 78475113.

Yahoo listens to its customers, so if folks complain about groups being deleted
for use of the term "freecycling" than members/moderators of those groups should
complain to Yahoo at:
http://add.yahoo.com/fast/help/us/groups/cgi_abuse
or
copyright@yahoo-inc.com

Basically, if you all want something to happen you have to do something about
it.

Power to the people...

Cheers,
Tim


- Visit your group "freecyclenext" on the web.

- To unsubscribe from this group, send an email to:
  freecyclenext-unsubscribe@yahoogroups.com

- Your use of Yahoo! Groups is subject to the Yahoo! Terms of Service.

The Freecycle Network, Inc. v. Tim Oey
U.S. District Court
District of Arizona
Exhibit F

We have already successfully defended it from a company in Canada and a company in Florida. We are fortunate to have a great deal of pro bono legal support as an organization from those who believe in us.

However, I was surprised to learn that you are actively not only encouraging moderators to misuse our trademark but also to write the US Patent & Trademark Office to contest our right to the trademark. You went so far as to provide the address and our case number. You have made your position a clear. This position is clearly in stark contrast to the goals of this organization.

I'm sorry that you have chosen this path and hope that you will reconsider. I wish you the best. No doubt you have good intentions in your heart which hopefully will not prove costly for The Freecycle Network as an organization overall down the road.

Sincerely yours,
Deron

Deron Beal
The Freecycle Network

No virus found in this incoming message.
Checked by AVG Anti-Virus.
Version: 7.0.344 / Virus Database: 267.11.3/106 - Release Date: 9/19/2005

----- Original Message -----
From: "Tim Oey" <oey@post.harvard.edu>
To: "chandan mishra" <chandan@hotmail.com>; "'Deron Beal'" <deron@freecycle.org>; <freecyclesunnyvale-owner@yahoogroups.com>
Cc: <california@freecycle.org>
Sent: Tuesday, September 20, 2005 11:08 AM
Subject: RE: Goodbye

> Actually on this point, I have encouraged people to
> use the term freecycle as a generic term which would
> block The Freecycle Network (TFN), and all others,
> from holding a trademark on the term in the area of
> freecycling services offered on the web.
>
> This would mean that everyone could use the term
> freecycle and no one could stop anyone else from using
> it. There are also lots of other consequences.
>
> In consultation with some trademark attorneys, I'm in
> the process of writing up a more thorough analysis of
> the pro's and con's of freecycle as a trademark vs
> freecycle as a generic term.
>

> The decision to pursue a trademark was made by Deron.
> Most of the network does not know what the
> consequences are of getting a trademark nor the
> consequences of having freecycle be a generic term.
> Deron did not want to allow discussion or voting in
> this space which lead us to the current situation.
>
> Cheers,
> Tim
>
> --- chandan mishra <chandan@hotmail.com> wrote:
>> 4. Also according to Tim, he never encouraged anyone
>> to misuse Freecycle
>> trademark. Could you please point us to instances
>> where he did that?
>
> --
> No virus found in this incoming message.
> Checked by AVG Anti-Virus.
> Version: 7.0.344 / Virus Database: 267.11.3/107 - Release Date: 9/20/2005
-----------------------------------------------------------------------------------------

The Freecycle Network, Inc. v. Tim Oey
U.S. District Court
District of Arizona
Exhibit G

Yahoo!   My Yahoo!   Mail   Make Yahoo your home page

**YAHOO!** GROUPS

Search the Web [                    ] [ Search ]

Groups Home - Help


$7500 CREDIT CARD
Free Enrollment

NO CREDIT CHECKS
REBUILD YOUR CREDIT
FREE CREDIT LIMIT INCREASE
NO EMPLOYMENT VERIFICATION

The Power of Gold
ExpressGOLD
SIGNUP TODAY
CLICK HERE

| Group Member - Edit Membership                        Start a Group | My Groups

