Name: Esha Bandyopadhyay, California Bar No. 212249
Law Firm: Perkins Coie LLP
Address: 101 Jefferson Drive, Menlo Park, California 94025
Telephone: (650) 838-4300
Appearing for: Plaintiff The Freecycle Network, Inc.

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | | |
|---|---|---|
| THE FREECYCLE NETWORK, INC., an Arizona non-profit organization, | ) ) ) | CASE NO. CV 06-173-TUC-RCC |
| Plaintiff, | ) ) | APPLICATION OF ATTORNEY FOR ADMISSION TO PRACTICE PRO HAC VICE |
| vs. | ) ) | PURSUANT TO LRCIV 83.1(B)(3) |
| TIM OEY and JANE DOE OEY, | ) ) | |
| Defendants. | ) ) | |

NOTICE: Please submit the $100 fee with your application

I, ESHA BANDYOPADHYAY, hereby apply to the Court under LRCiv 83.1(b)(3) for pro hac vice admission to appear and practice in this action on behalf of plaintiff, The Freecycle Network, Inc.

CITY AND STATE OF PRINCIPAL RESIDENCE:. San Francisco, California
FIRM NAME: Perkins Coie LLP
ADDRESS: 101 Jefferson Drive
CITY: Menlo Park    STATE: CA    ZIP: 94025
FIRM/BUSINESS PHONE: (650) 838-4300
FIRM FAX PHONE: (650) 838-4350    E-MAIL ADDRESS: ebandyopadhyay@perkinscoie.com

I am admitted to practice before the following courts (attach additional sheets if necessary)

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING (circle) |
|---|---|---|
| USDC Northern District California | 2001 | Yes / No* |
| USDC Central District California | | Yes / No* |
| | | Yes / No* |

(An Original Certificate of Good Standing from a FEDERAL BAR in which an applicant has been admitted dated no more than 45 days prior to submission of this application is required.)

I have concurrently, or within 1 year of this application, made *pro hac vice* applications to this Court in the following actions (attach additional sheets if necessary):

| CASE NUMBER | TITLE OF ACTION | DATE GRANTED OR DENIED* |
|---|---|---|
| | | |
| | | |
| | | |

*EXPLAIN: _____

ALL APPLICANTS ARE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS.
If you answer YES to either of the following questions, please explain all circumstances on a separate page.
Are you currently the subject of a disciplinary investigation or proceeding by any Bar or Court?    Y / N
Have you ever been disbarred from practice in any Court?    Y / N

I declare under penalty of perjury that the foregoing is true and correct; that I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of Arizona; and that I am not currently suspended, disbarred or subject to disciplinary proceedings in any court. I have read and will ascribe to the Standards for Professional Conduct.

1/18/06
Date

Signature of Applicant

# Certificate of Good Standing

United States of District Court )
) ss.
Northern District of California )

I, Richard W. Wieking, Clerk of the United States District Court for the Northern District of California, do hereby certify that *Esha Bandyopadhyay, Bar No. 212249* was duly admitted to practice in said Court on *February 1, 2002*, and is in good standing as a member of the bar of said Court.

Dated at San Francisco on *April 11, 2006*

Richard W. Wieking
Clerk

