```
                    IN THE UNITED STATES DISTRICT COURT
                        FOR THE DISTRICT OF ARIZONA
                          CIVIL MINUTES - GENERAL
```

Date: April 24, 2006

Civil Case No.  CV-06-173-TUC-RCC

Title THE FREECYCLE NETWORK, INC., ETC, VS TIM OEY,

===============================================================================

Present:              HON.  RANER C. COLLINS

Deputy                                  Court
Clerk: Maureen Gorski                   Reporter:   Bonnie Brunotte


ATTORNEY(s) FOR PLAINTIFF               ATTORNEY(s) FOR DEFENDANT


Lisa Kobialka/Shefali Milczarek-Desai    Ashley Kirk
                                         Ian Feinberg/Dennis Corgill-telephonic


===============================================================================

**PROCEEDINGS:**    XX    Open Court

HEARING ON PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER:

   Counsel present arguments to the Court.

   **IT IS ORDERED** taking **UNDER ADVISEMENT** Plaintiff's Motion for Temporary

Restraining Order (#5)


CC: RCC, COUNSEL