```
                          FILED         LODGED
                          RECEIVED      COPY

                            APR 2 4 2006

                          CLERK U S DISTRICT COURT
                            DISTRICT OF ARIZONA
                          BY _____ DEPUTY
```

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| THE FREECYCLE NETWORK, INC., an Arizona non-profit organization,<br><br>Plaintiff,<br><br>v.<br><br>TIM OEY, an individual,<br><br>Defendant. | CASE NO. 06-CV-00173-RCC<br><br>[PROPOSED]<br>ORDER GRANTING THE FREECYCLE NETWORK, INC.'S *EX PARTE* MOTION FOR TEMPORARY RESTRAINING ORDER<br><br>Date:      April 24, 2006<br>Time:      2:00 p.m.<br>Before:    Hon. Raner C. Collins<br>Location:  Courtroom 5B |

Upon considering Plaintiff The Freecycle Network, Inc.'s ("The Freecycle Network") *Ex Parte* Motion for Temporary Restraining Order ("Motion"), the Court having considered the materials and arguments presented to the Court in connection with the Motion, and it appearing from those materials and arguments that:

  1. Defendant Tim Oey ("Defendant" or "Oey") has induced infringement of The Freecycle Network's intellectual property, including its trademarks.

  2. Defendant has disparaged the Freecycle Network's intellectual property, including its trademarks.

  3. Defendant has disseminated false and misleading statements regarding The Freecycle Network and its intellectual property, including its trademarks.

  4. Defendant's conduct is causing immediate and irreparable harm to The

*Counsel, RCC*  Copies _____

1

Freecycle Network's reputation, its ability to protect its trademarks, its goodwill, and its ability to retain corporate sponsorship, and will continue to cause such immediate and irreparable harm unless and until Defendant is temporarily restrained and enjoined from continuing the acts complained of in the Motion.

IT IS HEREBY ORDERED that The Freecycle Network's Motion is granted as follows:

Pursuant to Federal Rule of Civil Procedure 65, Defendant and his agents, servants and employees and those persons in active concert and participation with Defendant who received actual notice of this Temporary Restraining Order, are restrained and enjoined from directly or indirectly inducing infringement of The Freecycle Network's intellectual property, including its trademarks or any variation or imitation thereof, disparaging The Freecycle Network's intellectual property, including its trademarks or any variation or imitation thereof, and from disseminating false and misleading statements regarding The Freecycle Network and its intellectual property, including its trademarks or any variation or imitation thereof, for a period of time not to exceed ten (10) days, pending further briefing and oral argument in this Court by The Freecycle Network's concurrently filed Motion for Preliminary Injunction..

Dated this 24 day of April, 2006.

[signature]

Presented by:
DeConcini McDonald Yetwin & Lacy, P.C.
& Perkins Coie LLP

By: _____/s/_____
    Attorneys for Plaintiff
    The Freecycle Network, Inc.

I:\files\docs\FREE11\260449\PLDG\FD7048.WPD