The Freecycle Network, Inc. v. Oey et al                                    Doc. 19

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

### (CIVIL ORDER - MINUTE ENTRY)

FILED ✓   LODGED ___
RECEIVED ___   COPY ___

APR 2 4 2006

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

Case No.:  CIV 06-173-TUC-RCC          Date:  April 24, 2006

Title:  The Freecycle Network v. Tim Oey

### HONORABLE RANER C. COLLINS

The Court has granted Plaintiff a Temporary Restraining Order pursuant to Rule 65(b) Fed.R.Civ.P. A hearing on whether the Court shall grant a preliminary injunction is set for **Tuesday, May 9, 2006, at 3:00 p.m.**

Raner C. Collins
United States District Judge