**DeCONCINI McDONALD**
  **YETWIN & LACY, P.C.**
2525 East Broadway, Suite 200
Tucson, Arizona 85716-5300
Telephone: 520-322-5000
Facsimile: 520-322-5585
LISA ANNE SMITH, AZ Bar No. 016762
(lsmith@dmyl.com)
SHEFALI MILCZAREK-DESAI, AZ Bar No. 021237
(smdesai@dmyl.com)

**PERKINS COIE LLP**
101 Jefferson Drive
Menlo Park, California 94025-1114
Telephone: (650) 838-4300
Facsimile: (650) 838-4350
*(Admitted pro hac vice)*
PAUL J. ANDRE, CA Bar No. 196585
(pandre@perksincoie.com)
LISA KOBIALKA, CA Bar No. 191404
(lkobialka@perkinscoie.com)
ESHA BANDYOPADHYAY, CA Bar No. 212249
(ebandyopadhyay@perkinscoie.com)
SEAN BOYLE, CA Bar No. 238128
(sboyle@perkinscoie.com)

Attorneys for Plaintiff
THE FREECYCLE NETWORK, INC.

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| THE FREECYCLE NETWORK, INC., an Arizona non-profit organization,<br><br>Plaintiff,<br><br>v.<br><br>TIM OEY and JANE DOE OEY,<br><br>Defendants. | CASE NO. 06-CV-00173-RCC<br><br>**PLAINTIFF THE FREECYCLE NETWORK, INC.'S NOTICE OF *EX PARTE* MOTION AND *EX PARTE* MOTION FOR ORDER TO SHOW CAUSE AGAINST DEFENDANT TIM OEY REGARDING CONTEMPT DUE TO FAILURE TO COMPLY WITH TEMPORARY RESTRAINING ORDER AND SANCTIONS**<br><br>Date:     May 9, 2006<br>Time:    3:00 p.m.<br>Before:  Honorable Raner C. Collins<br>Location: Courtroom 5B |

Notice of *Ex Parte* Motion and *Ex Parte* Motion for Order to Show Cause Against Defendant Tim Oey Re Contempt Due to Failure to Comply with Temporary Restraining Order and Sanctions

Case 4:06-cv-00173-RCC    Document 20    Filed 05/02/2006    Page 1 of 2

Dockets.Justia.com

**TO DEFENDANT TIM OEY AND HIS ATTORNEY OF RECORD:**

Pursuant to the Court's Order Granting The Freecycle Network's *Ex Parte* Motion for Temporary Restraining Order, please take notice that on May 9, 2006, or as soon thereafter as possible, plaintiff The Freecycle Network, Inc. ("The Freecycle Network") will move, and hereby moves, *ex parte*, for an order to show cause against Defendant Tim Oey ("Defendant" or "Oey") as to why Oey should not be adjudged in contempt, and sanctions in the amount of The Freecycle Network's attorneys' fees for the costs associated with preparing the papers and appearing for this *ex parte* motion, The Freecycle Network's *Ex Parte* Motion for Temporary Restraining Order, and The Freecycle Network's Motion for Preliminary Injunction.

This motion is based upon the grounds that defendant Tim Oey ("Defendant" or "Oey") has willfully refused to comply with this Court's Order Granting The Freecycle Network's *Ex Parte* Motion for Temporary Restraining Order.

This motion is further based upon this Notice of Motion and Motion, the Memorandum of Points and Authorities filed in support of this Motion, the supporting Declaration of Esha Bandyopadhyay, the [Proposed] Order to Show Cause Against Defendant Tim Oey Regarding Contempt Due to Failure to Comply with Temporary Restraining Order and Sanctions, the materials currently on file in this action, and such argument of counsel as the Court may request.

An *ex parte* hearing may be held. Should a hearing date and time be set, The Freecycle Network will inform defendant of the date and time of such hearing.

Dated: May 2, 2006      **PERKINS COIE LLP**

By: _____/s/_____
   LISA KOBIALKA
   Attorneys for Plaintiff, The Freecycle
   Network, Inc.

- 2 -
NOTICE OF *EX PARTE* MOTION AND *EX PARTE* MOTION FOR ORDER TO
SHOW CAUSE AGAINST DEFENDANT TIM OEY RE CONTEMPT DUE TO
FAILURE TO COMPLY WITH TEMPORARY RESTRAINING ORDER

Case 4:06-cv-00173-RCC    Document 20    Filed 05/02/2006    Page 2 of 2