**DeCONCINI McDONALD
  YETWIN & LACY, P.C.**
2525 East Broadway, Suite 200
Tucson, Arizona 85716-5300
Telephone: 520-322-5000
Facsimile: 520-322-5585
LISA ANNE SMITH, AZ Bar No. 016762
(lsmith@dmyl.com)
SHEFALI MILCZAREK-DESAI, AZ Bar No. 021237
(smdesai@dmyl.com)

**PERKINS COIE LLP**
101 Jefferson Drive
Menlo Park, California 94025-1114
Telephone: (650) 838-4300
Facsimile: (650) 838-4350
*(Admitted pro hac vice)*
PAUL J. ANDRE, CA Bar No. 196585
(pandre@perksincoie.com)
LISA KOBIALKA, CA Bar No. 191404
(lkobialka@perkinscoie.com)
ESHA BANDYOPADHYAY, CA Bar No. 212249
(ebandyopadhyay@perkinscoie.com)
SEAN BOYLE, CA Bar No. 238128
(sboyle@perkinscoie.com)

Attorneys for Plaintiff
THE FREECYCLE NETWORK, INC.

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| THE FREECYCLE NETWORK, INC., an Arizona non-profit organization, <br><br>             Plaintiff, <br><br> v. <br><br> TIM OEY and JANE DOE OEY, <br><br>             Defendants. | CASE NO. 06-CV-00173-RCC <br><br> **DECLARATION OF ESHA BANDYOPADHYAY IN SUPPORT OF THE FREECYCLE NETWORK, INC.'S *EX PARTE* MOTION FOR ORDER TO SHOW CAUSE AGAINST DEFENDANT TIM OEY REGARDING CONTEMPT DUE TO FAILURE TO COMPLY WITH TEMPORARY RESTRAINING ORDER AND SANCTIONS** <br><br> Date:      May 9, 2006 <br> Time:      3:00 p.m. <br> Before:    Honorable Raner C. Collins <br> Location:   Courtroom 5B |

Bandyopadhyay Declaration in Support of *Ex Parte* Motion for Order to Show Cause Against Defendant Tim Oey Regarding Contempt Due to Failure to Comply with Temporary Restraining Order and Sanctions

Case 4:06-cv-00173-RCC    Document 22    Filed 05/02/2006    Page 1 of 22

Dockets.Justia.com

I, ESHA BANDYOPADHYAY, declare:

1. I am an attorney with the law firm of Perkins Coie LLP, counsel of record for plaintiff The Freecycle Network, Inc. ("The Freecycle Network"). I have personal knowledge of the facts set forth in this Declaration and can testify competently to those facts.

2. On April 24, 2006, this Court granted The Freecycle Network's *Ex Parte* Motion for Temporary Restraining Order. Specifically, this Court ordered that defendant Tim Oey ("Defendant" or "Oey") and his agents, servants and employees and those persons in active concert and participation with Oey are "restrained and enjoined from directly or indirectly inducing infringement of The Freecycle Network's intellectual property, including its trademarks or any variation or imitation thereof, disparaging The Freecycle Network's intellectual property, including its trademarks or any variation or imitation thereof, and from disseminating false and misleading statements regarding The Freecycle Network and its intellectual property, including its trademarks or any variation or imitation thereof." Attached to this Declaration as Exhibit 1 is a true and correct copy of the April 24, 2006 Order Granting The Freecycle Network's *Ex Parte* Motion for Temporary Restraining Order ("Order").

3. On April 28, 2006, I wrote to counsel for Oey, indicating that Oey had refused and failed to comply with this Court's Order, and requesting that Oey immediately comply with this Court's Order. Attached to this declaration as Exhibit 2 is a true and correct copy of my April 28, 2006, letter to Ian Feinberg (without attachments). With my letter, I included a posting from the Yahoo! group FCNext, moderated by Oey, in which Oey encourages others to infringe upon The Freecycle Network's trademarks and disparages the marks. Attached to this Declaration as Exhibit 3 is a true and correct copy of the posting from the Yahoo! group FCNext.

