IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| THE FREECYCLE NETWORK, INC., an Arizona non-profit organization,<br><br>Plaintiff,<br><br>v.<br><br>TIM OEY and JANE DOE OEY,<br><br>Defendants. | CASE NO. 06-CV-00173-RCC<br><br>**[PROPOSED] ORDER GRANTING THE FREECYCLE NETWORK, INC.'S *EX PARTE* MOTION FOR ORDER TO SHOW CAUSE AGAINST DEFENDANT TIM OEY REGARDING CONTEMPT DUE TO FAILURE TO COMPLY WITH TEMPORARY RESTRAINING ORDER AND SANCTIONS**<br><br>Date:      May 9, 2006<br>Time:     3:00 p.m.<br>Before:   Honorable Raner C. Collins<br>Location: Courtroom 5B |

Upon considering Plaintiff The Freecycle Network, Inc.'s ("The Freecycle Network") *Ex Parte* Motion for Order to Show Cause Against Defendant Tim Oey Regarding Contempt Due to Failure to Comply with Temporary Restraining Order and Sanctions ("Motion"), the Court having considered the materials and arguments presented to the Court in connection with the Motion,

IT IS HEREBY ORDERED that The Freecycle Network's Motion is granted as follows:

Defendant Tim Oey ("Defendant" or "Oey") is DIRECTED to SHOW CAUSE regarding his failure to comply with the Order Granting The Freecycle Network's *Ex Parte* Motion for Temporary Restraining Order. Defendant is further DIRECTED to pay reasonable attorneys' fees and costs associated with bringing this Motion, The Freecycle Network's *Ex Parte* Motion

Dockets.Justia.com

for Temporary Restraining Order, and The Freecycle Network's Motion for Preliminary Injunction, in an amount to be determined.

Dated this day of May ___, 2006.

Presented by:

PERKINS COIE LLP


By: _____/s/_____
    LISA KOBIALKA
    Attorneys for Plaintiff
    The Freecycle Network, Inc.