## INDEX OF APPENDICES

| Appendix | Description |
| --- | --- |
| A | Motion to Stay |
| B | Declaration of Tim Oey |
| C | Declaration of Ashley Kirk |

Case 4:06-cv-00173-RCC　　Document 25-2　　Filed 05/05/2006　　Page 1 of 1

Dockets.Justia.com