# EXHIBIT 2

Ashley Lynn Kirk
HAYES SOLOWAY PC
3450 E. Sunrise Drive, Suite 140
Tucson, AZ 85718
Telephone: (520) 882-7623
Facsimile: (520) 882-7643

Attorneys for Defendants
TIM OEY and JANE DOE OEY

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| THE FREECYCLE NETWORK, INC., an Arizona non-profit organization, <br><br> Plaintiff, <br><br> v. <br><br> TIM OEY and JANE DOE OEY, <br><br> Defendants | CASE NO. CIV 06-173-TUC-RCC <br><br> DECLARATION OF IAN N. FEINBERG IN SUPPORT OF MOTION TO STAY OR TRANSFER <br><br> Date: May 9, 2005 <br> Time: 3:00 p.m. <br> Before: Hon. Raner C. Collins <br> Location: Courtroom 5B |

I, Ian N. Feinberg, declare as follows:

1. I am an attorney licensed to practice in California. I am a partner of the law firm of Mayer, Brown, Rowe & Maw LLP, with offices at Two Palo Alto Square, Suite 300, 3000 El Camino Real, Palo Alto, California 94306.

2. I am one of the attorneys who represent FreecycleSunnyvale in a lawsuit currently pending in the United States District Court for the Northern District of California, Oakland Division. *FreecycleSunnyvale v. The Freecycle Network*, Case No. C06-00324 CW (N.D. Cal. filed Jan. 18, 2006). That lawsuit has been assigned to the Honorable Claudia Wilken, United States District Court Judge.

3. On March 31, 2006, I appeared in the courtroom of Judge Wilken on behalf of FreecycleSunnyvale and with regard to a motion to dismiss filed by The Freecycle Network. At the beginning of the hearing, Judge Wilken indicated that she would not dismiss Plaintiff FreecycleSunnyvale's claim seeking a declaration of trademark non-infringement or, in the alternatives, that "freecycle" is generic or that The Freecycle Network engaged in naked licensing. Judge Wilken also indicated during the hearing that she would refer the parties to mediation.

4. On May 1, 2006, I participated in a pre-mediation conference call conducted by William N. Herbert, who was appointed as the mediator in *FreecycleSunnyvale v. The Freecycle Network*. The mediation has been set for the week of June 12, 2006.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed in Palo Alto, California, on May 2, 2006.

_____
Ian N. Feinberg