# APPENDIX C - TAB 3

Dockets.Justia.com

OnTheCommons.org | The Rise of the Share-Recycle Movement Page 1 of 6

This is Google's cache of http://onthecommons.org/node/660?PHPSESSID=397b3bebac6c6e014b512986a8a424a8 as retrieved on Apr 13, 2006 04:26:15 GMT.
Google's cache is the snapshot that we took of the page as we crawled the web.
The page may have changed since that time. Click here for the current page without highlighting.
This cached page may reference images which are no longer available. Click here for the cached text only.
To link to or bookmark this page, use the following url: http://www.google.com/search?q=cache:nc82PIjQu_4J:onthecommons.org/node/660%3FPHPSESSID%3D397b3bebac6c6e014b512986a8a424a8+%22freecycle%22+deron+beal&hl=en&gl=us&ct=clnk&cd=11

*Google is neither affiliated with the authors of this page nor responsible for its content.*

These search terms have been highlighted: **freecycle deron beal**

On the Commons . org

- The Commons
- Commons of Nature
- Creativity & Knowledge
- Hometown Commons
- Everyday Experience

search

Home » blogs » David Bollier's blog » The Rise of the Share-Recycle Movement

Posted by David Bollier on Wed, 08/24/2005 - 5:28pm

Tools
login to comment
email to a friend
printer-friendly

Who said you need money or a marketplace in order to reap the benefits of exchange? A new movement is arising that is locally based, globally coordinated and altruistically motivated to get perfectly good stuff headed for the landfill into the hands of people who need it. Most of the exchanges occur through online notices that publicize what's available and what things people are looking for. It's not a market, it's not barter, it's not a flea market. It's a movement of well-structured commons designed to save the environment, promote localism and meet people's everyday needs.

I visited the website of the local affiliate of **Freecycle** and found that there are 2,419 members who run ads like this one: "Offered: white 90 inch sofa, some light coffee stains but nothing that can't be covered with a throw".I'm moving to a smaller place, can make do with a smaller sofa." Here's another ad, this one from "Ben": "Anyone have any 20 ft or longer I-beams kicking around? I'm looking for two to make a bridge."

This movement might be neatly called the "**Freecycle**" movement, but unfortunately, the website that pioneered this trend, **Freecycle**, trademarked the name and is in other ways trying to assert proprietary control. (More about this in a moment.) Since I prefer open-access words, I'll dub it the "share-recycle movement."

http://72.14.203.104/search?q=cache:nc82PIjQu_4J:onthecommons.org/node/660%3FPHPSESSID%3D397b... 5/2/2006

The **Freecycle** Network™ claims the largest reach, with 3,024 **Freecycle™** Communities and 1,584,448 **Freecycle™** Members in more than fifty nations. Its tagline is "Changing the world one gift at a time." (Isn't that ubiquitous ™ symbol really annoying, especially when aggressively promoted by an enterprise dedicated to sharing?)

There are a number of other worthy share-recycle networks, some of them started by disaffected former members of the **Freecycle** Network™. They include Freesharing.org, which has links to over 220 locally managed groups serving over 87,500 members in the US and Canada. There are also colleague groups such as SharingIsGiving.org, FreeCycleAmerica.org, FreeUsables.com,
Freesources Recycling Network and Altruists International.

**Freecycle** tells its history this way:

> On May 1st, 2003, **Deron Beal** sent out an e-mail announcing the first **Freecycle™** group to about 30 or 40 friends and a handful of nonprofits in Tucson, Arizona. At the time **Deron** founded The **Freecycle** Network, he ran a small recycling program called Downtown Don't Waste It! with a nonprofit organization, RISE, which provides recycling services to downtown businesses, and transitional employment to Tucsonans in need.
>
> As **Deron** and his crews recycled, rather than watching perfectly good items being thrown away, they found themselves calling or driving around to see if various local nonprofits could use them. Thinking there had to be an easier way, **Beal** set up that first **Freecycle** e-mail group in a way that permitted everyone in Tucson to give and to get. **Freecycle** was off and running.

Membership in most of these communities is free, and the local leaders are volunteers. **Freecycle** has an elaborate step-by-step process for creating your own group, with advice how on to moderate the community's interactions.

The share-recycle movement bears a lot of resemblances to the fantastically successful craigslist, the locally based classified ads that people can post and read for free. The movement is also notable for the relative ease and low cost with which people can self-organize themselves to serve collective goals on a local basis. Moderators of **Freecycle** groups have to take an oath to observe a code of "**Freecycle** etiquette": "You'll agree to remain open to input from members or the occasional democratic polling of your members, but to make the tough calls and decisions in order to spare the rest the long debates. You'll pledge to keep spam, ads and money-makers out of your group with the "two strikes, you're out" rule. And, finally, you'll promise to come clean of your pack-rat ways and clean out your own garage before asking the same of others."

**Freecycle** espouses an admirable philosophy:

> We don't strive for personal gain first through encouraging people to try to sell items. We only encourage magnanimous giving with absolutely no strings attached. You may however choose to encourage members to go to local nonprofit trading or bartering organizations as an alternative — we tend to find that local barter groups are kindred spirits and, while not directly gifting, they are doing lots of good in their own way. With **Freecycle**, though, there are no strings attached. Folks just give stuff away!

The splintering of **Freecycle** participants began when founder **Deron Beal** began to assert greater control over the entire system and its far-flung volunteer moderators. As reported by Matt Weiser in Grist magazine (May 19, 2005), **Beal** accepted a $130,000 grant from Waste Management, the firm associated with dubious, sometimes illegal behavior in dumping hazardous wastes.

This sponsorship — **Freecycle's** only one — did not sit well with many members who thought it essentially invited Waste Management to use **Freecycle** to "greenwash" itself. Still, **Beal** had been running **Freecycle** on the side, and the grant enabled him to begin to manage the burgeoning **Freecycle** network full-time. As part of this assertion of control, **Beal** also trademarked the term "**Freecycle**" and began to require local moderators to give him access to local member information and transactions.

This, too, rankled many local moderators. If you're part of a volunteer grassroots movement, it can be a real bummer to be told, corporate-style, to hand over local information and that you may only use the word "**freecycle**" "as an adjective (**Freecycle** group, etc.) and never as a noun or verb, or morphed into another word (freecycler, freecycling, **freecycle** the couch, etc. are no-nos)."

In the bigger scheme of things, it's not clear to me whether these management decisions will impede the growth of the movement. Locally organized groups can still do their thing, and the international "branding" of the **Freecycle** name and operating processes may or may not matter. (It could actually slow the growth of **Freecycle**.) In any case, it's a pleasure to see this sort of locally driven, community-based paradigm take off: an idea whose time has come.

David Bollier's blog
Relevant topics: local currencies | hometown commons | gift economies

## Comment viewing options

Threaded list - expanded | Date - newest first | 50 comments per page | Save settings

Select your preferred way to display the comments and click "Save settings" to activate your changes.

Great Article, More Options
Submitted by laolsen70 on Sat, 10/15/2005 - 11:50pm.

Thank your for your very open and informative post on Free Recycling. It is a movement that is very important to me and appreciate the honest look at what is happening now.

