### Message History

|  | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2006 | 432 | 413 | 1041 | 927 | 75  |     |     |     |     |     |     |     |
| 2005 | 33  | 24  | 113  | 5   | 16  | 26  | 14  | 271 | 312 | 208 | 705 | 287 |
| 2004 |     |     |      |     |     |     |     |     |     | 226 | 283 | 31  |

### Group Email Addresses

| Post message: | fcnext@yahoogroups.com |
|---|---|
| Subscribe: | fcnext-subscribe@yahoogroups.com |
| Unsubscribe: | fcnext-unsubscribe@yahoogroups.com |
| List owner: | fcnext-owner@yahoogroups.com |



**YAHOO! SPONSOR RESULTS**

Target.com: Blue Ribbon - Blue ribbon online. Save 10% - 20% at Target.com.
www.target.com

Blue Ribbon for Gift Wrapping - Blue ribbon plus many other assorted colors and sizes of gift wrappi
bows and raffia.
www.buygiftribbon.com

Blue Ribbon Design - Letterpress greeting cards, invitations and announcements.
www.blueribbondesign.com

Copyright © 2006 Yahoo! Inc. All rights reserved.

Privacy Policy - Copyright/IP Policy - Terms of Service - Guidelines - Help

Dockets.Justia.com

5/3/2006

# PledgeBank [Beta]

United States (change)

This pledge's permanent location: **www.pledgebank.com/freecycle-pledge**

This pledge is now closed, as its deadline has passed.

"I will **start an independent Freecycle User Group to represent the interests of Freecycle Users everywhere** but only if 100 other people worldwide will join an independent Freecycle User Group."

— Darren Wyn Rees, Freecycle Cynon Valley

Deadline to sign up by: 5th September 2005
*27 people have signed up, 73 more needed*

**More details**
We are a worldwide FAMILY of 1,435,270 FREECYCLE USERS and 2,867 Freecycle groups.

We RECYCLE things together and learn to SHARE.

We want a VOICE.

We want the Freecycle network to LISTEN to us like they listen to the big Corporations that sponsor the network and pay for the lawyers.

We are not spectators. We want to help SHAPE Freecycle

## Things to do with this pledge

- Create a local version of this pledge
- Send message to signers (creator only)

## Comments on this pledge

RSS

Check out the links below, many have already formed Free and Independant Networks outside of Freecycle already....

A Worldwide Free Share
Free Share is part of a growing number of locally and independantly owned FREE community groups where members post items they have to GIVE AWAY or want to receive for free. Free Share is part of a growing number of locally and independantly owned FREE community groups where members post items they have to GIVE AWAY or want to receive for FREE. On this site we GATHER and SHARE links to websites across the globe which allow members to freely

We OWN the Freecycle network – not the anonymous Corporations.

Please make a pledge to join an independent Freecycle User Group today.

Anything wrong with this pledge? Tell us!

their community.
http://www.freeshare.savethisplanet.com

Curbcycle
Got the urge to purge? Keep it off the curb! Recycling made fun, easy, & free!
http://www.freewebs.com/curbcycle

Free Give Away is a place where you can give away FREE items and ask for FREE things.
http://finance.groups.yahoo.com/group/Fr...

Free Reusables
post local ads for items in reusable condition
http://freeusables.com/index.html

Free Stuff Freecycle
http://finance.groups.yahoo.com/group/fr...

Free-Share.org
http://free-share.org/

Freecycle America
no affiliation to the corporation of simular name
http://www.freecycleamerica.org

Sharing is Giving
http://www.sharingisgiving.org

Widow at 05:33, Thu 7 July 2005. Abusive?
Report it!

This pledge is about REFORMING Freecycle. It is not anti-Freecycle. Whilst

recycling organisations, this pledge aims to stick with Freecycle and ensure it works for users.

Thanks for the links to other free recycling websites, but can we stick to the subject at hand, which is this...

How can we make our voice, as users, heard in the Freecycle decision making process ?

All the Freecycle discussion forums are managed by appointed Freecycle people.

There is no independent voice.

Where are the checks & balances ? Where is the means of scrutinizing decisions made by Freecycle central management ?

Darren Wyn Rees at 11:58, Fri 8 July 2005.
Abusive? Report it!

Freecycle & Censorship
**********************

Are Freecycle censoring their own moderator discussion list ?

On Tuesday, July 5th, a brief notice about the Freecycle Pledge was posted to the Freecyclemodsquad list.

At least twenty people responded to this pledge.

