**HAYES SOLOWAY P.C.**
Ashley Lynn Kirk, Arizona State Bar #021866
3450 E. Sunrise Drive, Suite 140
Tucson, Arizona 85718
Telephone: (520) 882-7623
Facsimile: (520) 882-7643

*Attorneys for Defendants.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| THE FREECYCLE NETWORK, INC., an Arizona non-profit organization, | No. CIV06-173-TUC-RCC |
| Plaintiff, | |
| v. | MOTION TO STAY OR TRANSFER |
| TIM OEY and JANE DOE OEY, | |
| Defendants. | |

Defendants Tim Oey and Jane Doe Oey hereby move the Court, pursuant to 28 USC 1404, for an Order Changing Venue or Staying the above-referenced action.

This Motion is brought pursuant to 28 USC 1404 to preserve judicial economy and maintain consistency between the Courts.

HAYES SOLOWAY P.C.
3450 E. SUNRISE DRIVE
SUITE 140
TUCSON, AZ 85718
TEL. 520.882.7623
FAX. 520.882.7643

175 CANAL STREET
MANCHESTER, NH 03101
TEL. 603.668.1400
FAX. 603.668.8567

Case No. CIV 06-173-TUC-RCC
*The Freecycle Network, Inc. v. Tim Oey and Jane Doe Oey*
Motion for Change of Venue or Stay

In support of this Motion, Defendants contemporaneously herewith have filed a Memorandum in Support of the Motion.

DATED this 4th day of May, 2006.

          HAYES SOLOWAY P.C.
          3450 E. Sunrise Drive, Suite 140
          Tucson, Arizona 85718

          By: /s/Ashley L. Kirk
                 Ashley L. Kirk
                 *Attorney for Defendants*

Original of the foregoing electronically filed this 4th day of May, 2006, with:

The Clerk of the Court
U.S. District Court
405 W. Congress Street
Tucson, Arizona 85701

Copy of the foregoing mailed this 4th day of May, 2006, to:

Lisa Anne Smith, Esq.
Shefali Milczarek-Desai, Esq.
**DeConcini McDonald Yetwin & Lacy, P.C.**
2525 East Broadway, Suite 200
Tucson, AZ 85716-5300

Paul J. Andre, Esq.
Lisa Kobialka, Esq.
Esha Bandyopadhyay, Esq.
Sean Boyle, Esq.
**Perkins Coie LLP**
101 Jefferson Drive
Menlo Park, California 94025-1114

/s/Kim Good

HAYES SOLOWAY P.C.
3450 E. SUNRISE DRIVE, SUITE 140
TUCSON, AZ 85718
TEL. 520.882.7623
FAX. 520.882.7643

175 CANAL STREET
MANCHESTER, NH 03101
TEL. 603.668.1400
FAX. 603.668.8567

2

Case 4:06-cv-00173-RCC   Document 26   Filed 05/05/2006   Page 2 of 2