## INDEX OF EXHIBITS

| Exhibit | Description |
|---|---|
| 1 | Request for Judicial Notice |
| 2 | Declaration of Ian Feinberg |
| 3 | Declaration of Dennis S. Corgill |
| 4 | Declaration of Pat Oey |

Case 4:06-cv-00173-RCC    Document 27-2    Filed 05/05/2006    Page 1 of 1

Dockets.Justia.com