# EXHIBIT  3

Dockets.Justia.com

1

Ashley Lynn Kirk
2 HAYES SOLOWAY PC
3450 E. Sunrise Drive, Suite 140
3 Tucson, AZ 85718
Telephone:    (520) 882-7623
4 Facsimile:    (520) 882-7643

5

Attorneys for Defendants
6 TIM OEY and JANE DOE OEY

7

8                    UNITED STATES DISTRICT COURT

9                        DISTRICT OF ARIZONA

10

THE FREECYCLE NETWORK, INC.,              CASE NO. CIV 06-173-TUC-RCC
11 an Arizona non-profit organization,

12            Plaintiff,                   DECLARATION OF DENNIS S.
                                           CORGILL IN SUPPORT OF
13 v.                                      MOTION TO STAY OR TRANSFER

14 TIM OEY and JANE DOE OEY,

15                                         Date:        May 9, 2005
                                           Time:        3:00 p.m.
16            Defendants                   Before:      Hon. Raner C. Collins
                                           Location:    Courtroom 5B
17

18

19

20

21

22

23

24

25

26

27

28

I, Dennis S. Corgill, declare as follows:

1.     I am an attorney licensed to practice in California. I am associated with the law firm of Mayer, Brown, Rowe & Maw LLP, with offices at Two Palo Alto Square, Suite 300, 3000 El Camino Real, Palo Alto, California 94306.

2.     I am one of the attorneys who represent Plaintiff FreecycleSunnyvale in a lawsuit currently pending in the United States District Court for the Northern District of California, Oakland Division, *FreecycleSunnyvale* v. *The Freecycle Network*, Case No. C06-00324 CW (N.D. Cal. filed Jan. 18, 2006). That lawsuit has been assigned to the Honorable Claudia Wilken, United States District Court Judge.

3.     On April 14, this office served, on behalf of FreecycleSunnyvale, Initial Disclosures of Plaintiff FreecyceSunnyvale Pursuant to Fed.R.Civ.P 26(a)(1). Those initial disclosures were served upon Paul J. Andre, Lisa Kobialka, Esha Bandyopadhyay, and Sean M. Boyle of Perkins Coie LLP, attorneys of record for The Freecycle Network in *FreecycleSunnyvale* v. *The Freecycle Network* Case No. C06-00324 CW (N.D. Cal. filed Jan. 18, 2006). In those disclosures, at page 9, lines 11-12, Plaintiff FreecycleSunnvale disclosed that, "FreecycleSunnyvale moderator[] Timothey Oey . . . may only be contacted through counsel for FreecycleSunnyvale."

3.     On April 28, 2006, this office received a letter from Esha Bandyopadhyay of Perkins Coie LLP, attorneys of record for The Freecycle Network in two pending lawsuits: (a) *FreecycleSunnyvale* v. *The Freecycle Network*; Case No. C06-00324 CW (N.D. Cal. filed Jan. 18, 2006); and (b) *The Freecycle Network, Inc.* v. *Tim Oey and Jane Doe Oey,* Case No. CIV 06-173-TUC RCC (D.Ariz. filed April 4, 2006). A true and correct copy of that letter is attached to this declaration as Exhibit A.

4.     On May 1, 2006, I responded to Ms. Bandyopadhyay's letter of April 28, 2006. A true and correct copy of my letter is attached to this declaration as Exhibit B.

5.     On May 2, 2006, this office received a letter from James L. Vana of Perkins Coie LLP, attorneys of record for The Freecycle Network, Inc., in *FreecycleSunnyvale v. The Freecycle Network*, Opposition No. 91168664 (T.T.A.B. filed Jan. 18, 2006). A true and correct

44020059.1                -1-

DECLARATION OF DENNIS S. CORGILL

copy of that letter is attached to this declaration as Exhibit C.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed in Palo Alto, California, on May 3, 2006.

_Dennis S. Corgill_
Dennis S. Corgill

# Exhibit A

Declaration of Dennis S. Corgill

Case No. CIV 06-00173-TUC-RCC
United States District Court
District of Arizona

# FACSIMILE COVER SHEET
## CONFIDENTIAL AND PRIVILEGED

**Perkins Coie**

If there are any problems with this transmission, please call:

☐ *Sender's name and phone number

DATE: **April 28, 2006**

COVER SHEET & **19** PAGE(S)

ORIGINAL DOCUMENT(S) WILL BE: ☒ SENT TO YOU     ☐ HELD IN OUR FILES

180 Townsend Street, 3rd Floor
San Francisco, CA 94107-1909
PHONE: 415.344.7000
FAX: 415.344.7050
www.perkinscoie.com

| SENDER: | | TELEPHONE: | FACSIMILE: |
|---------|---|-----------|-----------|
| *Esha Bandyopadhyay* | | **(650) 838-4300** | **(650) 838-4350** |

| RECIPIENT: | COMPANY: | TELEPHONE: | FACSIMILE: |
|-----------|----------|-----------|-----------|
| Ian N. Feinberg | **Mayer Brown Rowe & Maw LLP** | | **(650) 331-2060** |

RE: **The Freecycle Network, Inc. v. Tim Oey, Case No. 06-CV-00173-RCC**

*Letter dated April 28, 2006*

This Fax contains confidential, privileged information intended only for the intended addressee. Do not read, copy or disseminate it unless you are the intended addressee. If you have received this Fax in error, please email it back to the sender at perkinscoie.com and delete it from your system or call us (collect) immediately at 415.344.7000, and mail the original Fax to Perkins Coie LLP, 180 Townsend Street, 3rd Floor, San Francisco, CA 94107-1909.

