UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| **The Freecycle Network Inc**<br>PLAINTIFF(S)<br><br>v.<br><br>**Oey** et al<br>DEFENDANT(S) | CASE NO. **06-CV-173-TUC-RCC**<br><br>NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS |

PLEASE TAKE NOTICE:

Pursuant to the Federal Rules of Civil Procedure, and the General Orders, Local Rules, and CM/ECF Administrative Policies and Procedures Manual of this Court, the following deficiency(ies) has been found with the electronically filed document, *Motion to Change Venue/Transfer Case #27* filed by *A. Kirk*:

☒ Incorrect document type selected. The correct event is Memorandum and it is found in the Other Documents Menu.

**ACTION TAKEN BY THE COURT**

☒ DO NOT REFILE. The deficiency indicated above has been addressed by the Clerk.