**HAYES SOLOWAY P.C.**
Ashley Lynn Kirk, Arizona State Bar #021866
3450 E. Sunrise Drive, Suite 140
Tucson, Arizona 85718
Telephone: (520) 882-7623
Facsimile: (520) 882-7643

*Attorneys for Defendants.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| THE FREECYCLE NETWORK, INC., an Arizona non-profit organization,<br><br>Plaintiff,<br><br>v.<br><br>TIM OEY and JANE DOE OEY,<br><br>Defendants. | No. CIV06-173-TUC-RCC<br><br>**DECLARATION OF ASHLEY L. KIRK IN SUPPORT OF OPPOSITION TO MOTION FOR AN ORDER TO SHOW CAUSE** |

I, Ashley L. Kirk, declare as follows:

    1.    I am an attorney licensed to practice in Arizona. I am the managing attorney of the law firm of Hayes Soloway P.C., with offices at 3450 E. Sunrise Drive, Suite 140, Tucson, Arizona 85718.

    2.    I am an attorney who represents Tim Oey and Jane Doe Oey (Pat Oey), in a matter filed before the United States District Court for the District of Arizona. *The Freecycle Network, Inc., v. Tim Oey and Jane Doe Oey*, Case No CIV06-173-TUC-RCC on April 4, 2006. That lawsuit has been assigned to the Honorable Raner C. Collins, United States District Court Judge. Plaintiff filed a motion for preliminary injunction on April 19, 2006.

HAYES SOLOWAY P.C.
3450 E. SUNRISE DRIVE,
SUITE 140
TUCSON, AZ 85718
TEL. 520.882.7623
FAX. 520.882.7643

175 CANAL STREET
MANCHESTER, NH 03101
TEL. 603.668.1400
FAX. 603.668.8567

3. I am not representing Tim Oey or Jane Doe Oey (Pat Oey) *pro bono*.

4. On April 23, Tim Oey retained me to represent him in the captioned matter.

5. On May 2, 2006 our office received a letter from Perkins Coie.

DATED this 8th day of May, 2006.

        HAYES SOLOWAY P.C.
        3450 E. Sunrise Drive, Suite 140
        Tucson, Arizona 85718

By: /s/Ashley L. Kirk
        Ashley L. Kirk
        *Attorney for Defendants*

Original of the foregoing electronically filed this 8th day of May, 2006, with:

The Clerk of the Court
U.S. District Court
405 W. Congress Street
Tucson, Arizona 85701

Copy of the foregoing mailed this 8th day of May, 2006, to:

Lisa Anne Smith, Esq.
Shefali Milczarek-Desai, Esq.
**DeConcini McDonald Yetwin & Lacy, P.C.**
2525 East Broadway, Suite 200
Tucson, AZ 85716-5300

Paul J. Andre, Esq.
Lisa Kobialka, Esq.
Esha Bandyopadhyay, Esq.
Sean Boyle, Esq.
**Perkins Coie LLP**
101 Jefferson Drive
Menlo Park, California 94025-1114

/s/Kim Good

HAYES SOLOWAY P.C.
3450 E. SUNRISE DRIVE, SUITE 140
TUCSON, AZ 85718
TEL. 520.882.7623
FAX. 520.882.7643

175 CANAL STREET
MANCHESTER, NH 03101
TEL. 603.668.1400
FAX. 603.668.8567