UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

**The Freecycle Network Inc**
PLAINTIFF(S)

v.

**Oey et al**
DEFENDANT(S)

CASE NO. **06-CV-173-TUC-RCC**

NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS

PLEASE TAKE NOTICE:

Pursuant to the Federal Rules of Civil Procedure, and the General Orders, Local Rules, and CM/ECF Administrative Policies and Procedures Manual of this Court, the following deficiency(ies) has been found with the electronically filed document, *Affidavit in Opposition #32* filed by *A. Kirk*:

☒ Incorrect document type selected. The correct event is Declaration and it is found in the Other Documents Menu.

**ACTION TAKEN BY THE COURT**

☒ DO NOT REFILE. The deficiency indicated above has been addressed by the Clerk.