```
                    IN THE UNITED STATES DISTRICT COURT
                          FOR THE DISTRICT OF ARIZONA
                             CIVIL MINUTES - GENERAL
```

Date: 5/9/06

Civil Case No. CIV 06-173-TUC-RCC

Title THE FREECYCLE NETWORK, INC.   vs.   TIM OEY, et al.
================================================================
Present:
                    HON.  RANER C. COLLINS

Deputy                                  Court
Clerk: Marisa Harris                    Reporter: Bonnie Brunotte

ATTORNEY(s) FOR PLAINTIFF              ATTORNEY(s) FOR DEFENDANT

 Lisa Kobialka/Lisa Smith              Norman Freeman, Spec. Apr./Ashley Kirk
================================================================w=
**PROCEEDINGS**:    xx   Open Court         Chambers         Other

HEARING ON MOTION FOR TEMPORARY RESTRAINING ORDER (#5)(#20):

Counsel present their arguments to the Court.

Defense calls Deron Beal, who is sworn and testifies.

The Court takes the motion UNDER ADVISEMENT.