IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| THE FREECYCLE NETWORK, INC., an Arizona non-profit organization, <br><br> Plaintiff, <br><br> v. <br><br> TIM OEY and JANE DOE OEY, <br><br> Defendants. | No. CIV06-173-TUC-RCC <br><br> **ORDER EXTENDING TIME FOR DEFENDANTS TO ANSWER** |

IT IS HEREBY ORDERED that Defendants Tim and Jane Doe Oey may have up to and including May 17, 2006, to answer or otherwise respond to Plaintiff's Complaint.

DATED this 10th day of May, 2006.

Raner C. Collins
United States District Judge

Dockets.Justia.com