# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

(CIVIL ORDER - MINUTE ENTRY)

Case No.:   CIV 06-173-TUC-RCC          Date:  May 10, 2006

Title:   The Freecycle Network v. Oey

## HONORABLE RANER C. COLLINS

Oral argument regarding Defendants' Motion to Stay or Transfer is set for **Friday, June 16, 2006, at 11:00 a.m.**

Raner C. Collins
United States District Judge

Dockets.Justia.com