# TRANSCRIPT ORDER

AO 435 (Rev. 10/05) — Administrative Office of the United States Courts
*Read Instructions on Back*

**FOR COURT USE ONLY — DUE DATE:**

| # | Field | Value |
|---|---|---|
| 1 | NAME | Dennis S. Corgill |
| 2 | PHONE NUMBER | (650) 331-2058 |
| 3 | DATE | 5/11/2006 |
| 4 | FIRM NAME | Mayer Brown Rowe & Maw LLP |
| 5 | MAILING ADDRESS | Two Palo Alto Square, Suite 300 |
| 6 | CITY | Palo Alto |
| 7 | STATE | CA |
| 8 | ZIP CODE | 94306 |
| 9 | CASE NUMBER | CIV-06-00173-TUC-RCC |
| 10 | JUDGE | Hon. Raner C. Collins |
| 11 | DATES OF PROCEEDINGS | 5/9/2006 |
| 12 | | |
| 13 | CASE NAME | The Freecycle Network, Inc. v. Tim Oey and Jane Doe Oey |
| 14 | LOCATION OF PROCEEDINGS | Tucson |
| 15 | STATE | Arizona |

**16. ORDER FOR:**
- [ ] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [X] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER (Specify)

**17. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [ ] OTHER (Specify) | |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

**18. ORDER**

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FIRST COPY | ADDITIONAL COPIES | DELIVERY INSTRUCTIONS | ESTIMATED COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [ ] | NO. OF COPIES | PAPER COPY [ ] | |
| EXPEDITED | [X] | [X] | NO. OF COPIES | ELECTRONIC COPY: DISK [ ]  E-MAIL [X] | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | E-MAIL ADDRESS: dcorgill@mayerbrownrowe.com | |

**CERTIFICATION (19. & 20.)** By signing below, I certify that I will pay all charges (deposit plus additional).

ESTIMATE TOTAL: 0.00

**19. SIGNATURE:** /S/ Dennis S. Corgill
PROCESSED BY: — PHONE NUMBER:

**20. DATE:** 5/11/2006

NOTE: IF ORDERING BOTH PAPER AND ELECTRONIC COPIES, THERE WILL BE AN ADDITIONAL CHARGE.

| TRANSCRIPT TO BE PREPARED BY | DATE | BY |
|---|---|---|
| ORDER RECEIVED | | |
| DEPOSIT PAID | | |
| TRANSCRIPT ORDERED | | |
| TRANSCRIPT RECEIVED | | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | |
| PARTY RECEIVED TRANSCRIPT | | |

| | |
|---|---|
| DEPOSIT PAID | |
| TOTAL CHARGES | 0.00 |
| LESS DEPOSIT | 0.00 |
| TOTAL REFUNDED | |
| TOTAL DUE | 0.00 |

DISTRIBUTION: COURT COPY — TRANSCRIPTION COPY — ORDER RECEIPT — ORDER COPY