HAYES SOLOWAY P.C.
Ashley Lynn Kirk, Arizona State Bar #021866
3450 E. Sunrise Drive, Suite 140
Tucson, Arizona 85718
Telephone: (520) 882-7623
Facsimile: (520) 882-7643

*Attorneys for Defendants.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| THE FREECYCLE NETWORK, INC., an Arizona non-profit organization,<br><br>Plaintiff,<br><br>v.<br><br>TIM OEY and JANE DOE OEY,<br><br>Defendants. | No. CIV06-173-TUC-RCC<br><br>MOTION TO DISMISS PLAINTIFF'S COMPLAINT UNDER FED. R. CIV. P. 12(B)(2) FOR LACK OF PERSONAL JURISDICTION |

Defendants Tim and Jane Doe Oey (collectively, the "Movants"), by undersigned counsel, hereby respectfully submit this *Motion to Dismiss Plaintiff's Complaint Under Fed. R. Civ. P. 12(b)(2) for Lack of Personal Jurisdiction*, on the ground that an exercise of personal jurisdiction by this Court over the Movants would violate due process. In support of their Motion, Movants file herewith their *Memorandum In Support Of Motion To Dismiss Plaintiff's Complaint Under Fed. R. Civ. P. 12(B)(2) For Lack Of Personal Jurisdiction.*

HAYES SOLOWAY P.C.
3450 E. SUNRISE DRIVE
SUITE 140
TUCSON, AZ 85718
TEL. 520.882.7623
FAX. 520.882.7643

175 CANAL STREET
MANCHESTER, NH 03101
TEL. 603.668.1400
FAX. 603.668.8567

DATED this 17th day of May, 2006.

          HAYES SOLOWAY P.C.
          3450 E. Sunrise Drive, Suite 140
          Tucson, Arizona 85718

         By: _____/s/Ashley L. Kirk_____
           Ashley L. Kirk
          *Attorney for Defendants*

Original of the foregoing
electronically filed this 17th
day of May, 2006, with:

The Clerk of the Court
U.S. District Court
405 W. Congress Street
Tucson, Arizona 85701

Copy of the foregoing
mailed this 17th day of
May, 2006, to:

Lisa Anne Smith, Esq.
Shefali Milczarek-Desai, Esq.
**DeConcini McDonald Yetwin & Lacy, P.C.**
2525 East Broadway, Suite 200
Tucson, AZ 85716-5300

Paul J. Andre, Esq.
Lisa Kobialka, Esq.
Esha Bandyopadhyay, Esq.
Sean Boyle, Esq.
**Perkins Coie LLP**
101 Jefferson Drive
Menlo Park, California 94025-1114

_____/s/Kim Good_____

HAYES SOLOWAY P.C.
3450 E. SUNRISE DRIVE,
SUITE 140
TUCSON, AZ 85718
TEL. 520.882.7623
FAX. 520.882.7643

175 CANAL STREET
MANCHESTER, NH 03101
TEL. 603.668.1400
FAX. 603.668.8567

Case 4:06-cv-00173-RCC   Document 41   Filed 05/17/2006   Page 2 of 2