## **INDEX OF EXHIBITS**

| **Exhibit** | **Description** |
|---|---|
| A | Declaration of Timothy Oey |
| B | Declaration of Pat Oey |