# EXHIBIT B

Dockets.Justia.com

Ashley Lynn Kirk
HAYES SOLOWAY PC
3450 E. Sunrise Drive, Suite 140
Tucson, AZ 85718
Telephone: (520) 882-7623
Facsimile: (520) 882-7643

Attorneys for Defendants
TIM OEY and JANE DOE OEY

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| THE FREECYCLE NETWORK, INC., an Arizona non-profit organization, <br><br> Plaintiff, <br><br> v. <br><br> TIM OEY and JANE DOE OEY, <br><br> Defendants | CASE NO. CIV 06-173-TUC-RCC <br><br> DECLARATION OF DEFENDANT PAT OEY IN SUPPORT OF MOTION TO STAY OR TRANSFER <br><br> Date: May 9, 2005 <br> Time: 3:00 p.m. <br> Before: Hon. Raner C. Collins <br> Location: Courtroom 5B |

I, Pat Oey, declare as follows:

1. I am a resident of Sunnyvale, California, and I reside at 795 Allison Way, Sunnyvale, California 94087.

2. I am married to Timothy Oey, who also resides at at 795 Allison Way, Sunnyvale, California 94087.

3. I am not a member of FreecycleSunnyvale, and I am not involved in freecycling other than to point out items that my husband was freecycling to people who would come to pick up the items at our house. I also accompanied my husband to one social event, a picnic for people involved in freecycling in the spring of 2005.

4. The only time that I was physically present in Arizona was during the spring of

44020053.2 -1-

1994 when I spent approximately one day visiting the Four Corners and Monument Valley areas on a sightseeing trip with my husband and child.

5. On Thursday, April 20, 2006, at approximately 7:35 p.m., I was served at my residence with two sets of documents. Both sets of documents had a cover page representing that the cover page was a summons in a civil case in the United States District Court for the District of Arizona. One cover page was addressed to Jane Doe Oey. The other cover page was addressed to Tim Oey. Both sets of documents included:

    (a) The complaint in the above-captioned lawsuit;

    (b) A motion for a temporary restraining order;

    (c) A motion for a preliminary injunction;

    (d) A memorandum in support of the motions for a temporary restraining order and preliminary injunction;

    (e) The Declaration of Esha Bandyopadhyay with attachments;

    (f) The Declaration of Deron Beal with attachments;

    (g) Proposed orders for a temporary restraining order and preliminary injunction.

6. On Thursday, April 20, 2006, when I was served with the documents described in Paragraph 5, my husband, Tim Oey, was in transit and returning from a trip to India.

7. On Friday, April 21, 2006, at approximately 10:00 a.m., I delivered a copy of both sets of the above-described documents to Dennis S. Corgill, at the offices of Mayer, Brown, Rowe & Maw LLP, Two Palo Alto Square, Suite 300, 3000 El Camino Real, Palo Alto, California 94306.

8. On Friday, April 21, 2006, at approximately 2:30, my husband, Tim Oey, returned from his trip to India, and I gave him the documents described in Paragraph 5.

9. At no time prior to April 20, 2006, was I aware that a lawsuit had been filed in Arizona by The Freecycle Network, Inc., and against my husband, Tim Oey, or his wife, "Jane Doe" Oey.

1    I declare under penalty of perjury under the laws of the United States of America that
2    theoregoing is true and correct. Executed in Sunnyvale, California, on May 2, 2006.
3
4                                    *Pat C. Oey*
                                      Pat Oey
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28