# EXHIBIT 1

----- Original Message -----
**From:** Tim Oey
**To:** PenguinPatrol@yahoogroups.com
**Sent:** Tuesday, March 08, 2005 2:30 AM
**Subject:** RE: [PenguinPatrol] Timeline

I think we should roll with what we have and just be ready to answer questions and modify our approach as we go.

The only update that I had on the last version I saw sent out was changing text "the ascii version" to "the symbol".

TIP: If you are sending an email and wish to add the TM,
it makes sense to use the (TM) version rather than the
superscript TM symbol (even if you know how to
generate the ascii version) because most email
programs will not display it right to the recipient.

to

TIP: If you are sending an email and wish to add the TM,
it makes sense to use the (TM) version rather than the
superscript TM symbol (even if you know how to
generate the symbol) because most email
programs will not display it right to the recipient.

Cheers,
Tim


At 12:11 PM -0800 3/7/05, Freecycle Copyright Agent wrote:
>So I assume by your collective silence that all of
>the TM changes are in and we're ready to roll them
>out to the GOAs? I saw that Melissa won't be online
>for a few weeks. Betty- are you comfortable taking

```
>on the Q&A stuff yourself? You will *not* be
>responsible for figuring out the answers to hard
>questions- you can just bring them back here, we'll
>hash them out together, and then you'll have a form
>letter you can use for the future.
>Anything else before we take the leap?
\
```

Please note that this email message is intended only for the addressee(s) and contains information that may be confidential and/or copyrighted.  If you are not the intended recipient please notify the sender by reply email and immediately delete this email. Disclosure, distribution or reproduction of this email by anyone is strictly prohibited.
--------------------------------------------------------------------------
Freecycle and the Freecycle logo are either registered trademarks or trademarks of The Freecycle Network in the United States and/or other countries.

Yahoo! Groups Sponsor
ADVERTISEMENT



**Yahoo! Groups Links**

- To visit your group on the web, go to:
  http://groups.yahoo.com/group/PenguinPatrol/

- To unsubscribe from this group, send an email to:
  PenguinPatrol-unsubscribe@yahoogroups.com

- Your use of Yahoo! Groups is subject to the Yahoo! Terms of Service.