**fcnext** : Free Recycling - The Next Generation

**Messages**          Message # [        ] [ Go ]    Search: [                    ] [ Go ]    Messages Help

| Home | |
| Messages | Post Message |
| Post | |

Up Thread | Message Index | View Source | Unwrap Lines    **Message 3171** of 4099  < Previous Message | Next Message >

| Chat |
| Files |
| Photos |
| Links |
| Database |
| Polls |
| Calendar |
| Promote |

[ Reply ]  [ Forward ]

**From:** Tim Oey <timoey@...>                    reduce_reuse...
**Date:** Thu Feb 23, 2006  9:55 am              ☺ Offline
**Subject:** Let your voices be heard...          ✉ Send Email
                                                  ➕ Invite to Yahoo! 360º

**Yahoo! Groups Tips**

Did you know...
You can create an FAQ
for your group?

**Yahoo! 360º**

Many of us know that TFN is already a bit crazy in trying to clamp down on free speech freedoms, but now is a great time to further the cause and keep freecycle free for everyone forever (and drive TFN even crazier).

What you can do on your own:

1) Using TFN's directory, please contact all the freecycle groups in your state and surrounding states to let them know that freecycle is a generic term. Ask them to visit http://greenribbon.us for more information. There is no need to be that organized about it but if you think you have a state well covered, please post a note to fcnext. You'll need to dribble the mails out a few at a time and by as many people as possible to get around Yahoo's intricate group owner spam catchers.  Make all your emails unique -- don't repeat exactly the same contents

Keep connected to
your friends and
family through blogs,
photos and more.
Create your own 360°
page now.

or subject, etc.

2) If you currently have a group within TFN, either take it out of TFN and tell
all your members that freecycling should stay free or do comply initially with
TFN's request so that your group is not deleted but then later sprinkle
freecycling around your group and other groups so the free grassroots movement
continues to be free (this is likely to really drive TFN nuts). Let more people
know about http://greenribbon.us

3) Do give TFN GOAs a hard time because they are doing bad things by limiting
free speech. Free speech is very important. Let everyone know that TFN does not
need to control freecycling for TFN to be successful.

4) Get your freecycling is free statements to Eric for posting on
http://greenribbon.us

5) Let others know that freecycling is a wonderful thing that people can do via
Google, Craigslist, Yahoo Groups, any email list, or however they wish -- even
just leaving stuff out on the curb with a "Free" or "Freecycle this" note
attached.

Spread the word and let the word be free.

Enjoy!

Cheers,
Tim

| | Replies | | Author | Date |
|---|---|---|---|---|
| 3190 | ---- **Re: Let your voices be heard.....** | | If I told ya..... | Feb 23, 2006 |
| | I don't think any of that is a good idea. Why not let the courts | | belhaven_lass | 5:18 pm |
| | decide it? By... | | ⊗ ✉ ✚ | |

| 3314 | **Re: Let your voices be heard...**<br>Hi Lass, The courts will get to it eventually. How is encouraging others to... | Tim Oey<br>reduce_reuse... | Feb 26, 2006<br>11:00 pm |
|------|---|---|---|
| 3336 | **Re: Let your voices be heard...**<br>i second tim's post...educating others is a necessity in any grassroots ... | xtina (freecycle mode...<br>existentialista | Feb 27, 2006<br>5:11 am |
| 3348 | **Re: Let your voices be heard...**<br>I think I've made my intent known when it comes to FreeSpeech :-) FreeCyco ... ... | Free cycle Recycle<br>freecycos | Feb 27, 2006<br>6:47 am |

|  | Reply | Forward |
|--|-------|---------|

Up Thread | Message Index | View Source | Unwrap Lines       **Message 3171** of 4099   < Previous Message  |  Next Message >

Message #  [    ] [ Go ]      Search: [                    ] [ Go ]                    Post Message

**YAHOO! SPONSOR RESULTS**

Target.com: Blue Ribbon - Blue ribbon online. Save 10% - 20% at Target.com.
www.target.com

Blue Ribbon for Gift Wrapping - Blue ribbon plus many other assorted colors and sizes of gift wrapping ribbons, bows and raffia.
www.buygiftribbon.com

Copyright © 2006 Yahoo! Inc. All rights reserved.
Privacy Policy - Copyright/IP Policy - Terms of Service - Guidelines - Help