4. On May 1, 2006, I received a response from Mr. Dennis Corgill of Mr. Feinberg's office, indicating that their firm is not representing Oey as an individual. Attached to this declaration as Exhibit 4 is a true and correct copy of Mr. Corgill's May 1, 2006 letter.

5. On May 2, 2006, I wrote to Oey's local counsel, reiterating that Oey had refused and failed to comply with this Court's Order, and requesting that Oey immediately comply with

- 2 -

this Court's Order. Attached to this declaration as Exhibit 5 is a true and correct copy of my May 2, 2006, letter to Ashley Lynn Kirk. With my letter, I included a copy of the posting discussed above.

6.      To date, Oey's posting on the Yahoo! group FCNext encouraging others to misuse The Freecycle Network's trademarks remains posted on the Yahoo! group. Attached to this Declaration as Exhibit 6 is a true and correct copy of the posting from the Yahoo! group FCNext with a date stamp of May 2, 2006.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed in Menlo Park, California on May 2, 2006.

By: _____/s/_____
Esha Bandyopadhyay

Attorney for Plaintiff
The Freecycle Network, Inc.

# EXHIBIT 1

Bandyopadhyay Declaration in Support of *Ex Parte* Motion for
Order to Show Cause Against Defendant Tim Oey Regarding
Contempt Due to Failure to Comply with Temporary Restraining
Order and Sanctions

Case 4:06-cv-00173-RCC     Document 22     Filed 05/02/2006     Page 4 of 22

FILED ___ LODGED
___ RECEIVED ___ COPY

APR 2 4 2006

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

THE FREECYCLE NETWORK, INC.,
an Arizona non-profit organization,

    Plaintiff,

v.

TIM OEY, an individual,

    Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

CASE NO. 06-CV-00173-RCC

[PROPOSED]

ORDER GRANTING THE FREECYCLE
NETWORK, INC.'S *EX PARTE* MOTION
FOR TEMPORARY RESTRAINING
ORDER

Date:     April 24, 2006
Time:     2:00 p.m.
Before:   Hon. Raner C. Collins
Location:  Courtroom 5B

    Upon considering Plaintiff The Freecycle Network, Inc.'s ("The Freecycle Network")

*Ex Parte* Motion for Temporary Restraining Order ("Motion"), the Court having considered

the materials and arguments presented to the Court in connection with the Motion, and it

appearing from those materials and arguments that:

    1.     Defendant Tim Oey ("Defendant" or "Oey") has induced infringement of The

Freecycle Network's intellectual property, including its trademarks.

    2.     Defendant has disparaged the Freecycle Network's intellectual property,

including its trademarks.

    3.     Defendant has disseminated false and misleading statements regarding The

Freecycle Network and its intellectual property, including its trademarks.

    4.     Defendant's conduct is causing immediate and irreparable harm to The

Counsel, RCC   Copies _____ ed   1

1  Freecycle Network's reputation, its ability to protect its trademarks, its goodwill, and its

2  ability to retain corporate sponsorship, and will continue to cause such immediate and

3  irreparable harm unless and until Defendant is temporarily restrained and enjoined from

4  continuing the acts complained of in the Motion.

5      IT IS HEREBY ORDERED that The Freecycle Network's Motion is granted as

6  follows:

7      Pursuant to Federal Rule of Civil Procedure 65, Defendant and his agents, servants

8  and employees and those persons in active concert and participation with Defendant who

9  received actual notice of this Temporary Restraining Order, are restrained and enjoined from

10 directly or indirectly inducing infringement of The Freecycle Network's intellectual property,

11 including its trademarks or any variation or imitation thereof, disparaging The Freecycle

12 Network's intellectual property, including its trademarks or any variation or imitation

13 thereof, and from disseminating false and misleading statements regarding The Freecycle

14 Network and its intellectual property, including its trademarks or any variation or imitation

15 thereof, for a period of time not to exceed ten (10) days, pending further briefing and oral

16 argument in this Court by The Freecycle Network's concurrently filed Motion for