Though in it's infancy, The movement is slowly expanding outside e-mail groups and bulliten boards and becoming available on web sites that allow you to customize the items you receive. The website I administer, FreeXchange.org is one of those.

Thank you again for your well written post!

Larry Olsen,
www.freexchange.org

reply | email this page
TradeMark
Submitted by FreeCycleAmerica on Sat, 10/15/2005 - 10:06pm.

By the way,, **freecycle** has no TradeMark,, They do have one "PENDING" for a logo thathas yet to be approved but it is just a LOGO,, not the word,,, Paul

A New Beginning,,,

www.FreeCycleAmerica.org

reply | email this page
When Greed Enters The Room,,,
Submitted by FreeCycleAmerica on Tue, 09/06/2005 - 3:36pm.

I find it ridiculous that **Deron Beal** makes it so difficult for people to give things away and how it is that so many people are affected by his greed. The **FreeCycle** concept is great, but once greed enters the picture the concept takes a back seat.

He has far too much concern for the trademark and getting a non-profit status so he can "quit his day job." That is his concern, not saving the planet.

A New Beginning,,,

www.FreeCycleEarth.org

reply | email this page

## Guest Blogger

 The guest blogger for April is Jaimie P. Cloud.

**Previous Guest Bloggers**
Mar 2006: Carolyn Raffensperger
Feb 2006: Merrill Goozner
Jan 2006: Jay Walljasper
Dec 2005: Hope Shand
Nov 2005: Esme Vos
Oct 2005: John Clippinger
Sep 2005: Peter Barnes
Aug 2005: Bill Novak
Jul 2005: Lewis Hyde

## Basics

- about
- new to the commons?
- key concepts
- activists & thinkers
- organizations
- participate
- donate

## User login

Register in order to post comments, receive periodic alerts, and participate in the OTC community.

Username:

Password:

Log in

- Create new account
- Request new password

## State of the Commons

# APPENDIX C - TAB 4



Welcome, Guest. Please Login or Register.
May 3rd, 2006, 2:15pm

**News:** Please help spread the word about FreeSharing.org

**Home** **Help** **Search** **Members** **Login** **Register**

**FreeSharing Forum**
**General**
**Green Ribbon Campaign** (Moderator: eb)

Here is where you can find info about the 'Green Ribbon Campaign' which seeks justice for the Free Recycling Movement after repeated attacks by The Freecycle Network.

**Pages: 1** 2

**Start new topic**

| Subject | Started by | Replies | Views | Last post |
|---|---|---|---|---|
| **The Internet Patrol article on Freecycle** | eb | 0 | 2 | **Today** at 10:28am by eb |
| **List Supporting Groups Here** « Pages 1 2 » | eb | 22 | 349 | **Today** at 9:37am by clothahump |
| **Unbelievable - TFN denies groups due to population** | eb | 2 | 52 | **Today** at 1:07am by jennifer30233 |
| **We're in the paper! And so is 'The Freecycle Rag'** | Charlotte Hess | 2 | 35 | May 2nd, 2006, 7:33pm by Freecycle Rag |
| **Censorship on MS and OIDG** | Char Hess | 2 | 43 | May 1st, 2006, 9:58pm by Paul Hurteau |
| **First Use of Freecycle (TM)2000** | eb | 1 | 48 | May 1st, 2006, 8:32pm by charlotte hess |
| **Welcome ModSquad Visitors!** | eb | 0 | 37 | May 1st, 2006, 8:22pm by eb |
| **TFN's Deron Beal Sueing Tim Oey for $225,000+** « Pages 1 2 » | eb | 20 | 311 | May 1st, 2006, 8:09pm by eb |
| **GOA's tracing IP addresses???** | eb | 7 | 85 | May 1st, 2006, 1:40pm by Wade |
| **Posted as evidence of who is really destroying TFN** | eb | 0 | 99 | Apr 30th, 2006, 4:16pm by eb |
| **Deron and GOA Demands mods turn over Ontario Group** | eb | 1 | 48 | Apr 30th, 2006, 1:43pm by eb |
| **Another Freecycle TM that predates TFN** | eb | 0 | 38 | Apr 27th, 2006, 11:06pm by eb |
| **Fundraising Fraud by TFN** | eb | 6 | 130 | Apr 23rd, 2006, 4:58pm by eb |
| **DeronBeal.com** | eb | 4 | 125 | Apr 22nd, 2006, 11:53am by clothahump |

**ODIG discussion on Trademarks and**

| Topic | Started by | Replies | Views | Last post |
|---|---|---|---|---|
| **Copyright** | eb | 0 | 55 | Apr 18th, 2006, 10:21pm by eb |
| **TFN Demands Domain Name from UK Site Owner** | eb | 1 | 77 | Apr 14th, 2006, 8:38am by clothahump |
| **More Fuel!** | clothahump | 2 | 52 | Apr 13th, 2006, 8:01pm by eb |
| **Archive -- from freecycle.org - freecycling** | eb | 0 | 28 | Apr 10th, 2006, 1:03am by eb |
| **Freecycling.com** | eb | 0 | 29 | Apr 10th, 2006, 12:12am by eb |
| **Deron spreading more misinformation about FS** | eb | 10 | 133 | Apr 6th, 2006, 12:56pm by eb |

**Start new topic**

Normal Topic
Hot Topic (More than 15 Replies)
Very Hot Topic (More than 25 Replies)

Locked Topic
Sticky Topic
Sticky Locked Topic

=> Green Ribbon Campaign

Powered by YaBB 1 Gold - SP 1.4!
Forum software copyright © 2000-2004 Yet another Bulletin Board

FactsEvidenceContacts : Facts, Evidence, Contacts

Page 1 of 2

Yahoo! My Yahoo! Mail Make Yahoo! your home page

Search the Web Search

YAHOO! FINANCE Groups **Sign In** New User? Sign Up

Finance - Groups - Help

**FactsEvidenceContacts** · Facts, Evidence, Contacts

Home

**Members Only**

Messages
Post
Links
Database
Polls
Promote

**Info** Settings

## Group Information

Members: 37

Category: Free Stuff

Founded: Jan 30, 2005

Language: English

Already a member?
Sign in to Yahoo!

**Yahoo! Groups Tips**

**Did you know...**
You can connect in real-time with other group members, sharing instant messages. Get Yahoo! Messenger with Voice.

**Yahoo! 360°**

Keep connected to your friends and family through blogs, photos and more. Create your own 360° page now.

## Home

Join This Group!

**Activity within 7 days:** *(No Activity)*

### Description

This is a site to gather the facts: documentation, letters, threat messages etc. Anything you think is important information for others to know or that we can collectively use as leverage against the whole freakcycle org which has incorporated and is trying to muscle so many groups and people.

Facts are best but I have seen some obnoxuous letters come out of freakcycle, hateful, leaning toward blackmail, or just plain showing their absolute ignorance, These would be nice to share with others also. Post them to the "files" section, we will try to figure out a system for filing them by name, date, type of letter/evidence etc...

If you have information you would like to share but are afraid to share in fear of retaliation from the members of Freecycle Network you can either create a seperate Yahoo Account for this group or email your information to anti_freecycle@yahoo.com and we will post the information under our name.