On Friday, July 8th, I attempted to reply

replies to the Freecyclemodsquad list.

No replies have shown up on the list !

The Freecyclemodsquad list is apparently moderated by Nancy Castleman.

I emailed Nancy Castleman on Saturday, July 9th 2005, asking her one simple question :

"Am I, or am I not, being prevented from posting to Freecyclemodsquad?"

I look forward to reading Nancy's reply. Hopefully, this is only a case of a mail delivery problem with Yahoogroups.

Darren Wyn Rees at 14:05, Sat 9 July 2005.
Abusive? Report it!

Darren, I understand your desire to reform Freecycle because I have been there myself, believing the people should run it and not a corporation but after years of watching things get worse, trying to talk to them, explain where they have gone wrong, it is clear reform is not possible unless there is a take over and the current administration is removed. Those of us who have been through a Freecycle attack (and in some cases more then one) upon our groups will never trust that Freecycle will not continue trying to rule over all groups. Freecycle has to have full ownership in order to claim the tonage of items shared and get the funding they seek and with this ownership comes power

ever come clean with the entire truth, even though he sees the ship sinking and knows he blew the tm etc. he continues to give the politians responses and moves ahead, stompong on those who have gotten him this far. Many of us decided long ago it was better to move on, learn from their mistakes and take our groups with us but Freecycles won't leave us alone. They continue to file false complaints of spamming, tm infringement and tos violations and on such a mass scale (just like their advertising campaign) some servers (Yahoo inparticular) have closed groups and accounts without allowing us to defend the accusations. Freecycle will come after any group/site/person it feels is a threat to them because they are exposing the truth.

Please, if you have some information or ideas that I (we) do not, I would love to hear them and assist if I could. You stated in the pledge that you wanted to start "an independent Freecycle User Group" please, tell me what your plan is for this group? Freecycle was a great idea, and it has spread quickly, but it has still become a business making money off unwitting members and Freecycles greed for cash and control has turned, I am afraid, irreversably ugly.

Widow at 07:59, Tue 12 July 2005. Abusive? Report it!

How do they make money? On the site it says that the turnover is $150,000 which is used for one salary for deron

how they are a business, if I'm never paying any money. Our freecycle group works really well and of course if its more independent and cooperative the better – but first, can someone tell me concretely what the problems are with freecycle as it is? What corporate involvement is there?

Matt at 16:37, Tue 19 July 2005. Abusive? Report it!

Matt, here is one of the many explanations floating aroudn the internet about why Freecycle is a crooked business, the facts may be a little out of date by now but the information remains true. The links may also no longer be valid because Freecycle has convinced Yahoo to shut down hundreds of groups for "trademark" infringement for even mentioning freecycle on their site oor if the owner or moderator had the name freecycle in their e-mail address (which many of us did when we were still blind members of freecycle), but the group or ones simular do restart, just do a yahoo or google search for freecycle using the words "complaint" or "dark side" and you will find plenty of information.

BEGINNING OF DOCUMENT:
Freecycle.org aka Freecycle Network (FCN) is a business, a Corporation to be exact, founded by Rise Incorporated in Tucson Arizona USA. In 2003 Rise Inc. "gifted" FCN to its then employee Mr. Deron Beal (the self proclaimed founder of FCN) and disassociated themselves

to falsely (and illegally) claim (and received cash donations for over a year) that they were still part of Rise Inc. and therefore a "non-profit" agency under Rise Inc's 501 non-profit status, and that the donations were federally tax deductible. If you visit the FCN home page you will find a "donation" button to give money to Deron Beal, a button people have been using to donate money to, which we believe most were falsely lead to believe they were giving to a "charity", a non-profit tax deductible charity, when in fact they were not. We believe Mr. Beal did intentionally fraud the public by advertising and promoting FCN as a "non-profit" (and in many documented cases he and other FCN representatives falsely claimed "501 (c)3 non-profit" status), knowing the general public considered this a tax deductible organization, which it is not. FCN is a non-profit Corporation in the State of Arizona only, one need just apply to be a corporation and mark the box stating they want to be "non-profit" to claim they do not intend to make a profit, however this does not give them federally deductible tax status.

FCN further deceives the public by claiming to be locally owned and operated and "grassroots" in their approach to members giving items away in local communities but in far too many cases this is absolutely false. FCN owns each and every group listed on their site, some groups are started by

local people and then in order to have their groups "advertised" and listed on the freecycle.org website, and avoid being harassed and threatened (as we were) they have to turn ownership over to FCN. Some groups are opened by FCN for the soul purpose of competing with other free groups who refuse to join freecycle and turn over ownership. Freecycle Network has final say and control over every group it owns, not the moderators or community it is suppose to serve.