ANCHORAGE · BEIJING · BELLEVUE · BOISE · CHICAGO · DENVER · HONG KONG · LOS ANGELES
MENLO PARK · OLYMPIA · PHOENIX · PORTLAND · SAN FRANCISCO · SEATTLE · WASHINGTON, D.C.

Perkins Coie LLP and Affiliates (Perkins Coie Brown & Bain P.A. in Arizona)

[BY061180-113]



Esha Bandyopadhyay
PHONE: 650.838.4355
FACSIMILE: 650.838.4555
EMAIL: ebandyopadhyay@perkinscoie.com

101 Jefferson Drive
Menlo Park, CA 94025-1114
PHONE: 650.838.4300
FAX: 650.838.4350
www.perkinscoie.com

April 28, 2006

**Via Facsimile (650-331-2060) and U.S. Mail**

Ian N. Feinberg
MAYER, BROWN, ROWE & MAW LLP
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, California 94306-2112

      Re:    *The Freecycle Network, Inc. v. Tim Oey*, Case No. 06-CV-00173-RCC

Dear Ian:

      I am writing to address your client Tim Oey's ("Mr. Oey") failure to comply with the Court's Order Granting The Freecycle Network, Inc.'s *Ex Parte* Motion for Temporary Restraining Order ("Order") in the above-captioned case. As you are aware, the Court has specifically ordered that Mr. Oey and his agents, servants and employees and those persons in active concert and participation with Mr. Oey are "restrained and enjoined from directly or indirectly inducing infringement of The Freecycle Network's intellectual property, including its trademarks or any variation or imitation thereof, disparaging The Freecycle Network's intellectual property, including its trademarks or any variation or imitation thereof, and from disseminating false and misleading statements regarding The Freecycle Network and its intellectual property, including its trademarks or any variation or imitation thereof."

      It has been brought to our attention that Mr. Oey has failed to comply with the Court's order, and continues to engage in activity from which he has been restrained and enjoined on at least the following Web sites: Mr. Oey's home page, located at http://oeyweb.com/timoey/, Mr. Oey's Web log ("blog"), located at http://www.blogger.com/profile/19380816, the Yahoo! group FreecycleSunnyvale, located at http://groups.yahoo.com/group/freecyclesunnyvale/, the Yahoo! group SunnyvaleFree, located at http://groups.yahoo.com/group/sunnyvalefree/, and the Yahoo! group FCNext, located at http://groups.yahoo.com/group/fcnext/. Copies of these Web pages and/or posts from these Web pages are hereby attached for your convenience.

      Since Mr. Oey has the ability to remove or modify the above-mentioned Web sites, or posts contained on these Web sites, we request that Mr. Oey immediately comply with the Court's order by removing the aforementioned Web sites, or postings contained on these Web sites, and any other similar publications or Web pages. Should Mr. Oey fail to comply

[/BY061180.096]

ANCHORAGE · BEIJING · BELLEVUE · BOISE · CHICAGO · DENVER · LOS ANGELES
MENLO PARK · OLYMPIA · PHOENIX · PORTLAND · SAN FRANCISCO · SEATTLE · WASHINGTON, D.C.

Perkins Coie LLP and Affiliates

Ian N. Feinberg
MAYER, BROWN, ROWE & MAW LLP
April 28, 2006
Page 2

with the Court's Order immediately, we will have no choice but to request relief from the Court.

We look forward to your anticipated cooperation. Please feel free to contact me should you have any questions or concerns regarding this or any other matter.

Very truly yours,

Esha Bandyopadhyay

EB:ls

Enclosures

Tim Oey

Home | Articles | Links | Pictures | Products

# Tim Oey



## What's New

- I've now got a blog! Please check it out at http://timoey.blogspot.com/!! (2006/04/20)
- Switched jobs at Adobe, updated a few tidbits on the site. (2006/03/05)
- While freecycling is wonderful, discovered that the folks who were trying to control freecyclers were not so great. See GreenRibbon.us for more information. (2006/03/05)
- Finally posted some new pictures! Of our new dog Piper! (2004/03/28)
- Posted version 3.5 of Coach's Game Card. (2004/03/28)
- Wrote article about the 2003 war on Iraq. Discovered a truly wonderful way to combat terrorism by educating girls. (2003/04/05)
- Created a home page for my Dad who died on March 18, 2003. My Dad believed in Peace. (2003/03/30)
- Added list of Products I Like and Don't Like. (2003/03/13)
- Added article about the US Pledge of Allegiance. (2002/10/02)

## A little about Tim...

After 2.5 years at the Bank of Boston (1984-1986), 2.5 years at Fidelity Investments (1986-1989), 8 years at Apple Computer (1989-1997) and a year at Sun Microsystems (1997-1998), Tim is currently at Adobe Systems (since 1998). From 1998 to 2006 he was the group program manager for Acrobat. Now he is Adobe's Product Development Tools Architect.