17 Preliminary Injunction..

18      Dated this 24 day of April, 2006.

19

20

21

22  Presented by:
    DeConcini McDonald Yetwin & Lacy, P.C.
23  & Perkins Coie LLP

24  By: _____ /s/ _____
        Attorneys for Plaintiff
25      The Freecycle Network, Inc.

26  I:\files\docs\FREE11\260449\PLDG\FD7048.WPD

                              2

**EXHIBIT 2**

BANDYOPADHYAY DECLARATION IN SUPPORT OF *EX PARTE* MOTION FOR
ORDER TO SHOW CAUSE AGAINST DEFENDANT TIM OEY REGARDING
CONTEMPT DUE TO FAILURE TO COMPLY WITH TEMPORARY RESTRAINING
ORDER AND SANCTIONS

Case 4:06-cv-00173-RCC     Document 22     Filed 05/02/2006     Page 7 of 22



Esha Bandyopadhyay
PHONE: 650.838.4355
FACSIMILE: 650.838.4555
EMAIL: ebandyopadhyay@perkinscoie.com

101 Jefferson Drive
Menlo Park, CA 94025-1114
PHONE: 650.838.4300
FAX: 650.838.4350
www.perkinscoie.com

April 28, 2006

**Via Facsimile (650-331-2060) and U.S. Mail**

Ian N. Feinberg
MAYER, BROWN, ROWE & MAW LLP
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, California 94306-2112

Re: *The Freecycle Network, Inc. v. Tim Oey*, Case No. 06-CV-00173-RCC

Dear Ian:

I am writing to address your client Tim Oey's ("Mr. Oey") failure to comply with the Court's Order Granting The Freecycle Network, Inc.'s *Ex Parte* Motion for Temporary Restraining Order ("Order") in the above-captioned case. As you are aware, the Court has specifically ordered that Mr. Oey and his agents, servants and employees and those persons in active concert and participation with Mr. Oey are "restrained and enjoined from directly or indirectly inducing infringement of The Freecycle Network's intellectual property, including its trademarks or any variation or imitation thereof, disparaging The Freecycle Network's intellectual property, including its trademarks or any variation or imitation thereof, and from disseminating false and misleading statements regarding The Freecycle Network and its intellectual property, including its trademarks or any variation or imitation thereof."

It has been brought to our attention that Mr. Oey has failed to comply with the Court's order, and continues to engage in activity from which he has been restrained and enjoined on at least the following Web sites: Mr. Oey's home page, located at http://oeyweb.com/timoey/, Mr. Oey's Web log ("blog"), located at http://www.blogger.com/profile/19380816, the Yahoo! group FreecycleSunnyvale, located at http://groups.yahoo.com/group/freecyclesunnyvale/, the Yahoo! group SunnyvaleFree, located at http://groups.yahoo.com/group/sunnyvalefree/, and the Yahoo! group FCNext, located at http://groups.yahoo.com/group/fcnext/. Copies of these Web pages and/or posts from these Web pages are hereby attached for your convenience.

Since Mr. Oey has the ability to remove or modify the above-mentioned Web sites, or posts contained on these Web sites, we request that Mr. Oey immediately comply with the Court's order by removing the aforementioned Web sites, or postings contained on these Web sites, and any other similar publications or Web pages. Should Mr. Oey fail to comply

[/BY061180.096]

ANCHORAGE · BEIJING · BELLEVUE · BOISE · CHICAGO · DENVER · LOS ANGELES
MENLO PARK · OLYMPIA · PHOENIX · PORTLAND · SAN FRANCISCO · SEATTLE · WASHINGTON, D.C.

Case 4:06-cv-00173-RCC   Document 22   Filed 05/02/2006   Page 8 of 22
Perkins Coie LLP and Affiliates

with the Court's Order immediately, we will have no choice but to request relief from the Court.

We look forward to your anticipated cooperation. Please feel free to contact me should you have any questions or concerns regarding this or any other matter.