Thank you,
Group Moderators

### Message History

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2005 | | 10 | 2 | | 2 | 3 | | 8 | 1 | 3 | | |

### Group Email Addresses

Related Link: www.freeshare.savethisplanet.com
Post message: FactsEvidenceContacts@yahoogroups.com
Subscribe: FactsEvidenceContacts-subscribe@yahoogroups.com
Unsubscribe: FactsEvidenceContacts-unsubscribe@yahoogroups.com
List owner: FactsEvidenceContacts-owner@yahoogroups.com

Join This Group!

**YAHOO! SPONSOR RESULTS**

Business and Finance - Does your business do more than $2,000 monthly in Visa/Mastercard sales? If so, we can supply you with the cash you need. We have successfully supplied businesses with cash.
www.workingcapitalprogram.com

Financial Salary Surveys - Financial salary surveys, research and hiring news.
www.efinancialcareers.com

Small Business Loans - Competitive terms. Expert advice. Apply now for your capital needs.
www.netbank.com

http://finance.groups.yahoo.com/group/FactsEvidenceContacts/ 5/2/2006

---

Copyright © 2006 Yahoo! Inc. All rights reserved.

Privacy Policy - Copyright/IP Policy - Terms of Service - Guidelines - Help

Yahoo! My Yahoo! Mail Make Yahoo! your home page

Search the Web Search

Welcome, ashkirk1224
[Sign Out, My Account]

Finance - Groups - Help

ashkirk1224 · akirk@hayes-soloway.com | Group Member - Edit Membership    Start a Group | My Groups

**ModSquadRevealed** · Mod Squad Revealed

- Home
- Messages
  - Post
- Chat
- Files
- Photos
- Links
- Database
- Polls
- Calendar
- Promote

**Yahoo! Groups Tips**

**Did you know...**
You can add Yahoo! and search right from your browser? It's easy and it's free. See how.

**Yahoo! 360°**

Keep connected to your friends and family through blogs, photos and more. Create your own 360° page now.

## Messages

Messages Help

Message # Go Search: Search    Post Message

**View:** Simple | Summary | Expanded
**As:** Msg List | Thread

**940 - 977** of 977 First | < Previous | Next > | Last

| | Subject | Author | Date |
|---|---|---|---|
| 940 | **Re: Comments**<br>... not use ... ringer from the ... comments ... freecycle. :-) ... I... | majeremaiden | Jan 20, 2006<br>3:44 am |
| 943 | **Re: Submit Your CV (Resume) Today!**<br>In a message dated 1/21/2006 10:20:10 PM Eastern Standard Time, ... Apparently,... | edschwarzmann@...<br>edschwarzmann | Jan 21, 2006<br>8:29 pm |
| 944 | **Re: Submit Your CV (Resume) Today!**<br>In a message dated 1/21/2006 9:30:16 P.M. Central Standard Time, ... | shermanguy@...<br>cvtexas_1 | Jan 21, 2006<br>8:42 pm |
| 945 | **Re: Submit Your CV (Resume) Today!**<br>I just reported them as a spammer to AOL and blocked them. Ed... | edschwarzmann@...<br>edschwarzmann | Jan 21, 2006<br>8:58 pm |
| 946 | **Re: Submit Your CV (Resume) Today!**<br>In a message dated 1/21/2006 9:59:00 P.M. Central Standard Time, ... | shermanguy@...<br>cvtexas_1 | Jan 21, 2006<br>9:04 pm |
| 947 | **Re: Submit Your CV (Resume) Today!**<br>What does AOL have to do with a yahoo e-mail address? Wouldn't this be better... | majeremaiden | Jan 22, 2006<br>6:40 am |
| 948 | **Re: Submit Your CV (Resume) Today!**<br>In a message dated 1/22/2006 7:41:49 A.M. Central Standard Time, ... | shermanguy@...<br>cvtexas_1 | Jan 22, 2006<br>7:03 am |
| 949 | **Re: Submit Your CV (Resume) Today!**<br>In a message dated 1/22/2006 9:03:48 AM Eastern Standard Time, ... Absolutely... | edschwarzmann@...<br>edschwarzmann | Jan 22, 2006<br>8:23 am |
| 950 | **Re: Submit Your CV (Resume) Today!**<br>Interesting. So does AOL block them from everyone on AOL or just the person... | majeremaiden | Jan 25, 2006<br>3:14 am |
| 951 | **Re: spam etc** | shermanguy@... | Jan 25, 2006 |

| # | Subject / Preview | Author | Date |
|---|---|---|---|
| | It blocks them from the individual immediately, but if multiple people have ... | cvtexas_1 | 3:26 am |
| 952 | **Re: Submit Your CV (Resume) Today!** All any user can do is block spammers on his own account. It is up to the ISP... | edschwarzmann@... edschwarzmann | Jan 25, 2006 8:07 am |
| 953 | **Re: spam etc** In a message dated 1/25/2006 5:26:24 AM Eastern Standard Time, ... Hi Chris, To... | edschwarzmann@... edschwarzmann | Jan 25, 2006 8:08 am |
| 954 | **Re: Comments** Fnext does seem to be respectful from what I seen so far ... From: majeremaiden... | Missy rose_citymom | Jan 28, 2006 4:17 pm |
| 955 | **Re: Comments** Then you are blind,,, Either that of stupid,, Paul Hurteau 70 Quaker Street PO... | Paul Hurteau freecycleame... | Jan 28, 2006 5:15 pm |
| 956 | **Re: Comments** Respectful,, Oh you mean like the respect that Deron showed the people who ... | Lisa millvillecindy | Jan 28, 2006 5:20 pm |
| 957 | **Re: Comments** Opps,, Sorry,, I mis-read the post,, Paul ______ From:... | Lisa millvillecindy | Jan 28, 2006 5:28 pm |
| 958 | **Re: Comments** i hope i am not the only one who sees the irony in this? bk... | Bill Keiser sharpstik | Jan 28, 2006 7:14 pm |
| 959 | **Re: Comments** I think they do not allow comments like the one below is what I am referring. I... | Missy rose_citymom | Jan 28, 2006 9:43 pm |
| 960 | **Re: Comments** Bill,, I said I was sorry,, I mis-read the comment,, I thought I read that ... | Paul Hurteau freecycleame... | Jan 29, 2006 8:02 am |
| 961 | **Re: Comments** that's still no call to be insulting to someone who made an innocent comment,... | Bill Keiser sharpstik | Jan 29, 2006 8:24 am |
| 962 | **Re: Comments** Hi Guys, Hey all make mistakes. And I was not supporting one group over the... | Missy rose_citymom | Jan 29, 2006 9:30 am |
| 963 | **Re: Comments** Thanks for understanding and accepting my Apology,, Once again I am sorry I ... | Paul Hurteau freecycleame... | Jan 29, 2006 1:41 pm |
| 965 | **by special request** though the group is idol as of late I went ahead and banned a few smappers and... | wodiwkcalb2005 | Mar 12, 2006 12:10 pm |
| 966 | **Re: by special request** | puffin_ny | Mar 12, 2006 |