Nearly all the FCN groups are operated on the FREE web server Yahoo, just as Free Share groups are. FCN groups are not always moderated, but opened and left as a way for FCN and Deron Beal to "corner the market" and have members in every city giving and receiving items with others in their community. FCN's motivation is not to build communities or keep items out of landfills, the motivation is money. FCN monitors and estimates the weight of every item the citizens give away to one another, they then take this information and has used it to get companies to "sponsor" them by giving FCN free advertising and hundreds of thousands of dollars. Eventually FCN's plans are to apply for city, county and state grants based on how much "tonnage" FCN is claiming to have kept out of the landfills.

Basically, the individual FCN groups are run by volunteer moderators (when they

are moderated at all), on a free server, with members of the community freely giving and receiving items from each other, without FCN ever being involved and yet FCN is profiting from all this free giving.

Freecycle Network Inc. could receive potentially hundreds of thousands to millions of dollars in government grants, your tax dollars and they do nothing but take credit for what other people give away with or without them. We feel it is a fraud on every single member of FCN who has not been given this information.

Where will the money go? FCN operates on a free server, with volunteer moderators so they do not cost FCN anything and the groups can run independently with absolutely no connection to freecycle network what so ever (as this group does). So where does all the money go?

When Deron Beal recently received the first large sponsor check he announced he was leaving his $25k job and would be using the money to pay himself 45K a year, to start. The rest of the money will be used for "operation costs" such as salaries to the corporate board members who "advice" the corporation, lawyers hired to trademark (TM) the name "freecycle" and employees they will hire to monitor the groups as the moderators go "rogue"

and
remove their groups from the
Corporation because they don't like
being told
what to do and how to operate their
group by some money hungry
corporation.
Freecycle Network also have plans to
buy their own server and remove all the
groups from Yahoo so they can apply
for additional grants.

My point? Freecycle Network does
absolutely NOTHING for the FCN groups
except list their web address on their
free site. FCN has threatened, harass
and lie to moderators/owners/members
and the general public in order to obtain
groups and build a profitable business
for Deron Beal and possibly others he
will hire as the corporation grows on
your tax dollars.

Free Share and dozens of other free
groups believe what FCN is doing, how
they are doing it, is wrong and deceitful
at the very least and (though the federal
government will have to follow through
and press charges) may very well be
fraudulent business practices.

FCN has claimed to the public for over a
year now that they "own" the trademark
rights, copyrights and service mark for
the name and concept "freecycle" for the
entire world, they do not. FN applied for
trade mark ownership of the name with
the US Patent and Trademark Office but
another company had already applied 4

months before them. Also, based on the wide spread usage of the word "freecycle" they way the free movement has been nick named "freecyclin", according to the laws/rules/regulations it will be near impossible at this point for anyone to obtain a US or Canadian trademark on the name or concept. FN does have the right to announce to the public their intention to trademark the name but they do not have the right to claim soul ownership, threaten, harass, steal or harm groups, members or individuals in their misguided attempt to convince people to stop using the name and concept so they can own it.

In addition FCN has been filing false complaints with Yahoo against other free groups that have refuse to join FCN and Yahoo has closed groups, taken away id's and e-mail accounts and even gone so far as to delete paid small business accounts on Deron Beal's behalf. This has affected thousands of innocent members and Yahoo REFUSES to give an explanation for their actions other then to say freecycle.org complained or their standard answer "Yahoo can close any group at our discretion"

If you would like to learn more, if you would like to read the evidence to support the claims we have made and get first hand accounts from some of the victims of FCN's deceit, read FCN lies, hate mail & Spam and how they

owners so FCN can turn a profit, please join the discussion group "the Darkside of Freecycle" (which has just begun to rebuild on google after a freecycle.org closure on Yahoo) at:
http://groups-beta.google.com/group/Dark...
or visit one of the other groups working to expose FCN to the general public.

http://finance.groups.yahoo.com/group/Fa...
http://finance.groups.yahoo.com/group/Mo...
http://groups.yahoo.com/group/darkside_o...
http://groups.yahoo.com/group/darksideof...

Phreecycler at 21:22, Wed 20 July 2005.
Abusive? Report it!