In Tim's spare time, he plays with his kids, freecycles stuff, defends free speech, mows the lawn, coaches soccer and volleyball, or helps in the community. Frequently, he thinks about life, the universe, and everything.

## Tim's perspective...

- Be clear.
- Be the ball.
- Know thyself.
- Knowledge is power.
- Everything is relative.
- Reduce, reuse, recycle.
- Think globally, act locally.
- It is often best to just say no.
- What goes around, comes around.
- The constants in life are birth, death, and change.
- When visiting, always leave a place better than it was when you arrived.
- Do unto others as they wish to be done unto, not just as you would have them do unto you.

- The pen is mightier than the sword, and the computer is the mightiest pen yet invented by mankind.
  --Tim's 1993 extension of a quote from Edward Bulwer Lytton and Richard Burton.

- Give a man a fish and feed him for a day. Teach a woman to fish and feed her for a lifetime. Build a fishing school and feed a community for an eternity.
  -- Tim's 1993 extension of a quote from Kuan-tzu (Chinese Philosopher).

- Human life is precious. Our Earth is precious. Please do not waste either. We must educate everyone, encourage planned parenthood, enjoy our differences, and empower individuals. I believe in self-determination. I believe in ecosystems. I believe in balance.

- I don't believe in drugs or smoking, but I do believe people have the right to choose, as long as those choices don't hurt others. I do not tolerate intolerance. I believe in religious freedom. I believe in checks and balances. I believe in free market economies and democratic governments. I believe in sustainable communities.

- Life and death are challenging and difficult. Yet they must balance. So that any may live, all must die. Humankind needs to mature in its understanding of both life and death. Death should not be viewed as a bad thing. It is a natural consequence of life. A mother is the best person to choose whether she aborts her fetus or not. Each individual is the best person to choose when to end his or her own life. God has given us the power and the resources -- we must use them wisely and empower people to determine their own destinies.

## Interesting reading...

- Tim's interesting and sometimes useful articles.
- Tim's favorite links.
- Pictures of my family.
- Products that I have tried and found to be great or not so great.

---

Home | Articles | Links | Pictures | Products
Copyright © 1995-2006 Tim Oey, California USA, 1-408-749-1914
Hopefully this website will be updated at least once a year ;-)



## Contact

My Web Page

## User Stats

| On Blogger Since | February 2006 |
|---|---|
| Profile Views | 8 |

# Tim Oey

**Gender:** male
**Industry:** Engineering
**Location:** Sunnyvale : California : United States

## Interests

Bicycling kites environment freecycling free speech democracy peace.

## Blogs

| **BLOG NAME** | **TEAM MEMBERS** |
|---|---|
| 📝 Tim's Thoughts | |

Home | About | Buzz | Help | Language | Developers | Gear | Privacy | Copyright © 1999 - 2006 Google

freecyclesunnyvale : freecyclesunnyvale

Yahoo! My Yahoo! Mail  Make Yahoo! your home page

**YAHOO!® GROUPS**

Sign In
New User? Sign Up

Search
the Web [          ]

Groups Home - Help
Search [          ]

**freecyclesunnyvale**

## Home

Home
Messages

**Members Only**
Post
Chat
Files
Photos
Links
Database
Polls
Calendar
Promote

Info | Settings

**Group Information**

Members: 18

Category: Distance
Learning

Founded: Feb 14, 2006

Language: English

🐾 Already a member?

**Activity within 7 days:** **1 New Message**

**Description**

The original FreecycleSunnyvale group is now located at: http://groups.yahoo.com/group/sunnyvalefree/

STOP

Join the Blue Ribbon Online Free Speech Campaign!

http://groups.yahoo.com/group/freecyclesunnyvale/

4/28/2006

freecyclesunnyvale : freecyclesunnyvale

Sign in to Yahoo!

**Yahoo! Groups Tips**
Did you know...
You can search right from
your browser? It's easy
and it's free. See how.

**Yahoo! 360°**
Keep connected to
your friends and
family through blogs,
photos and more.
Create your own 360°
page now.

Keep freecycling free for everyone!

[+] MY Y! | RSS What's This?          Search:

**Most Recent Messages** (View All)          Search: [          ] [Search]

**Plenty of fresh oranges, still on the vine, are also still available**
Send me an email if you know anyone who could use them.
Posted - Wed Apr 26, 2006 10:52 pm

**WANTED:Bathroom items**
Hello everyone! We finally decided it was time to re-do our TINY bathroom, it's bad. So
if anyone has any left overs from when you did your bathroom or
Posted - Fri Apr 14, 2006 5:32 am

**Still have alot of lemons available**
For those of you who would like to pick-up some Meyer lemons, please let me know and
I will send an address for pick-up after I return today from church this
Posted - Fri Apr 14, 2006 5:23 am

**Received : Financial Calculator**
Thanks Allysson very much

Leslie Shields
mimispandini
🙂 Send IM
✉ Send Email

Shauna
blondegirlie66
🙂 Offline
✉ Send Email

sunny_vale1
🙂 Offline
✉ Send Email

MLM
mohitlaii

4/28/2006

freecyclesunnyvale : freecyclesunnyvale

⊖ Offline
✉ Send Email

Do You Yahoo!? Tired of spam? Yahoo! Mail has the best spam
protection around
Posted - Fri Apr 14, 2006  5:21 am