Very truly yours,

Esha Bandyopadhyay

EB:ls

Enclosures

**EXHIBIT 3**

BANDYOPADHYAY DECLARATION IN SUPPORT OF *EX PARTE* MOTION FOR
ORDER TO SHOW CAUSE AGAINST DEFENDANT TIM OEY REGARDING
CONTEMPT DUE TO FAILURE TO COMPLY WITH TEMPORARY RESTRAINING
ORDER AND SANCTIONS

Case 4:06-cv-00173-RCC     Document 22     Filed 05/02/2006     Page 10 of 22

Yahoo! My Yahoo! Mail    Make Yahoo! your home page

**YAHOO! GROUPS**

Sign In
New User? Sign Up

Search
the Web [          ] Search

YAHOO! ANSWERS
Real people. Real questions. Real answers.

WHAT DO YOU WANT TO KNOW?

ASK NOW
( IT'S FREE )

---

**fcnext** · Free Recycling - The Next Generation

Home
Messages

**Members Only**
Post
Chat
Files
Photos
Links
Database
Polls
Calendar
Promote

**Already a member?**
Sign in to Yahoo!

**Yahoo! Groups Tips**

Did you know...
Commiserate with other
parents. Find a Parents

---

Messages Help

**Messages**

Message # [     ] [GO] Search: [          ] Search

Up Thread | Message Index | View Source | Unwrap Lines

**Message 3171 of 5309**    < Previous | Next >

reduce_reuse...
⊘ Offline
✉ Send Email

[ Reply ]    [ Forward ]

**From:** Tim Oey <timoey@...>
**Date:** Thu Feb 23, 2006 5:55 pm
**Subject:** Let your voices be heard...

Many of us know that TFN is already a bit crazy in trying to clamp down on free
speech freedoms, but now is a great time to further the cause and keep freecycle
free for everyone forever (and drive TFN even crazier).

What you can do on your own:

1) Using TFN's directory, please contact all the freecycle groups in your state
and surrounding states to let them know that freecycle is a generic term. Ask
them to visit http://greenribbon.us for more information. There is no need to be
that organized about it but if you think you have a state well covered, please
post a note to fcnext. You'll need to dribble the mails out a few at a time and
by as many people as possible to get around Yahoo's intricate group owner spam
catchers. Make all your emails unique -- don't repeat exactly the same contents
or subject, etc.,.

2) If you currently have a group within TFN, either take it out of TFN and tell
all your members that freecycling should stay free or do comply initially with

Case 4:06-cv-00173-RCC    Document 22    Filed 05/02/2006    Page 11 of 22

Group.

---

**Yahoo! 360°**

Keep connected to your friends and family through blogs, photos and more.
Create your own 360° page now.

---

TFN's request so that your group is not deleted but then later sprinkle freecycling around your group and other groups so the free grassroots movement continues to be free (this is likely to really drive TFN nuts). Let more people know about http://greenribbon.us

3) Do give TFN GOAs a hard time because they are doing bad things by limiting free speech. Free speech is very important. Let everyone know that TFN does not need to control freecycling for TFN to be successful.

4) Get your freecycling is free statements to Eric for posting on http://greenribbon.us

5) Let others know that freecycling is a wonderful thing that people can do via Google, Craigslist, Yahoo Groups, any email list, or however they wish -- even just leaving stuff out on the curb with a "Free" or "Freecycle this" note attached.

Spread the word and let the word be free.

Enjoy!

Cheers,
Tim

---

Replies

| | | Author | Date |
|---|---|---|---|
| 3190 | **Re: Let your voices be heard...** I don't think any of that is a good idea. Why not let the courts decide it? By... | If I told ya..... belhaven_lass | Feb 24, 2006 1:18 am |
| 3314 | **Re: Let your voices be heard...** Hi Lass, The courts will get to it eventually. How is encouraging others to... | Tim Oey reduce_reuse... | Feb 27, 2006 7:00 am |
| 3336 | **Re: Let your voices be heard...** | xtina (freecycle mode... | Feb 27, 2006 1:11 pm |

Case 4:06-cv-00173-RCC     Document 22     Filed 05/02/2006     Page 12 of 22

i second tim's post...educating others is a necessity in any grassroots ...

existentialista

| Reply | | Feb 27, 2006 2:47 pm |

3348 ··········· **Re: Let your voices be heard...**
I think I've made my intent known when it comes to
FreeSpeech :-) FreeOyoo......