| # | Message | Author | Date |
|---|---|---|---|
| | Hi, I haven't popped in for awhile. Hope everyone is well. I wonder what is... | | 12:33 pm |
| 967 | **Re: Digest Number 180** Tell me we aren't allowing this kind of post on a regular basis. Looks like ... | Mary Jones pa_birdlady | Mar 14, 2006 9:54 am |
| 968 | **You think YOU'RE having a bad day!!!** This is a bricklayer's accident report that was printed in the newsletter of ... | Paul Hurteau freecycleame... | Mar 22, 2006 11:06 am |
| 970 | **Re: Oregon State Department of Justice wants your evidence against F** I was lookign through past posted and waseondering if this was still in effect?... | vintage_tupperware vintage_tupp... | Apr 24, 2006 2:42 pm |
| 975 | **Re: Oregon State Department of Justice wants your evidence against F** Still in effect? I suppose like any government agency they will take forever to... | wodiwkcalb2005 | Apr 26, 2006 11:21 pm |
| 976 | **Re: Oregon State Department of Justice wants your evid...** Sounds to me as if Deron has opened himself to criminal charges at the Federal... | edschwarzmann@... edschwarzmann | Apr 27, 2006 9:58 am |
| 977 | **RoseburgFreecycle is a trademark of Diamondcomputer.net - prior to D** RoseburgFreecycle is a trademark of Diamondcomputer.net - prior to Deron Beal... | freecycleddotblogspot... freecycleddo... | Apr 27, 2006 9:12 pm |

**View:** Simple | Summary | Expanded **940 - 977** of 977 First | < Previous | Next > | Last
**As:** Msg List | Thread

Message # [ ] Go Search: [ ] Search Post Message

**YAHOO! SPONSOR RESULTS**

CoolSavings.com: Free Online Stuff - Get cool free stuff and samples from your favorite brands. Plus great money saving coupons you can print from your computer. Visit CoolSavings now.
www.coolsavings.com

Join Now for Free Stuff Online - Membership with Quality Health gives you access to free samples, recent health news, support groups, offers and surveys. Join now.
www.qualityhealth.com

Giving Away Free Samples - Free stuff online. Get free samples of various household products. Receive shampoo, diapers, perfume, candy, condoms, t-shirts, tampons, and more.
www.freebiefanatic.com

Copyright © 2006 Yahoo! Inc. All rights reserved.
Privacy Policy - Copyright/IP Policy - Terms of Service - Guidelines - Help

ModSquadRevealed : Message: Re: Oregon State Department of Justice wants your evidence against FCN ... Page 1 of 4

Yahoo! My Yahoo! Mail Make Yahoo! your home page

Search the Web Search

Welcome, **ashkirk1224**
[Sign Out, My Account]

Finance - Groups - Help

Trade At
Night?
FXCM - Click Here

Scottrade
$7 TRADES

ashkirk1224 · akirk@hayes-soloway.com | Group Member - Edit Membership    Start a Group | My Groups

**ModSquadRevealed** · Mod Squad Revealed

Home
Messages
Post
Chat
Files
Photos
Links
Database
Polls
Calendar

Promote

**Yahoo! Groups Tips**

**Did you know...**
Find new compatriots and unite. Start a New Group.

**Yahoo! 360°**

Keep connected to your friends and family through blogs, photos and more. Create your own 360° page now.

## Messages

Messages Help

Message # Go Search: Search Post Message

Up Thread | Message Index | View Source | Unwrap Lines    **Message 975** of 977 < Previous | Next >

Reply Forward

**From:** "wodiwkcalb2005" <wodiwkcalb2005@...>
**Date:** Wed Apr 26, 2006 11:19 pm
**Subject:** Re: Oregon State Department of Justice wants your evidence against FCN ASAP

wodiwkcalb2005
Offline
Send Email
Invite to Yahoo! 360°

Still in effect? I suppose like any government agency they will take forever to do anything or give any decisions, as far as I am concerned any information that can be sent at any point in time can only help to give them a push to keep investigating.

Please send them any information you have regarding Deron and Freecycles illegal or questionable activities.

Peace bond? is that like a restraining order or an injunction to get them to stop posting your personal information and slow the harrasment and personal threats? You can print forms off-line from Arizona's court system, mail them and file an injunction against Deron Beal and/or other freecycle inc. The basturds have crossed the line one too many times in purposfully posting and spreading personal information. I personally BEGGED Deron to stop using my real name, spreading my location and other personal information, which he aquired when I joined Freecycle in 2003, I carefully explained to him and Cc'd copies to freecycle network, that he was placing myself, my child and my family in harm from a dangerous person whom I have had restraining orders on for 4 years now (and who continues to allude the police to this day) and that only seemed to encourage the sadistic basturd into refering to me at any possible opportunity, even when it was to associate me with more outright LIES. Derons postings caused others to attack me, to the point that some freecycle mods got into a discussion and openly stated that they hoped the stalker found me and "killed me", or murder me and made jokes that they would not shed a tear. I kid you not. I received copies of private letters Deron sent out over the past month to mods where he is still sending out my name and personal information (even though I have been virtually inactive on any anti-freecycle site for soem time and he personally has authorized (I have a copy of an email that confirms this) Oregon Modsquad (USA) to keep a database on the group to collect my personal information and any known or suspected emails, strictly for the purpose of harrassing me and one can only assume in hopes that they can reach the stalker and he will kill myself, my

http://finance.groups.yahoo.com/group/ModSquadRevealed/message/975 5/2/2006

sister, my parents and my child.

Deron is a two faced basturd, showing the general public what a "nice guy" he is while the reality is that he is a bad greedy, hateful man.

I encourage anyone who has been harrassed in such a manner by Deron Beal or other Freecycle moderators doing his bidding to send all the infromation to any Government agency who will listen and to file an injunction against Deron Beal and Freecycle and make it public record the horrific means at which he will go to stop those who speak out against him.

--- In ModSquadRevealed@yahoogroups.com, "vintage_tupperware"
<vintagetupperware@...> wrote:
>
> I was lookign through past posted and waseondering if this was
still
> in effect? Can any one give me infromation on this? I'm currently
> seeking a peace bond against a freecycle mod for posting all my
> information on line. This is in Canada. Canany one help me out.
> --- In ModSquadRevealed@yahoogroups.com, "BlackWidow"
> <dlcfreeshare@> wrote:
> >
> >
> > I have received several letters, regarding an investigation into
> > FreeCycle.org's activities and claims, from the:
> >
> > ATTENTION: M. Kirk Harvey, Chief Investigator
> > State of Oregon, Department of Justice
> > 1515 SW 5th Avenue Suite 410
> > Portland, Oregon 97201
> >
> > REGARDING: FreeCycle.org
> > 137300XDC0049-05