The basic facts of the document above still hold true, Freecycle continues to harrass other free groups, and get Yahoo to close down competing groups and threaten, harass, spam with false statements, harvest members lists etc..if any free group or one group using the Freecycle name refuses to hand over ownership because Freecycle (Deron Beal) must prove ownership in order to claim the tonnage on items given away so he can solicit for government grants and other funding in order to increase his personal profit margin.

Freecycle does NOT need to make money or be a business to be sucessful in implementing the ORIGINAL goal of Freecycle, (as many other groups are doing) and anyone that is ignorant enough to believe Derons politician type answers to the facts in the document is

too many people blindly following Freecycle unaware of the real motivations behind the organization, totally unaware that Deron Beal is making money off of their free giving of items (with no help from beal or freecycle what so ever) and unaware of the harm and damage Freecycle are doing to communities because of their greed.

Thank god for people like journalist Matt Weiser whom has the power and the guts to start, if only slowly, to publicly expose Freecycles dark side. http://www.grist.org/news/maindish/2005/...

Widow at 21:40, Wed 20 July 2005. Abusive? Report it!

The end of Deron's hold is nearing it's end. He will have to disclose how he has spent money in order to maintain his status in Arizona and when he does, if he does he will be CLOSELY scrutinized.

Paul Hurteau at 23:50, Wed 20 July 2005. Abusive? Report it!

Ok, I'm convinced. See just what you mean. What an odd thing for him to do. With over a million members!! And trying to have control! Strange... well, another bit of proof of how power corrupts...

Matt at 23:51, Wed 20 July 2005. Abusive? Report it!

My postings to the Freecyclemodsquad list were censored in a most childish and thuggish manner... this type of behavious does not befit Freecycle

I am very disappointed.

In summary, my postings to the Freecycle list were purposely delayed – they were only posted after I noted the delay on this website – however other people posting on the same subject were not moderated in any way.

It seems you can talk about off-topic subjects, providing no constructive criticism is made of the Freecycle network.

I emailed the owner of the Freecyclemodsquad, Nancy Castlemaine, however she has declined to reply.

I have no idea what school of diplomacy Nancy follows, but acting like Genghis Khan does not win friends and influence people.

I await a reply as a matter of basic courtesy.

Darren Wyn Rees at 21:19, Sun 24 July 2005.

Abusive? Report it!

I am all for ANY independence from FC. I have been personally abused by the leadership, but more than that, I have been threatened, lied about, slandered.

However, the REAL problems are much deeper. The lies about a trademark. The misleading the general public about non-profit status. And many more. These are the tip of the iceberg, and

mainstream (ugh...media) then FC will continue to lie, cheat, and steal, basically.

It's sad that something fairly great, turned out to be so wrong, and completely taken over at the top levels by liars, cheats, backstabbers, and thieves.

I've never seen a TRUE non-profit use the tactics this organization has used on people, singly, and in groups.

As far as the modsquad group, that is a useless mess. Anything important IS quashed...QUICKLY. But if people want to continually debate whether someone has an "appropriate yahoo profile" or whether they can have coffee together, or date each other or "be sure not to use the word 'Freecycling' etc"...well, THAT'S ok?

Useless. Just like fc.org at this point.

Too Much FC Abuse at 04:22, Sun 31 July 2005.
Abusive? Report it!

My name is T. VanHook and I am the President and CEO of RISE, Inc., the Tucson, Arizona 501(c)3 organization that founded FreeCycle and gifted the name to the FreeCycle network. I am happy (although no-one has ever asked ) to tell the RISE story about the creation of the network, the idea behind the listserve, and our gift to the organization that Mr. Beal and others formed.

tvanhook@rise-inc.org

T. VanHook
RISE, Inc.
82 South Stone Avenue
Tucson, AZ 85701

T. VanHook at 20:23, Sat 5 November 2005.
Abusive? Report it!

# Add Comment

**Your name**

**Your email**

**Your web site** *(optional)*

**Your comment**

Your name and web site, if given, will be shown on your comment, but your email address will not be.

☑ **Email me future comments on this pledge**

[ Preview ]

http://www.pledgebank.com/freecycle-pledge

5/2/2006

# APPENDIX C - TAB 5

# Freecycle Network

From Wikipedia, the free encyclopedia

**The Freecycle Network** (often abbreviated **TFN**) is a corporation registered as a non-profit in Arizona that organizes a worldwide network of regiving groups, aiming to divert usable goods from landfill. It provides an online registry of worldwide groups, and co-ordinates the creation of forums for individuals and non-profits to offer and receive free items for reuse or recycling. By 2006, The Freecycle Network extended to over 3000 groups with almost 2 million members.