Leslie Shields
mimispandini
⊕ Send IM
❤ Send Email

**Wanted: Treadmill**
Looking for a treadmill Available FREE: Fresh oranges still on the tree.
Posted - Fri Apr 14, 2006  5:21 am

**Message History**

|      | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2006 |     |     | 3   | 8   |     |     |     |     |     |     |     |     |

**Group Email Addresses**

| | |
|---|---|
| Post message: | freecyclesunnyvale@yahoogroups.com |
| Subscribe: | freecyclesunnyvale-subscribe@yahoogroups.com |
| Unsubscribe: | freecyclesunnyvale-unsubscribe@yahoogroups.com |
| List owner: | freecyclesunnyvale-owner@yahoogroups.com |

**YAHOO! SPONSOR RESULTS**

Are You an Artist? Do You like to Draw? - Art Instruction Schools is one of the most extensive art study programs
available. Find out how much talent you have. Click here to receive a free art test.
www.artinstructionschools.com

Benefit From What You Already Know - Regionally accredited, online degrees in business, IT and education, including
M.Ed. and MBA degrees. Flexible for adults. Federal financial aid. Western Governors University. Now enrolling.
www.wgu.edu

Distance Learning: Online Degree Program - Kaplan University, offers online classes to enhance your career in
teaching. Earn your masters degree while keeping your schedule. Accredited and approved. Request free information.
www.kaplan.edu

Copyright © 2006 Yahoo! Inc. All rights reserved.

4/28/2006

http://groups.yahoo.com/group/freecyclesunnyvale/

4/28/2006

freecyclesunnyvale : freecyclesunnyvale

Privacy Policy - Copyright/IP Policy - Terms of Service - Guidelines - Help

http://groups.yahoo.com/group/freecyclesunnyvale/



# YAHOO! GROUPS

Yahoo! My Yahoo! Mail    Make Yahoo! your home page

Sign In
New User? Sign Up

Search
the Web    [ Search ]

## sunnyvalefree · Sunnyvale, CA USA

**Home**
**Messages**

**Members Only**
Post
Files
Photos
Links
Database
Polls
Members
Calendar
Promote

🕸 Already a member?
Sign in to Yahoo!

**Yahoo! Groups Tips**
Did you know...
Keep your circle of
friends "in the know".

## Messages

Message #    [ Go ]    Search: [        ] [ Search ]

Up Thread | Message Index | View Source | Unwrap Lines

Messages Help

Message 1617 of 1978    < Previous | Next >

**From:** Tim Oey <timoey@...>
**Date:** Sun Apr 2, 2006 7:51 pm
**Subject:** ADMIN: Lost and Found

reduce_reuse...
🔘 Offline
✉ Send Email

[ Reply ]    [ Forward ]

In addition to freecycling, please note that sunnyvaleFree also supports lost
and found posts like those on Craigslist at:
http://www.craigslist.com/laf/

A news story about lost and found on Craigslist can be found at:
http://news.yahoo.com/s/ap/20060402/ap_on_hi/te/lost___found

As described in the article, I too believe that there are lots of folks out
there who just want to do the right thing and help each other.

Cheers,
Tim

one of your local moderators

Groups Home · Help

[ Reply ]    [ Forward ]

http://groups.yahoo.com/group/sunnyvalefree/message/1617

sunnyvalefree : Message: ADMIN: Lost and Found

Start a Friends Group.

Yahoo! 360°

Keep connected to
your friends and
family through blogs,
photos and more.
Create your own 360°
page now.

Up Thread | Message Index | View Source | Unwrap Lines

Message #[          ]  **Go**  Search:[          ]  [ Search ]

**Message 1617** of 1978  < Previous | Next >

**YAHOO! SPONSOR RESULTS**

Santa Clara California Hotel - Official site - Hyatt regency Santa Clara. Luxury hotel and premier location. Near the
convention center and paramounts great America theme park. Book online for Hyatt.coms rate guarantee.
www.santaclara.hyatt.com

Santa Clara - Sort hotels by price, distance, and star rating. Book packages today.
www.orbitz.com

Santa Clara Hotel Portugal - Save with CheapTickets® Best Price Guarantee on hotels - Book now.
www.cheaptickets.com

Copyright © 2006 Yahoo! Inc. All rights reserved.

Privacy Policy - Copyright/IP Policy - Terms of Service - Guidelines - Help

Case 4:06-cv-00173-RCC     Document 27-9     Filed 05/05/2006     Page 17 of 34

Yahoo! My Yahoo! Mail    Make Yahoo! your home page    Search the Web [ Search ]

# YAHOO! GROUPS

Sign In
New User? Sign Up

Whatever your mood, we've got the music to match.

CLICK DIAL TO FIND MOOD

Y! MUSIC LAUNCHCAST



TUNE IN

**sunnyvalefree** · Sunnyvale, CA USA

| | |
|---|---|
| Home | |
| Messages | |

**Members Only**

Post
Files
Photos
Links
Database
Polls
Members
Calendar
Promote

Already a member?
Sign in to Yahoo!