Free cycle Recycle
freecycos

Up Thread | Message Index | View Source | Unwrap Lines

**Message 3171** of 5309  < Previous | Next >

| Forward |

Message # [ ]  [GO]  Search: [ ]  [Search]

**YAHOO! SPONSOR RESULTS**

Target.com: Blue Ribbon - Blue ribbon online. Save 10% - 20% at Target.com.
www.target.com

Blue Ribbon for Gift Wrapping - Blue ribbon plus many other assorted colors and sizes of gift wrapping ribbons, bows and raffia.
www.buygiftribbon.com

Blue Ribbon Design - Letterpress greeting cards, invitations and announcements.
www.blueribbondesign.com

Copyright © 2006 Yahoo! Inc. All rights reserved.
Privacy Policy - Copyright/IP Policy - Terms of Service - Guidelines - Help

4/28/2006

Case 4:06-cv-00173-RCC    Document 22    Filed 05/02/2006    Page 13 of 22

**EXHIBIT 4**

BANDYOPADHYAY DECLARATION IN SUPPORT OF *EX PARTE* MOTION FOR
ORDER TO SHOW CAUSE AGAINST DEFENDANT TIM OEY REGARDING
CONTEMPT DUE TO FAILURE TO COMPLY WITH TEMPORARY RESTRAINING
ORDER AND SANCTIONS

Case 4:06-cv-00173-RCC     Document 22     Filed 05/02/2006     Page 14 of 22



MAYER
BROWN
ROWE
& MAW

May 1, 2006

Mayer, Brown, Rowe & Maw LLP
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, California 94306-2112

Main Tel (650) 331-2000
Main Fax (650) 331-2060
www.mayerbrownrowe.com

Dennis S. Corgill
Direct Tel (650) 331-2058
Direct Fax (650) 331-4558
dcorgill@mayerbrownrowe.com

VIA FACSIMILE (650.838.4350) and U.S. MAIL

Esha Bandyopadhyay
Perkins Coie LLP
101 Jefferson Drive
Menlo Park, CA 94025-1114

Re:     *The Freecycle Network, Inc. v. Tim Oey and
         Jane Doe Oey*

Dear Esha:

This letter responds to your letter dated April 28, 2006, concerning Tim Oey and the temporary restraining order issued by Judge Collins on April 24, 2006 ("TRO").

First, please understand that we represent FreecycleSunnyvale. We do not represent Tim Oey as an individual.

Second, as counsel for FreecycleSunnyvale, we can assure you that FreecycleSunnyvale and its members intend to comply fully with the TRO.

Third, as counsel for FreecycleSunnyvale, we disagree with your interpretation of the TRO. The TRO requires Tim Oey and persons who participate with him to refrain from future conduct. The TRO does not compel action or apply to past conduct. TFN knew about all of the internet postings attached to your letter before TFN filed its lawsuit in Arizona, but TFN failed to draft a proposed order that compels any action with respect to the TRO.

Fourth, on review, we do not understand how any of the contents of the attachments to your letter, even if attributed FreecycleSunnyvale, violate the TRO. We would appreciate your help in identifying which portions of which attachments violate which specific portions of the TRO.

I look forward to your response and to cooperating with you to assure that FreecycleSunnyvale and its members comply with the TRO. Or, we would be happy to take this matter up with Judge Collins before the hearing scheduled for May 9, 2006.

Very truly yours,

Dennis S Corgill

Dennis S. Corgill

Berlin Brussels Charlotte Chicago Cologne Frankfurt Houston London Los Angeles New York Palo Alto Paris Washington, D.C.
Independent Mexico City Correspondent: Jauregui, Navarrete y Nader S.C.