> > Fax: (503)299-5120
> > TDD: (503) 378-5938
> > Telephone: (503) 229-5725
> >
> >
> > ** the last letter, dated March 15th 2005, is requesting
materials
> > and
> > any DOCUMENTAION which may assist them in their investigation.
> >
> >
> > If you have:
> >
> >
> > - letters,
> > - e-mails,
> > - copies of web pages,
> > - archived information,
> > - web blogs
> > - News articles
> > - group messages posts
> >
> >
> > or any other information you believe is relevant,
> > which you believe may prove that Freecycle.org, Freecycle Network

```
> > and/or Deron Beal, Freecycle NGA's, GOA's and/or Moderators have
> > violated FEDERAL, ANY STATE or LOCAL laws, rules or regulations
for
> > example:
> >
> >
> > Consumer fraud or other false statments including:
> > * ANY and ALL claims of 501 non-profit status since 10/2003
> > * ANY and ALL claims of Trademark ownership or infringement
> > * ANY and ALL Solicitions for donations or funding
> > * Public or private threats, harrassment, personal information
> > disclosure by the company or its employees, slander or liable
type
> > statements etc.
> >
> >
> > The State of Oregon Department of Justice has requested copies of
> the
> > information be sent to them, before April 15th 2005.
> >
> >
> > Please send all information ASAP to:
> >
> >
> > ATTENTION: M. Kirk Harvey, Chief Investigator
> > State of Oregon, Department of Justice
> > 1515 SW 5th Avenue Suite 410
> > Portland, Oregon 97201
> >
> >
> > REGARDING: FreeCycle.org
> > 137300XDC0049-05
> >
> >
> > ************************************************************
> > **********
> > If you prefer, you may forward the information to THIS GROUPS
> OWNERS
> > at:
> > Darkerside-of-FREECYCLE-owner @ googlegroups.com.
> > and I will see that the State of Oregon receives a copy of it.
> >
> >
> > You may also wish to file your own complaint through the 2
> different
> > on-line complaint forms at:
> > http://www.doj.state.or.us/FinFraud/EngExplanation.htm
> > and
> > http://www.doj.state.or.us/ChariGroup/Complaint.html
> >
> >
> > You can also ask questions of the State of Oregon Department of
> > Justice
> > via e-mail (they say they will be answered within 24 business
> hours)
> > to:
> > consumer.hotline @ doj.state.or.us
> > (remove the blank spaces before and after the "@" when addressing
> > your
> > e-mail)
```

```
> > ************************************************************
> > *************
> > Please share with the rest of us any information you send them.
> Thank
> > you
> >
>
```

Reply Forward

Up Thread | Message Index | View Source | Unwrap Lines **Message 975** of 977 < Previous | Next >

Message # Go Search: Search Post Message

**YAHOO! SPONSOR RESULTS**

Acquire Small Business Finance Easily - At GCR Capital well bend over backwards to get you the financing you need. Low rates and fast, friendly service. Instant approvals. Apply now using our secure online application.
www.gcr-capital.com

Small Business Finance - Multiple programs for your small business finance. We meet your small business finance needs. Free infomation. Call us today.
www.jcfunding.com

Small Business Banking - Bank online anytime, anywhere. Great rates. Great convenience.
www.netbank.com

Copyright © 2006 Yahoo! Inc. All rights reserved.
Privacy Policy - Copyright/IP Policy - Terms of Service - Guidelines - Help

 ModSquadRevealed : Message: Re: Oregon State Department of Justice wants your evidence against FCN ... Page 1 of 3

Yahoo! My Yahoo! Mail Make Yahoo! your home page

YAHOO! FINANCE
Groups

Welcome, **ashkirk1224**
[Sign Out, My Account]

Search the Web Search

Finance - Groups - Help

Tap into advanced trading tools.
SCHWAB ACTIVE TRADER

$0 Trades
FXCM
BID/ASK SPREAD APPLY

Scottrade
$7 TRADES

ashkirk1224 · akirk@hayes-soloway.com | Group Member - Edit Membership

Start a Group | My Groups

**ModSquadRevealed** · Mod Squad Revealed

Home
Messages
Post
Chat
Files
Photos
Links
Database
Polls
Calendar

Promote

**Yahoo! Groups Tips**

**Did you know...**
Commiserate with other parents. Find a Parents Group.

**Yahoo! 360°**

Keep connected to your friends and family through blogs, photos and more. Create your own 360° page now.

## Messages

Messages Help

Message # Go Search: Search Post Message

Up Thread | Message Index | View Source | Unwrap Lines **Message 970** of 977 < Previous | Next >

Reply Forward

**From:** "vintage_tupperware" <vintagetupperware@...>
**Date:** Sat Apr 22, 2006 6:06 pm
**Subject:** Re: Oregon State Department of Justice wants your evidence against FCN ASAP

vintage_tupp...
Send IM
Send Email
Invite to Yahoo! 360°

I was lookign through past posted and waseondering if this was still in effect? Can any one give me infromation on this? I'm currently seeking a peace bond against a freecycle mod for posting all my information on line. This is in Canada. Canany one help me out.
--- In ModSquadRevealed@yahoogroups.com, "BlackWidow"
<dlcfreeshare@...> wrote:
>
>
> I have received several letters, regarding an investigation into
> FreeCycle.org's activities and claims, from the:
>
> State of Oregon
> Department of Justice
> Portland Office
> 1515 SW 5th Avenue Suite 410
> Portland, Oregon 97201
> Fax: (503)299-5120
> TDD: (503) 378-5938
> Telephone: (503) 229-5725
>
>
> ** the last letter, dated March 15th 2005, is requesting materials
> and
> any DOCUMENTAION which may assist them in their investigation.
>
>
> If you have:
>
>
> - letters,
> - e-mails,
> - copies of web pages,
> - archived information,
> - web blogs
> - News articles

http://finance.groups.yahoo.com/group/ModSquadRevealed/message/970 5/2/2006

> - group messages posts
>
>
> or any other information you believe is relevant,
> which you believe may prove that Freecycle.org, Freecycle Network
> and/or Deron Beal, Freecycle NGA's, GOA's and/or Moderators have
> violated FEDERAL, ANY STATE or LOCAL laws, rules or regulations for
> example:
>
>
> Consumer fraud or other false statments including:
> * ANY and ALL claims of 501 non-profit status since 10/2003
> * ANY and ALL claims of Trademark ownership or infringement
> * ANY and ALL Solicitions for donations or funding
> * Public or private threats, harrassment, personal information
> disclosure by the company or its employees, slander or liable type
> statements etc.
>
>
> The State of Oregon Department of Justice has requested copies of
the
> information be sent to them, before April 15th 2005.
>
>
> Please send all information ASAP to:
>
>
> ATTENTION: M. Kirk Harvey, Chief Investigator
> State of Oregon, Department of Justice
> 1515 SW 5th Avenue Suite 410
> Portland, Oregon 97201
>
>
> REGARDING: FreeCycle.org
> 137300XDC0049-05
>
>
> ****************************************************************
> **********
> If you prefer, you may forward the information to THIS GROUPS
OWNERS
> at:
> Darkerside-of-FREECYCLE-owner @ googlegroups.com.
> and I will see that the State of Oregon receives a copy of it.
>
>
> You may also wish to file your own complaint through the 2
different
> on-line complaint forms at:
> http://www.doj.state.or.us/FinFraud/EngExplanation.htm
> and
> http://www.doj.state.or.us/ChariGroup/Complaint.html
>
>
> You can also ask questions of the State of Oregon Department of
> Justice
> via e-mail (they say they will be answered within 24 business
hours)
> to:
> consumer.hotline @ doj.state.or.us

```
> (remove the blank spaces before and after the "@" when addressing
> your
> e-mail)
> ************************************************************
> *************
> Please share with the rest of us any information you send them.
Thank
> you
>
```

| Replies | | Author | Date |
|---|---|---|---|
| 975 | **Re: Oregon State Department of Justice wants your evidence against F** Still in effect? I suppose like any government agency they will take forever to... | wodiwkcalb2005 | Apr 26, 2006 11:21 pm |