## Contents

- 1 Background
- 2 Controversies
- 3 External links
    - 3.1 The Freecycle Network structure
- 4 References

# Background

The organization was a project of RISE Inc., a nonprofit corporation, to promote waste reduction in Tucson, Arizona, and reduce the need for landfill sites in Arizona's fragile desert landscape. RISE handed it over to the project leader, Deron Beal, who describes himself as "just another MBA who had decided to work for the public good after years in international marketing". It has since grown, reaching into 50 countries and involving over a million members in over 3,000 groups worldwide. On April 2004, it incorporated under Arizona law, although it has not yet achieved 501(c)(3) status. The board of directors is limited to 15 members, although it currently has three: founder Deron Beal (chairperson and treasurer), his wife Jennifer Columbus (vice chairperson) and friend Jolie Sibert (secretary).

Each local group exists as a Yahoo! Groups list run by volunteer moderators with local owners. TFN encourages the formation of new groups, subject to approval by regional New Group Approvers (NGAs). Groups approved by TFN are listed at the official website, can use the name and logo, and are subject to rules enforced by a structure of global and regional Group Outreach Assistants and NGAs. TFN plan to move in early 2006 from Yahoo! Groups to a centralised site, listing "offers" and "wanteds" across the world.

# Controversies

There are a number of controversial issues concerning The Freecycle Network:

- **Corporate Sponsorship** - In February 2005, Deron Beal accepted TFN's first corporate support of $130,000 from Waste Management, Inc. [1] (http://www.wasteage.com/mag/waste_free_fabulous/). This polarized opinion amongst group moderators, for some being a sensible way of raising funds from a company Beal describes as America's "largest recycler", and for others selling out to corporate interests. Further criticism was provoked by a decision to take paid Google ads on the Freecycle web site, contrary to the initial stated principles, and by Beal's green amabassador role for WMI [2] (http://www.wastemanagementcanada.com/Community/freecycle.asp).

- **Use of Funds**. Some members have challenged how sponsorship funds have been allocated. The initial goals were to use this for a new website, Beal's salary and lawyers' fees. After the first year, the new web site had not appeared, although $45K had received by Beal in salary, and an unstated sum spent on legal expenses. However, the web site is claimed to be on schedule for Q1 2006. Further criticism has been attracted by the friends-and-family board structure, which prevents The Freecycle Network from full registration as a non-profit and efficient use of donations. Beal defends this as a necessary interim measure whilst the organization grows rapidly.

- **Trademark**. Beal has been criticized for vigorously defending Freecycle as a trademark, at the expense of closing down functioning groups using Freecycle logos and language, or forcing groups to change their names solely to

prevent commercial interests taking the name and establishing an inappropriate *freecycle.com*. (Ironically, Whois shows the registration for freecycle.com was filed May 29, 2000, long before the current controversy.) Critics point out that it could equally be protected from corporate abuse by establishment as a generic term. Ironically, Beal himself initially used freecycle as a generic term, and early documents make frequent references to 'freecyclers' and 'freecycling', terms which now trigger letters from the Freecycle trademark protection team. A formal trademark opposition [3] (http://ttabvue.uspto.gov/ttabvue/ttabvue-91168664-OPP-1.pdf) was filed in January 2006. FreecycleSunnyvale filed a lawsuit in federal court against The Freecycle Network [4] (http://freesharing.org/gr/files/2006-01-18_FreecycleComplaint.pdf) in January 2006.

- **Centralization**. Opinion divides amongst Yahoo! list moderators on the merits of a single centralized forum versus the federation of individual Yahoo! Groups, and since there is no widespread consultation or firm schedule, many groups remain unaware of the centralization plan. The concentration of infrastructure has its parallels in TFN governance, with decisions and discussion on organization removed from the general *modsquad* group open to all local moderators, shifted to a smaller *OIDG* group, and finally to a handful of people known as the 'HUB' group [5] (http://www.freecycle.org/aboutus.php?tpl=background). Former colleagues of Beal cite his behavior as an example of so-called founderitis. [6] (http://www.gwsae.org/executiveupdate/2004/December/founderitis.htm)

- **Removed groups**. Freecycle began removing many groups not registered, or subsequently deregistered on TFN's web directory of freecycle groups. Group moderators receive cease-and-desist emails and a request made to Yahoo! to close the group account. This has happened to groups with as many as 4,500 active members, for example Baton Rouge, Louisiana [7] (http://www.redstickfree.org/)[8] (http://groups.yahoo.com/group/RedStickFreeUse/) and Ann Arbor,Michigan[9] (http://a2ecycle.org/). At times, mass deletions of up to 500 groups at one time have been alleged. Starting in North America , these purges extended later in 2005 to Europe where a group TFN alleged to be "rogue" was closed down in Leicestershire. The criteria for action, to quote from a TFN warning e-mail, "trademark-protected Freecycle name and logo, as well as any and all copyrighted texts, graphics, rules, and guidelines, in any part of the group including the title, or its URL".