**Yahoo! Groups Tips**
Did you know...
You can add Yahoo! and search right from your

http://groups.yahoo.com/group/sunnyvalefree/message/680

## Messages

Message # [ ] [ Go ] | Search: [ ] [ Search ]

Up Thread | Message Index | View Source | Unwrap Lines

Message 680 of 1978    < Previous | Next >

**From:** Tim Oey <linoey@...>
**Date:** Fri Jan 20, 2006 2:15 am
**Subject:** ADMIN: freecycle trademark opposition & lawsuit

reduce_reuse...
⊘ Offline
✉ Send Email

[ Reply ]    [ Forward ]

Hi folks,

As you probably remember, The Freecycle Network (TFN) took issue with Sunnyvale's great freecycling group. Below are some consequences that TFN now faces. FreecycleSunnyvale continues to believe that it is best for freecycle to be free for everyone. The freecycle grassroots movement should stay true to its own freecycling philosophy.

1) On 1/17/2006, The Freecycle Network's (TFN's) proposed trademark registration was published for opposition in the Trademark Official Gazette at:

http://www.uspto.gov/web/trademarks/tmog/

2) On 1/18/2006, the unincorporated non-profit association FreecycleSunnyvale filed a formal opposition to TFN's trademark registration with the USPTO. You can read it at:

http://ttabvue.uspto.gov/ttabvue/ttabvue-91168664-OPP-1.pdf

Messages Help

Groups Home - Help

Case 4:06-cv-00173-RCC    Document 27-9    Filed 05/05/2006    Page 18 of 34

http://groups.yahoo.com/group/sunnyvalefree/message/680

Up Thread | Message Index | View Source | Unwrap Lines

Message #: [____] Go   Search: [____]

**Message 680 of 1978**   < Previous | Next >

[Reply]   [Forward]

3) On 1/19/2006, FreecycleSunnyvale also filed a lawsuit against The Freecycle Network in federal court (US District Court, Northern California). We will point you to a copy of this filing as soon as we can.

4) Mayer, Brown, Rowe & Maw LLP (one of the 10 largest law firms in the world) are the attorneys for FreecycleSunnyvale and are providing their services pro bono. None of the members of FreecycleSunnyvale (which includes Tim Oey) are spending any of their own money for the opposition or the lawsuit. You can read more about the law firm at:
http://www.mayerbrownrowe.com/overview/index.asp
and
http://www.ipcounsel.com/

5) Anyone else who wishes may now file an opposition to TFN's proposed trademark registration (please note that there is a fee to file such an opposition). If you or your group has been harmed by TFN, you may also file a lawsuit of your own against TFN.

6) Since a lawsuit and an opposition are now underway, the members of FreecycleSunnyvale may be restricted in what they say.

7) If TFN chooses to negotiate, these cases could be settled in a few months. If not, they may take many months.

Sincerely,
Tim Oey on behalf of FreecycleSunnyvale

**YAHOO! SPONSOR RESULTS**

USA Vacation Deals - Save on your next vacation. Get prices from vacation agents all on one easy to use site.
TravelFleaMarket.com - fast, simple, and easy on your wallet.
www.travelfleamarket.com

**Yahoo! 360°**
Keep connected to your friends and family through blogs, photos and more.
Create your own 360° page now.

browser? It's easy and it's free. See how.

4/28/2006

http://groups.yahoo.com/group/sunnyvalefree/message/680

People Search - Find Anyone in the USA - People search by maiden name, spouse name, age, date of birth, previous address or social security number - find unlisted number and address with age, roommates, relatives and family members
www.intelius.com

Red, White and Blue Americans - A great American song which belongs in every patriotic home. Buy today.
www.oifsoldierrecords.com

Copyright © 2006 Yahoo! Inc. All rights reserved.
Privacy Policy - Copyright/IP Policy - Terms of Service - Guidelines - Help

4/28/2006

http://groups.yahoo.com/group/sunnyvalefree/message/363

**YAHOO! GROUPS**

Yahoo! My Yahoo! Mail        Make Yahoo! your home page

Sign In
New User? Sign Up

Whatever your mood, we've got the music to match.
CLICK DIAL TO FIND MOOD



---

| Home | |
| Messages | |
| **Members Only** | |
| Post | |
| Files | |
| Photos | |
| Links | |
| Database | |
| Polls | |
| Members | |
| Calendar | |
| Promote | |

**sunnyvalefree** · Sunnyvale, CA USA

🔑 Already a member?
Sign in to Yahoo!

**Yahoo! Groups Tips**
Did you know...
Home is just a click away. Make Yahoo! your

Enjoy!

## Messages

Message #: [      ] [Go]    Search: [            ] [Search]

Up Thread | Message Index | View Source | Unwrap Lines                  Messages Help

Message 363 of 1978   < Previous | Next >

**From:** Tim Oey <timoey@...>
**Date:** Thu Dec 22, 2005 6:59 pm
**Subject:** Offer/Event: Free xmas wrapping paper

✉ reduce_reuse...
⊕ Offline
✉ Send Email

[Reply]   [Forward]

As heard on KQED Forum this morning (during a talk segment about ReadyMade), the USGS office in Menlo Park (Building 3, 345 Middlefield Road, Menlo Park, CA) is offering old USGS maps for free to use as christmas wrapping paper. These maps have lots of green and red in them. Apparently the USGS office has lots of old maps to get rid of.