Mayer, Brown, Rowe & Maw LLP operates in combination with our associated English limited liability partnership in the offices listed above.
44020005

**EXHIBIT 5**

Bandyopadhyay Declaration in Support of *Ex Parte* Motion for
Order to Show Cause Against Defendant Tim Oey Regarding
Contempt Due to Failure to Comply with Temporary Restraining
Order and Sanctions

Case 4:06-cv-00173-RCC     Document 22     Filed 05/02/2006     Page 16 of 22

Esha Bandyopadhyay
PHONE: 650.838.4355
FACSIMILE: 650.838.4555
EMAIL: ebandyopadhyay@perkinscoie.com



101 Jefferson Drive
Menlo Park, CA 94025-1114
PHONE: 650.838.4300
FAX: 650.838.4350
www.perkinscoie.com

*Via Facsimile (520-882-7643) and First Class Mail*

May 2, 2006

Ashley Lynn Kirk
Hayes Soloway PC
3450 E Sunrise Dr
Ste 140
Tucson, AZ 85718

**Re:** ***The Freecycle Network v. Tim Oey, et al.***
**Case No. CV 06-173-RCC**

Dear Ms. Kirk:

The substance of this letter repeats what was faxed to Ian Feinberg of Mayer, Brown, Rowe & Maw LLP ("Mayer Brown") on April 28, 2006, a copy of which is attached for your convenience. Today we received a letter from Dennis Corgill, also of Mayer Brown, stating that Mayer Brown does not represent Tim Oey in this action, although Mr. Feinberg appeared telephonically on Mr. Oey's behalf at the hearing on April 24, 2006. It is now our understanding that you are the sole legal representative of Tim Oey ("Mr. Oey") and Jane Doe Oey in the above-referenced action and on that basis, we reiterate to you what we have already communicated to Mr. Feinberg.

Specifically, I am writing to address Mr. Oey's failure to comply with the Court's Order Granting The Freecycle Network, Inc.'s *Ex Parte* Motion for Temporary Restraining Order ("Order") in the above-captioned case. As you are aware, the Court has specifically ordered that Mr. Oey and his agents, servants and employees and those persons in active concert and participation with Mr. Oey are "restrained and enjoined from directly or indirectly inducing infringement of The Freecycle Network's intellectual property, including its trademarks or any variation or imitation thereof, disparaging The Freecycle Network's intellectual property, including its trademarks or any variation or imitation thereof, and from disseminating false and misleading statements regarding The Freecycle Network and its intellectual property, including its trademarks or any variation or imitation thereof."

It has been brought to our attention that Mr. Oey has failed to comply with the Court's order, and continues to engage in activity from which he has been restrained and enjoined. In particular, as mentioned in my letter of April 28th, the Yahoo! group FCNext, located at http://groups.yahoo.com/group/fcnext, continues to include a posting from Mr. Oey encouraging others to infringe upon The Freecycle Network's marks. As you are aware,

BY061210.208

ANCHORAGE · BEIJING · BELLEVUE · BOISE · CHICAGO · DENVER · LOS ANGELES
MENLO PARK · OLYMPIA · PHOENIX · PORTLAND · SAN FRANCISCO · SEATTLE · WASHINGTON, D.C.
Perkins Coie LLP and Affiliates

Case 4:06-cv-00173-RCC    Document 22    Filed 05/02/2006    Page 17 of 22

a copy of this post was attached as Exhibit G to The Freecycle Network's underlying complaint against Tim Oey in this matter, and specifically raised by counsel for The Freecycle Network at the April 24th hearing. An additional copy of this post is hereby attached for your convenience.

Since Mr. Oey has the ability to remove or modify the above-mentioned Web site, or posts contained on this Web site, we request that Mr. Oey immediately comply with the Court's order by removing the aforementioned Web site, or postings contained on this Web site, and any other similar publications or Web pages. Should Mr. Oey fail to comply with the Court's Order immediately, we will have no choice but to request relief from the Court.

We look forward to your anticipated cooperation. Please feel free to contact me should you have any questions or concerns regarding this or any other matter.