Reply Forward

Up Thread | Message Index | View Source | Unwrap Lines **Message 970** of 977 < Previous | Next >

Message # Go Search: Search Post Message

**YAHOO! SPONSOR RESULTS**

CoolSavings.com: Free Online Stuff - Get cool free stuff and samples from your favorite brands. Plus great money saving coupons you can print from your computer. Visit CoolSavings now.
www.coolsavings.com

Join Now for Free Stuff Online - Membership with Quality Health gives you access to free samples, recent health news, support groups, offers and surveys. Join now.
www.qualityhealth.com

Giving Away Free Samples - Free stuff online. Get free samples of various household products. Receive shampoo, diapers, perfume, candy, condoms, t-shirts, tampons, and more.
www.freebiefanatic.com

Copyright © 2006 Yahoo! Inc. All rights reserved.
Privacy Policy - Copyright/IP Policy - Terms of Service - Guidelines - Help

Yahoo! My Yahoo! Mail Make Yahoo! your home page

Search the Web Search

Welcome, **ashkirk1224**
[Sign Out, My Account]

Finance - Groups - Help

ashkirk1224 · akirk@hayes-soloway.com | Group Member - Edit Membership

Start a Group | My Groups

**ModSquadRevealed** · Mod Squad Revealed

Home
Messages
Post
Chat
Files
Photos
Links
Database
Polls
Calendar

Promote

## Messages

Messages Help

Message # Go Search: Search

Post Message

Up Thread | Message Index | View Source | Unwrap Lines

**Message 209** of 977 < Previous | Next >

Reply Forward

**From:** "dlcfreeshare" <dlcfreeshare@...>
**Date:** Mon Feb 28, 2005 1:18 pm
**Subject:** Darkerside of freecycle

dlcfreeshare
Offline
Send Email
Invite to Yahoo! 360°

The Darkerside of freecycle group has once agian vanished without a word from Yahoo to any of its owners. My only guess is that "someone" got worried Darkerside was back on task and exposing too many hidden secrets and complained about some rule violation. Hey but you can still post in the Freecycle (TM) sanctioned whiners and complaint groups, whiners will just moderate out anything they don't want others to hear.

I suggest you all write
egroups-guidelines@yahoo-inc .com
help@yahoo-inc .com
reportabuse@yahoo-inc .com
copyright@yahoo-inc .com

and anyone else you can think of to complain and find out why they keep removing groups without warning. IF WE DO NOT CONTINUE TO SPEAK OUT AND FIGHT BACK AND EXPOSE THE BULLSHIT FREECYCLE (TM) IS DOING BEHIND THE SCENES THIS AND EVERY GROUP LIKE IT WILL VANISH.

Do not fall silent!!!

IS anyone else losing their trust in Yahoo over all of this? I know I am..

Just a friendly warning, because there is no doubt, at some point and time, they will get around to this group.....Members have been known to lose there IDs/e-mail accounts etc..during some of these group shut downs too ya know.....just a friendly warning.

**Yahoo! Groups Tips**

**Did you know...**
Share a wealth of information thru pictures. Add a Photo to Your Group.

**Yahoo! 360°**

Keep connected to your friends and family through blogs, photos and more. Create your own 360° page now.

| | Replies | Author | Date |
|---|---|---|---|
| 210 | **Re: Darkerside of freecycle** anyone else getting error 999 messages? dlcfreeshare <dlcfreeshare@...> w... | Rodney Holmes rodneyholmes61 | Feb 28, 2005 1:40 pm |
| 213 | **Re: Darkerside of freecycle** Maybe Yahoo should see these words of Deron's: "Why sponsors? In order to run t... | bimwilli | Mar 13, 2005 6:48 pm |

Reply Forward

Up Thread | Message Index | View Source | Unwrap Lines **Message 209** of 977 < Previous | Next >

Message # Go Search: Search Post Message

**YAHOO! SPONSOR RESULTS**

Business and Finance - Does your business do more than $2,000 monthly in Visa/Mastercard sales? If so, we can supply you with the cash you need. We have successfully supplied businesses with cash.
www.workingcapitalprogram.com

Financial Salary Surveys - Financial salary surveys, research and hiring news.
www.efinancialcareers.com

Small Business Loans - Competitive terms. Expert advice. Apply now for your capital needs.
www.netbank.com

Copyright © 2006 Yahoo! Inc. All rights reserved.
Privacy Policy - Copyright/IP Policy - Terms of Service - Guidelines - Help

Yahoo! My Yahoo! Mail Make Yahoo! your home page

YAHOO! FINANCE Groups

Welcome, **ashkirk1224**
[Sign Out, My Account]

Search the Web Search

Finance - Groups - Help

Scottrade
$7 TRADES

Tap into advanced trading tools.
SCHWAB ACTIVE TRADER

$ € ¥ £
FXCM

ashkirk1224 · akirk@hayes-soloway.com | Group Member - Edit Membership

Start a Group | My Groups

**ModSquadRevealed** · Mod Squad Revealed

Home
Messages
Post
Chat
Files
Photos
Links
Database
Polls
Calendar

Promote

**Yahoo! Groups Tips**

**Did you know...**
Commiserate with other parents. Find a Parents Group.

**Yahoo! 360°**

Keep connected to your friends and family through blogs, photos and more. Create your own 360° page now.

## Messages

Messages Help

Message # Go Search: Search Post Message

Up Thread | Message Index | View Source | Unwrap Lines

**Message 79** of 977 < Previous | Next >

Reply Forward

**From:** "wodiwkcalb2005" <wodiwkcalb2005@...>
**Date:** Mon Jan 31, 2005 11:51 am
**Subject:** Re: Finally some GOOD news for the GOOD Guys

wodiwkcalb2005
Offline
Send Email
Invite to Yahoo! 360°

Deron is working off of the part of the law that says you can notify people in advance of your intentions to apply for the mark, the only problem with this is that the mark, the name "freecycle" was already used worldwide by too many people, groups and businesses and if the law is followed when they finally get to the applications there is not a snow balls chance in hell that he or new media worlds will be awarded the rights. We need to barrage the USPTO and the 2 attorneys they have or will assign to each application with letters of objection, and the facts and insist they make an immediate ruling, in the best interest of the public, and deny both applications.