As of February 2006, threatening emails from TFN have been issued to non-Freecycle groups, such as those associated with Freesharing.[10] (http://www.sharingisgiving.org/)

- **Dismissing dissenters**. The Freecycle Network have dismissed members who disagreed with or queried its practices and direction, deleting their messages from Freecycle administration forums, and have extended this to closing entire community groups moderated by dissenters.

# External links

- The Freecycle Network (http://www.freecycle.org/)
- Freecycle Celebrates its 3rd Birthday (http://freecycle.org/newswire/2006/05/01/freecycle-is-3-happy-3-rd-birthday-freecycle)
- De-Junk Your Life (http://news.independent.co.uk/uk/this_britain/article360495.ece)
- A Bridge Between Neighbors (http://www.hidesertstar.com/articles/2006/04/26/features/feature1.txt)
- BusinessWeek blog on Freeycle issues (http://blogs.businessweek.com/the_thread/techbeat/archives/2005/08/whats_up_at_fre.html)
- Grist article on Freecycle, May 04 (http://www.grist.org/news/maindish/2004/05/17/nijhuis-freecycle/index.html)
- Grist article on Freecycle, May 05 (http://www.grist.org/news/maindish/2005/05/19/weiser-freecycle/)
- Green Ribbon Campaign to Keep Freecycle Free - Contains copies of court filings against Freecycle (http://greenribbon.us/)

## The Freecycle Network structure

- Board of Directors (http://www.freecycle.org/aboutus.php?tpl=board)
- Staff (http://www.freecycle.org/aboutus.php?tpl=staff) - HUB group
- Group Outreach & Assistance Team (regional supervisors) (http://www.freecycle.org/manual/goa_list.htm)
- OIDG (http://groups.yahoo.com/group/OIDG) - Confidential group for moderators to discuss organizational direction (334 members - Nov 2005)
- freecyclemodsquad (http://groups.yahoo.com/group/freecyclemodsquad) - Mutual assistance group open to moderators of any local TFN group (2286 members - Nov 2005)
- "The Freecycle Rag" www.pizzabob.com/freesharing2.html (http://www.pizzabob.com/freesharing2.html)

"The Freecycle Rag" a 406-eog-00173-RDC . . . which explains what freecycling is all about . . . this is poor man's copy and is free to distribute but

http://en.wikipedia.org/wiki/Freecycle_Network

5/3/2006

not change. It is a registered and copyrighted song by BMI. Singer Songwriter Bob Neace, aka 'Pizza Bob', who is a local singer in Brevard County, Florida and an aspiring Country Western performer, wrote and performs the song.

# References

- The Freecycle Network Board of Directors (http://www.freecycle.org/aboutus.php?tpl=board)
- Freecycle Trademark Application (US) (http://tarr.uspto.gov/servlet/tarr?regser=serial&entry=78475113)
- Freecycle Trademark Application (EU) (http://oami.eu.int/bulletin/ctm/2005/2005_038/004287553.htm)
- Trademark Application (UK) (http://webdb1.patent.gov.uk/RightSite/formexec? DMW_DOCBASE=ibis&DMW_INPUTFORM=ibis/ohim.htm&ohimnum=E4287553)
- Freecycle Statement of Centralization Plans (http://www.freecycle.org/freecyclopedia.php?tpl=food)
- TFN Filings with State of Arizona (http://starpas.cc.state.az.us/cgi-bin/wspd_cgi.sh/WService=wsbroker1/names-detail.p? name-id=11229014&type=CORPORATION)

Retrieved from "http://en.wikipedia.org/wiki/Freecycle_Network"

Categories: Recycling | Waste management | Regiving

- This page was last modified 22:23, 2 May 2006.
- All text is available under the terms of the GNU Free Documentation License (see **Copyrights** for details). Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc.
- Privacy policy
- About Wikipedia
- Disclaimers