FYI #1 -- Check out http://www.readymademag.com/ for lots of ideas about how to reuse "trash" materials to make new things

FYI #2 -- On the talk show I also mentioned how great freecycling is and encouraged people to join sunnyvalefree :-)

home page now.

**Yahoo! 360°**

Keep connected to
your friends and
family through blogs,
photos and more.
Create your own 360°
page now.

Cheers,
Tim

Up Thread | Message Index | View Source | Unwrap Lines

Message # [_____]  [Go]  Search: [_____]  [Search]

**Message 363 of 1978**    < Previous | Next >

[Reply]  [Forward]

**YAHOO! SPONSOR RESULTS**

USA Vacation Deals - Save on your next vacation. Get prices from vacation agents all on one easy to use site.
TravelFleaMarket.com - fast, simple, and easy on your wallet.
www.travelfleamarket.com

People Search - Find Anyone in the USA - People search by maiden name, spouse name, age, date of birth, previous
address or social security number - find unlisted number and address with age, roommates, relatives and family
members
www.intelius.com

Red, White and Blue Americans - A great American song which belongs in every patriotic home. Buy today.
www.oldsoldierrecords.com

Copyright © 2006 Yahoo! Inc. All rights reserved.
Privacy Policy - Copyright/IP Policy - Terms of Service - Guidelines - Help

Case 4:06-cv-00173-RCC    Document 27-9    Filed 05/05/2006    Page 22 of 34

fcnext : Message: Let your voices be heard...

Yahoo! My Yahoo! Mail        Make Yahoo! your home page

Search
the Web [        ] Search

# YAHOO! GROUPS

## YAHOO! ANSWERS
Real people. Real questions. Real answers.

**Sign In**
New User? Sign Up

**WHAT DO YOU WANT TO KNOW?**

( IT'S FREE )

» REPLY

---

**fcnext** · Free Recycling - The Next Generation

Groups Home · Help

Home
Messages

**Members Only**

Post
Chat
Files
Photos
Links
Database
Polls
Calendar
Promote

🎙️ Already a member?
Sign in to Yahoo!

**Yahoo! Groups Tips**

**Did you know...**
Commiserate with other
parents. Find a Parents

---

## Messages

Message # [        ] Go  Search: [                    ] Search

Up Thread | Message Index | View Source | Unwrap Lines

Messages Help

**Message 3171 of 5309**    < Previous | Next >

**From:** Tim Oey <timoey@...>
**Date:** Thu Feb 23, 2006 5:55 pm
**Subject:** Let your voices be heard...

reduce_reuse...
⊙ Offline
✉ Send Email

[Reply]  [Forward]

Many of us know that TFN is already a bit crazy in trying to clamp down on free
speech freedoms, but now is a great time to further the cause and keep freecycle
free for everyone forever (and drive TFN even crazier).

What you can do on your own:

1) Using TFN's directory, please contact all the freecycle groups in your state
and surrounding states to let them know that freecycle is a generic term. Ask
them to visit http://greenribbon.us for more information. There is no need to be
that organized about it but if you think you have a state well covered, please
post a note to fcnext. You'll need to dribble the mails out a few at a time and
by as many people as possible to get around Yahoo's intricate group owner spam
catchers. Make all your emails unique -- don't repeat exactly the same contents
or subject, etc.

2) If you currently have a group within TFN, either take it out of TFN and tell
all your members that freecycling should stay free or do comply initially with

http://groups.yahoo.com/group/fcnext/message/3171                    4/28/2006

Case 4:06-cv-00173-RCC    Document 27-9    Filed 05/05/2006    Page 23 of 34

Group:

Yahoo! 360°

Keep connected to
your friends and
family through blogs,
photos and more.
Create your own 360°
page now.

TFN's request so that your group is not deleted but then later sprinkle
freecycling around your group and other groups so the free grassroots movement
continues to be free (this is likely to really drive TFN nuts). Let more people
know about http://greenribbon.us

3) Do give TFN GOJA a hard time because they are doing bad things by limiting
free speech. Free speech is very important. Let everyone know that TFN does not
need to control freecycling for TFN to be successful.

4) Get your freecycling is free statements to Eric for posting on
http://greenribbon.us

5) Let others know that freecycling is a wonderful thing that people can do via
Google, Craigslist, Yahoo Groups, any email list, or however they wish -- even
just leaving stuff out on the curb with a "Free" or "Freecycle this" note
attached.

Spread the word and let the word be free.

Enjoy!