Very truly yours,

Esha Bandyopadhyay

EB:ls

Enclosures

# EXHIBIT 6

Bandyopadhyay Declaration in Support of *Ex Parte* Motion for
Order to Show Cause Against Defendant Tim Oey Regarding
Contempt Due to Failure to Comply with Temporary Restraining
Order and Sanctions

Case 4:06-cv-00173-RCC     Document 22     Filed 05/02/2006     Page 19 of 22

Yahoo! My Yahoo! Mail   Make Yahoo! your home page

# YAHOO! GROUPS

Sign In
New User? Sign Up

Search [____]
the Web

Search

Groups Home · Help



**fcnext** · Free Recycling - The Next Generation

**Home**
**Messages**

**Members Only**
Post
Chat
Files
Photos
Links
Database
Polls
Calendar
Promote

Already a member?
Sign in to Yahoo!

**Yahoo! Groups Tips**

**Did you know...**
Your group can all chat
together with free online

## Messages

Message # [____] Go | Search: [____] Search

Up Thread | Message Index | View Source | Unwrap Lines

Messages Help

**Message 3171 of 5411**   « Previous | Next »

Reply    Forward

reduce_reuse...
⊘ Offline
☑ Send Email

**From:** Tim Oey <timoey@...>
**Date:** Thu Feb 23, 2006 5:55 pm
**Subject:** Let your voices be heard...

Many of us know that TFN is already a bit crazy in trying to clamp down on free
speech freedoms, but now is a great time to further the cause and keep freecycle
free for everyone forever (and drive TFN even crazier).

What you can do on your own:

1) Using TFN's directory, please contact all the freecycle groups in your state
and surrounding states to let them know that freecycle is a generic term. Ask
them to visit http://greenribbon.us for more information. There is no need to be
that organized about it but if you think you have a state well covered, please
post a note to fcnext. You'll need to dribble the mails out a few at a time and
by as many people as possible to get around yahoo's intricate group owner spam
catchers. Make all your emails unique -- don't repeat exactly the same contents
or subject, etc.

2) If you currently have a group within TFN, either take it out of TFN and tell
all your members that freecycling should stay free or do comply initially with

Case 4:06-cv-00173-RCC     Document 22     Filed 05/02/2006     Page 20 of 22

TFN's request so that your group is not deleted but then later sprinkle freecycling around your group and other groups so the free grassroots movement continues to be free (this is likely to really drive TFN nuts). Let more people know about http://greenribbon.us

3) Do give TFN GOAs a hard time because they are doing bad things by limiting free speech. Free speech is very important. Let everyone know that TFN does not need to control freecycling for TFN to be successful.

4) Get your freecycling is free statements to Eric for posting on http://greenribbon.us

5) Let others know that freecycling is a wonderful thing that people can do via Google, Craigslist, Yahoo Groups, any email list, or however they wish -- even just leaving stuff out on the curb with a "Free" or "Freecycle this" note attached.

Spread the word and let the word be free.

Enjoy!

Cheers,
Tim

conferences in Yahoo Messenger with Voice.
Show me now.

Yahoo! 360°

Keep connected to your friends and family through blogs, photos and more. Create your own 360° page now.

| Replies | | Author | Date ⏷ |
|---|---|---|---|
| 3190 | **Re: Let your voices be heard...** I don't think any of that is a good idea. Why not let the courts decide it? By.... | If I told ya..... belhaven_lass ☺ ✉ | Feb 24, 2006 1:18 am |
| 3314 | **Re: Let your voices be heard...** Hi Lass, The courts will get to it eventually. How is encouraging others to... | **Tim Oey** reduce_reuse... ☺ ✉ | Feb 27, 2006 7:00 am |
| 3336 | **Re: Let your voices be heard...** | xtina (freecycle mode... | Feb 27, 2006 1:11 pm |

existentialista

3348    i second tim's post...educating others is a necessity in any
        grassroots ...

Free cycle Recycle
freecycos

Re: Let your voices be heard...
I think I've made my intent known when it comes to
FreeSpeech :-) FreeCyco .....

Reply    Forward

**Message 3171** of 5411   < Previous | Next >

Feb 27, 2006
2:47 pm

Up Thread | Message Index | View Source | Unwrap Lines

Message #          Go    Search:              Search

Copyright © 2006 Yahoo! Inc. All rights reserved.
Privacy Policy - Copyright/IP Policy - Terms of Service - Guidelines - Help