--- In ModSquadRevealed@yahoogroups.com, "anti_freecycle" <anti-freecycle@a...> wrote:
>
> For those of you not appart of the main Darkside group, I posted this
> up there this moring:
>
> Well I took it apone myself this morning to Call New Media Worlds, Inc.
>
> First, they are a 3rd Party Company but from my understand now what I
> thought. They actually are a Database Company.
>
> The individual that applied for the ServiceMark has NOTHING to do with
> Deron and the Freecycle Network. I was given some details but at this
> time (in order to project HIM) I will not be given out.
>
> I have asked HIM to contact me and hopefully he will.
>
> I can tell you this, according to New Media Worlds, Inc. the Trademark

> for Freecycle as of right now BELONGS TO NO ONE (including Deron).
> From my understanding, they are waitting on Final Approval but Deron
> does not have a claim to Freecycle until NMW is either Denied or
> Releases their application. Even at that point, the Government has
to
> Approve is Application before he can lay claim to it.
>
> SO ALL YOU MESSED UP PEOPLE SUCH AS MS. HESS, DERON, KELLY, JUDY,
ETC
> ETC ETC EAT IT!!!!!!! YOUR LIE HAS BEEN EXPOSED!!!!!
>
> If need be, I will contact New Media Worlds again and get them to
File
> a Signed Paper with Yahoo as the TRUE CLAIM to Freecycle and have
> EVERY SINGLE FREECYCLE GROUP CLOSED DOWN!!!!!
>
> GET ME, BACK THE FUCK OFF!!!!

| | Replies | Author | Date |
|---|---|---|---|
| 80 | **Re: Finally some GOOD news for the GOOD Guys** WOW I feel stupid....I didnt know about the TM vs. R so thanks for the info....... | anti_freecycle | Jan 31, 2005 2:44 pm |

Reply Forward

Up Thread | Message Index | View Source | Unwrap Lines **Message 79** of 977 < Previous | Next >

Message # Go Search: Search Post Message

**YAHOO! SPONSOR RESULTS**

Acquire Small Business Finance Easily - At GCR Capital well bend over backwards to get you the financing you need. Low rates and fast, friendly service. Instant approvals. Apply now using our secure online application.
www.gcr-capital.com

Small Business Finance - Multiple programs for your small business finance. We meet your small business finance needs. Free infomation. Call us today.
www.jcfunding.com

Small Business Banking - Bank online anytime, anywhere. Great rates. Great convenience.
www.netbank.com

Copyright © 2006 Yahoo! Inc. All rights reserved.
Privacy Policy - Copyright/IP Policy - Terms of Service - Guidelines - Help

ModSquadRevealed : Message: Just FYI

Page 1 of 5

Yahoo! My Yahoo! Mail Make Yahoo! your home page

Search the Web Search

Finance - Groups - Help

YAHOO! FINANCE
Groups
Welcome, ashkirk1224
[Sign Out, My Account]

$ € ¥ £
FXCM

Scottrade
$7 TRADES

Real-time market data and more.
SCHWAB ACTIVE TRADER

ashkirk1224 · akirk@hayes-soloway.com | Group Member - Edit Membership

Start a Group | My Groups

**ModSquadRevealed** · Mod Squad Revealed

Home
Messages
Post
Chat
Files
Photos
Links
Database
Polls
Calendar

Promote

**Yahoo! Groups Tips**

**Did you know...**
You can connect in real-time with other group members, sharing instant messages. Get Yahoo! Messenger with Voice.

**Yahoo! 360°**

Keep connected to your friends and family through blogs, photos and more. Create your own 360° page now.

## Messages

Messages Help

Message # Go Search: Search Post Message

Up Thread | Message Index | View Source | Unwrap Lines

**Message 58** of 977 < Previous | Next >

Reply Forward

**From:** "anti_freecycle" <anti-freecycle@...>
**Date:** Sat Jan 29, 2005 1:18 am
**Subject:** Just FYI

anti_freecycle
Offline
Send Email
Invite to Yahoo! 360°

Figured I should share the info I have.
This email was sent to me after C. Hess recieved my email by mistake.
Below your threats sent to me is the email I sent out to many media
(News Companies such as ABC, NBC, CBS, FOX, CNN as well as newspapers
around the country). Since I did not want to spend the time
gathering the emails I did a search and sent to all emails I found.
Some individuals where found by mistake. Hopefully many of them will
send the email on to their friends and family and the truth will
finally get out.

----------------------------------------------------------------------
----------

Date: Sat, 29 Jan 2005 02:20:35 -0500
From: charlotte Hess <charhess@...>
Reply-To: charlotte Hess <charhess@...>
To: anti-freecycle@...
Subject: Re: The TRUTH about Freecycle!!!!!!!

----------------------------------------------------------------------
----------

Your preaching to the choir pal! I'm the infamous Char. I send out the
Cease and Desists and then get the groups deleted by Yahoo. BTW you
can tell your buds on Darkside and Mod Squad revealed and all the
other drivel you folks produce this:

My info is online and not secret so Dawna aka DLCfreecyle aka
widowmate aka yikeit
aka freeycleusa etc didn't do anything special. Last count I pull up
over 100 hits on search.

As for the lies you try to send out, I have reported you to Yahoo for
spam and to my ISP to pursue. I suggest you discontinue sending this
spam to group owners as they are all reporting it.

http://finance.groups.yahoo.com/group/ModSquadRevealed/message/58

5/2/2006

Basically no one cares. Your groups aren't needed. We have plenty to go
round.

Have a great day!

Charlotte Hess
Database Adminstrator
Freecycle.org


On Fri, 28 Jan 2005 23:15:46 -0700, KH
<anti-freecycle@...> wrote:
> To whom it may concern,
>
> I am part of a group of "outcasts" of freecycle. Many of use used
to be Group Owners, Moderators of Groups and even worked all the way
at
the top with Deron himself.
> We are contacting you in an attempt to set the record straight
regarding the Freecycle Organization. Over the past six to twelve
months, many news channels and newspapers have been reporting about
all
the good that the organization has been doing. We think it is time
that you are told the truth about the dark secrets that the
organization has been doing its best to hide from you and many of its
members. The organization has grown to the point that they now have a
national group that makes up rules and/or changes rules just about
every other day. This national group is made up of Deron Beal and a
select few that follow his every command/order, these people are known
as GOA's. The biggest problem is that this national group makes up
new
rules and then they tell the state Moderators. These state moderators
rarely tell their members but do enforce the rule with a quick and
swift kick and ban from the groups. On the Freecycle website, there
is
a list of rules, which has never been changed. The new rules the
group
comes up with are never added to the website so no members know of
these rules. Now the previous information may or may not interest you
but the follow will.
>
> Freecycle's actions that are more recent have gone too far with
threats and violations of freedom of speech. Freecycle does have a
Service mark on their Logo they use but they consider this Service
mark
includes total ownership of the word/term/phrase of "FREECYCLE". For
the groups that have chosen to leave the organization the owners of
these groups have been sent letters demanding that the owners provide
a
link for members to return to Freecycle or demand that the owner close
their group. Freecycle has even gone as far as filing false
complaints
to Yahoo and having Yahoo close down groups that the organization
cannot or does not control anymore. The organization has sent out
message stating that if you use an email address that includes the
word/term "freecycle" you will be kicked and banned from their