Cheers,
Tim

| Replies | Author | Date ⊡ |
|---|---|---|
| 3190    Re: Let your voices be heard... <br> I don't think any of that is a good idea. Why not let the courts <br> decide it? By... | If I told ya..... <br> belhaven_lass <br> 😊 ✉ | Feb 24, 2006 <br> 1:18 am |
| 3314    Re: Let your voices be heard... <br> HI Lass, The courts will get to it eventually. How is encouraging <br> others to... | Tim Oey <br> reduce_reuse... <br> 😊 ✉ | Feb 27, 2006 <br> 7:00 am |
| 3336    Re: Let your voices be heard... | xfina (freecycle mode.. | Feb 27, 2006 <br> 1:11 pm |

Case 4:06-cv-00173-RCC     Document 27-9     Filed 05/05/2006     Page 24 of 34

http://groups.yahoo.com/group/fcnext/message/3171

existentialista ☺ ✉

Free cycle Recycle
freecycos
☺ ✎                                    Message 3171 of 5309    < Previous | Next >

                                        Feb 27, 2006
                                        2:47 pm

[ Reply ]                               [ Forward ]

Re: Let your voices be heard...
I think I've made my intent known when it comes to
FreeSpeech :-) FreeCyco ... ...

i second tim's post...educating others is a necessity in any
grassroots ...

Up Thread | Message Index | View Source | Unwrap Lines

Message # [        ] [ Go ]   Search: [                    ] [ Search ]

3349

**YAHOO! SPONSOR RESULTS**

Target.com: Blue Ribbon - Blue ribbon online. Save 10% - 20% at Target.com.
www.target.com

Blue Ribbon for Gift Wrapping - Blue ribbon plus many other assorted colors and sizes of gift wrapping ribbons, bows
and raffia.
www.buygitribbon.com

Blue Ribbon Design - Letterpress greeting cards, invitations and announcements.
www.blueribbondesign.com

Copyright © 2006 Yahoo! Inc. All rights reserved.
Privacy Policy - Copyright/IP Policy - Terms of Service - Guidelines - Help

Case 4:06-cv-00173-RCC     Document 27-9     Filed 05/05/2006     Page 25 of 34

# Exhibit B

<u>Declaration of Dennis S. Corgill</u>

Case No. CIV 06-00173-TUC-RCC
United States District Court
District of Arizona



May 1, 2006

Mayer, Brown, Rowe & Maw LLP
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, California 94306-2112

<u>VIA FACSIMILE (650.838.4350) and U.S. MAIL</u>

Main Tel (650) 331-2000
Main Fax (650) 331-2060
www.mayerbrownrowe.com

Esha Bandyopadhyay
Perkins Coie LLP
101 Jefferson Drive
Menlo Park, CA  94025-1114

Dennis S. Corgill
Direct Tel (650) 331-2058
Direct Fax (650) 331-4558
dcorgill@mayerbrownrowe.com

Re:  *The Freecycle Network, Inc. v. Tim Oey and Jane Doe Oey*

Dear Esha:

This letter responds to your letter dated April 28, 2006, concerning Tim Oey and the temporary restraining order issued by Judge Collins on April 24, 2006 ("TRO").

First, please understand that we represent FreecycleSunnyvale.  We do not represent Tim Oey as an individual.

Second, as counsel for FreecycleSunnyvale, we can assure you that FreecycleSunnyvale and its members intend to comply fully with the TRO.

Third, as counsel for FreecycleSunnyvale, we disagree with your interpretation of the TRO.  The TRO requires Tim Oey and persons who participate with him to refrain from future conduct. The TRO does not compel action or apply to past conduct.  TFN knew about all of the internet postings attached to your letter before TFN filed its lawsuit in Arizona, but TFN failed to draft a proposed order that compels any action with respect to the TRO.

Fourth, on review, we do not understand how any of the contents of the attachments to your letter, even if attributed FreecycleSunnyvale, violate the TRO.  We would appreciate your help in identifying which portions of which attachments violate which specific portions of the TRO.

I look forward to your response and to cooperating with you to assure that FreecycleSunnyvale and its members comply with the TRO.  Or, we would be happy to take this matter up with Judge Collins before the hearing scheduled for May 9, 2006.

Very truly yours,

Dennis S. Corgill

Berlin  Brussels  Charlotte  Chicago  Cologne  Frankfurt  Houston  London  Los Angeles  New York  Palo Alto  Paris  Washington, D.C.
Independent Mexico City Correspondent:  Jauregui, Navarrete y Nader S.C.

Mayer, Brown, Rowe & Maw LLP operates in combination with our associated English limited liability partnership in the offices listed above.
44020055

# Mayer, Brown, Rowe & Maw LLP

Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, California 94306-2112

Main phone: (650) 331-2000
Main fax: (650) 331-2060



## FACSIMILE COVER SHEET

| FROM: | Dennis S. Corgill | Date: | May 1, 2006 | |
|---|---|---|---|---|
| Direct Tel: | (650) 331-2058 | Pages: | 2 | ALL PAGES MUST BE NUMBERED |
| Direct Fax: | (650) 331-4558 | | | |

TO THE FOLLOWING:

| Name | Company | Fax # | Telephone # |
|---|---|---|---|
| Esha Bandyopadhyay, Esq. | Perkins Coie LLP | (650) 838-4350 | (650) 838-4355 |

MESSAGE:

Please see attached correspondence dated May 1, 2006.

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS BY MAIL. THANK YOU.

IF YOU HAVE ANY TRANSMISSION DIFFICULTY,
PLEASE CONTACT THE FACSIMILE DEPARTMENT AT (650) 331-2029

Berlin  Brussels  Charlotte  Chicago  Cologne  Frankfurt  Houston  London  Los Angeles  New York  Palo Alto  Paris  Washington, D.C.
Independent Mexico City Correspondent:  Jauregui, Navarrete y Nader S.C.