groups.
Deron and the GOA's seem to look the other way when it comes to
individuals that they consider "on their side" with many rules
including one "un-written" rule that states that the owner of a group
must live in the city that the group is for and furthermore an
individual my only own one group. In the state of Colorado, three
individuals own 50 to 75 percent of the groups, there are 46 groups as
of 1/28/2005. One of these individuals said, "I cannot believe I am
in
charge of so many members". This same individual has blocked every
new
group by denying the group from being added to the Freecycle website,
then turns around, creates this same group, and approves it for him or
herself. Another one of these individuals said, "I can't wait until I
can be on TV again..." In the state of Illinois there are a
groups of women that have taken over and control every single group in
that state. These Moderators do not care about the organization but
more about their own person gain.
> In another group in a different part of the country an individual
added a posting to the group with a link to another site that was
about
ways to turn your "trash" into art. The owner of this group sent a
email to the poster threaten them, removing the posting, and then
kicking and banning the user. In Colorado, the Vail group has joined
up with another site outside of the Freecycle organization that seems
more and more to be ONLY for the rich and powerful. Yet no one in the
Freecycle organization seems to care. We know of many individuals who
have contacted the GOA's requesting assistance because of power
greedy
individuals in their state that have blocked their attempts to speak
their mind or even open a group.
>
> As for the Freecycle Organization itself, other members in the
group have said they have proof that Freecycle does not hold a
"Non-Profit" status with the IRS yet they claim to be a non-profit
organization. Now this in itself is wrong but if this turns out to be
true the organization has been collecting donations under the
impression that they are a non-profit which is extremely illegal.
Deron was quoted as saying, "If I can just get more donations then I
can quite my job and work for Freecycle fulltime"
>
> Last, I attend this email to be sent to the media but in my
attempt to acquire email address for the media, I might have added a
few personal emails. I am sorry for that but if you would be willing
to help spread the word by forwarding this email to your friends and
family. The more the truth is released to the public the better off
we
all will be.
>
> Some of the quotes may be off a bit as these where either from
third person or from a friend of a friend of a friend but many where
direct from a person involved in the conversation.
>
> I do not want anyone to think that I or even the group we are
apart of that the original idea behind freecycle is wrong. We all
loved freecycle when it first started but do to growth, lack of
leadership, and power greedy individuals the freecycle groups have
become a sour place to be.
>
> For the media and the individuals that receive this email, I

understand you may not believe what I have to say so please visit these
groups to read it for yourself.
>
<http://finance.groups.yahoo.com/group/DarkerSideOfFreecycle/>
> <http://groups.yahoo.com/group/freecycle_complaints/>
> <http://groups.yahoo.com/group/darksideoffreicycle/>
> <http://groups.yahoo.com/group/darkside_of_free-cycle/>
>
> KH
> (this is my kung fu, and it is powerful)
>

| | Replies | Author | Date |
|---|---|---|---|
| 64 | **Donation - not for profit** Everything I have seen says that they are working on becoming a non-profit. Do... | Just Leaving jstleaving | Jan 29, 2005 2:09 pm |
| 65 | **Re: Donation - not for profit** The media has said it over and over again...... Could the media be wrong, YES W... | anti_freecycle | Jan 29, 2005 2:45 pm |
| 66 | **Re: Donation - not for profit** Ah...i understand the confusion here: there is a difference between non-pofit ... | Just Leaving jstleaving | Jan 29, 2005 5:53 pm |
| 67 | **Re: Donation - not for profit** I am glad we cleared this up. As for the documentation, you will need to ask in... | anti_freecycle | Jan 29, 2005 6:06 pm |
| 73 | **Re: Donation - not for profit** aahh...I should have read further too... so I'm guessing they are trying to get... | augustskye63 | Jan 29, 2005 10:22 pm |
| 72 | **Re: Donation - not for profit** Well they spew it themselves over and over again, on the org site, in list desc... | augustskye63 | Jan 29, 2005 10:19 pm |
| 70 | **Re: Donation - not for profit** ... deductable contributions? ... Deduction for a charitable contribution can o... | shermanguy@... cvtexas_1 | Jan 29, 2005 8:56 pm |

Reply Forward

Up Thread | Message Index | View Source | Unwrap Lines

**Message 58** of 977 < Previous | Next >

Message # Go Search: Search

Post Message

**YAHOO! SPONSOR RESULTS**

CoolSavings.com: Free Online Stuff - Get cool free stuff and samples from your favorite brands. Plus great money saving coupons you can print from your computer. Visit CoolSavings now.
www.coolsavings.com

Join Now for Free Stuff Online - Membership with Quality Health gives you access to free samples, recent health news, support groups, offers and surveys. Join now.
www.qualityhealth.com

Giving Away Free Samples - Free stuff online. Get free samples of various household products. Receive shampoo, diapers, perfume, candy, condoms, t-shirts, tampons, and more.
www.freebiefanatic.com

---

Copyright © 2006 Yahoo! Inc. All rights reserved.
Privacy Policy - Copyright/IP Policy - Terms of Service - Guidelines - Help

Yahoo! My Yahoo! Mail Make Yahoo! your home page

Search the Web Search

YAHOO! GROUPS Sign In
New User? Sign Up

Groups Home - Help

**fcnext** · Free Recycling - The Next Generation

Home
Messages

Members Only
Post
Chat
Files
Photos
Links
Database
Polls
Calendar
Promote

Info Settings

## Group Information

Members: 339
Category: Recycling
Founded: Oct 13, 2004
Language: English

Already a member?
Sign in to Yahoo!

Yahoo! Groups Tips

Did you know...
Everything you need is one click away. Make Yahoo! your home page now.

Yahoo! 360°

Keep connected to your friends and family through blogs, photos and more. Create your own 360° page now.

## Home

Join Th

**Activity within 7 days:** **5** New Links - **235** New Messages - **7** New Files

### Description

This is a place where free recycling friends can discuss **the future of free recycling** -- where free recycling should go and how. There are no secrets here, just open and honest discussion.

IMPORTANT: Intelligent, thoughtful, and positive discussion is encouraged. All new members are moderated at first.

List rules:
- Stay on topic.
- No personal attacks.
- No discussion of how to run this group on the list (send questions to the -owner address)

Join the Blue Ribbon Online Free Speech Campaign!

### Most Recent Messages (View All)

What's This? Search:

**Re: New TFN Policy? Your county is to small to have a group?**
If I remember correctly, there is no logical way for the group to be properly
Posted - Wed May 3, 2006 5:53 pm
If I told belhav
Offlin
Send

**Re: New TFN Policy? Your county is to small to have a group?**
No Ed, This was just last year (8/2005). There were several large area wide
Posted - Wed May 3, 2006 5:38 pm
Kevin javama
Offlin
Send

**Re: So what's our dice with Portland?**
Why are we trying to break up the Portland group? Any of our business.? Sorry,
Posted - Wed May 3, 2006 4:07 pm
Yaman yaman
Offlin
Send

**Re: New TFN Policy? Your county is to small to have a group?**
Never having been to Portland, I have no experience with that city, but I feel
Posted - Wed May 3, 2006 3:53 pm
edschv edschv
Offlin
Send

**Re: Problems with FreeCycle?**
If you wonder why a lot of mods would like to stick to TFN, you probably have
Posted - Wed May 3, 2006 3:44 pm
Yaman yaman
Offlin
Send