Mayer, Brown, Rowe & Maw LLP operates in combination with our associated English limited liability partnership in the offices listed above.

     JOB #076

        DATE  TIME          TO/FROM       MODE    MIN/SEC    PGS   STATUS
001   5/01  15:19           98384350  EC--S   00'18"    002    OK

# Mayer, Brown, Rowe & Maw LLP

Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, California 94306-2112

Main phone: (650) 331-2000
Main fax: (650) 331-2060

```
M A Y E R
B R O W N
R O W E
& M A W
```

## FACSIMILE COVER SHEET

| FROM: | Dennis S. Corgill | | Date: | May 1, 2006 | |
|---|---|---|---|---|---|
| Direct Tel: | (650) 331-2058 | | Pages: | 2 | ALL PAGES MUST BE NUMBERED |
| Direct Fax: | (650) 331-4558 | | | | |

**TO THE FOLLOWING:**

| Name | Company | Fax # | Telephone # |
|---|---|---|---|
| Esha Bandyopadhyay, Esq. | Perkins Coie LLP | (650) 838-4350 | (650) 838-4355 |

**MESSAGE:**

Please see attached correspondence dated May 1, 2006.

THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE MESSAGE TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS BY MAIL. THANK YOU.

IF YOU HAVE ANY TRANSMISSION DIFFICULTY,
PLEASE CONTACT THE FACSIMILE DEPARTMENT AT (650) 331-2029

Berlin Brussels Charlotte Chicago Cologne Frankfurt Houston London Los Angeles New York Palo Alto Paris Washington, D.C.
Independent Mexico City Correspondent: Jauregui, Navarrete y Nader S.C.

Mayer, Brown, Rowe & Maw LLP operates in combination with our associated English limited liability partnership in the offices listed above.

# Exhibit C

Declaration of Dennis S. Corgill

Case No. CIV 06-00173-TUC-RCC
United States District Court
District of Arizona


Perkins
Coie

James L. Vana
PHONE: 206.359.3036
FAX: 206.359.4036
EMAIL: jvana@perkinscoie.com

1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
PHONE: 206.359.8000
FAX: 206.359.9000
www.perkinscoie.com

April 28, 2006

Ian N. Feinberg, Esq.
Mayer, Brown, Rowe & Maw LLP
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306-2112

**Re:    Opposition No. 91168664**

Dear Mr. Feinberg:

I attach a copy of a Motion to Suspend for Civil Action that The Freecycle Network
filed today with the Trademark Trial and Appeal Board, in connection with
Opposition No. 91168664. I have not provided a copy of the complaint referenced in
the motion, as you have a copy of that document already. Please let me know if you
would like us to send you a copy of that document.

Sincerely,

James L. Vana

JLV:mf
Enclosure
cc: The Freecycle Network

[60383-7001/SL061180.212]

ANCHORAGE · BEIJING · BELLEVUE · BOISE · CHICAGO · DENVER · LOS ANGELES
MENLO PARK · OLYMPIA · PHOENIX · PORTLAND · SAN FRANCISCO · SEATTLE · WASHINGTON, D.C.

Perkins Coie LLP and Affiliates

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD

The Freecycle Network

             Applicant

   v.

Freecyclesunnyvale

           Opposer

Opposition No. 91168664

## MOTION TO SUSPEND FOR CIVIL ACTION

Pursuant to Trademark Trial and Appeal Board Manual of Procedure Rule 510.02(a) and 37 CFR 2.117(a), Applicant hereby requests that Opposition Proceeding No. 91168664 (the "Opposition") be suspended pending the outcome of civil action Case No. C 06-00324 CW, pending before the United States District Court, Northern District of California between the Opposer and Applicant as set forth below. Applicant believes that the issues set forth in the civil action will have direct bearing on the issues presented in the Opposition.

Attached is a true and correct confirmed copy of the Civil Complaint filed by Opposer on January 18, 2006, in the United States District Court, Northern District of California (the "Complaint"). As the issues that are the subject of the civil action bear directly on the issues and allegations in the Opposition, Applicant respectfully requests that the Opposition be suspended immediately.

[60383-7001/SL061180.091]

4/28/06

A copy of this Motion with all attachments is being served on Opposer's counsel of record by first class mail on April 28, 2006.

Respectfully submitted this 28ˢᵗ day of April, 2006.

PERKINS COIE LLP

By: _____

1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Telephone: (206) 359-8000
Fax: (206) 359-9000
jvana@perkinscoie.com

Attorneys for The Freecycle Network

## CERTIFICATE OF MAILING

I hereby certify that on April 28, 2006, I filed via the Electronic System for

Trademark Trials and Appeals this MOTION TO SUSPEND FOR CIVIL ACTION with the

U.S. Patent and Trademark Office:

with a copy via First Class Mail to:

Ian N. Feinberg
Mayer Brown Rowe & Maw LLP
Two Palo Alto Square, Suite 3003000 El Camino Real
Palo Alto, CA 94306
ifeinberg@mayerbrownrowe.com
(Attorneys for Opposer)

Linda L. Martin   MARLENE FREEMAN