The Freecycle Network, Inc. v. Oey et al                                     Doc. 44 Att. 2

# EXHIBIT 2

Case 4:06-cv-00173-RCC     Document 44-3     Filed 05/18/2006     Page 1 of 7

Dockets.Justia.com

----- Original Message -----
**From:** Tim Oey
**To:** PenguinPatrol@yahoogroups.com
**Sent:** Wednesday, March 16, 2005 1:33 AM
**Subject:** [PenguinPatrol] My recommendations on Trademark policy

```
Hi all,

Below and posted in the Penguin files is my recommendation on what the plain text
version of the Freecycle Trademark and Copyright policy should say so that it can
sent cleanly by email.

Corrections:
- removed the html attribution, it just won't work cleanly, substituted a pointer
to some html others can use
- removed the extra note about updating documents that also said moderators could
not create documents
- changed "ascii version" to "symbol"
- did a few other minor typo corrections

Note that we cannot make this policy cover absolutely everything. But it must be
clearly readable and understandable by everyone.

Cheers,
Tim


----------------------------------------

Freecycle(TM) Trademark and Copyright Policy

[Updated on 2005-03-15 b]


How to Use the Freecycle Trademark

We are doing a really good thing here. And, we are
also learning as we go, which means there will always
```

be evolution and change. Because the Freecycle concept
is unique and amazingly successful, there are many who
have and who would try to use it for personal gain and
profit. For that reason, The Freecycle Network is
incorporated as a non-profit organization, and the
Freecycle name and logo are trademark protected. We
need to do our best to properly use the Freecycle
trademark so that we don't lose the right to it.

In legalese, the use of the term "Freecycle" denotes a
gifting service which is officially approved by the
nonprofit organization "The Freecycle Network," and
one that the public can expect to adhere to certain
standards. The Freecycle Network must approve any
email list or web site that uses the term "Freecycle"
in its name and provides any sort of exchange service.


When using the term "Freecycle" please do the
following:

1) While "The Freecycle Network" is a trade name, it
also functions as a service mark -- i.e., a source
indicator -- so it is ok to use a TM with it.

For example: The Freecycle Network(TM)

When used as a trade name (think proper name), the
term "Freecycle" may be used in place of "The
Freecycle Network" to allow sentences to be more
concise.

For example:  While The Freecycle Network has been
growing by leaps and bounds, Freecycle also remains
true to its core mission.


2) In all other cases, the term "Freecycle" must be
used as an adjective, never as a noun or verb.

For example:
- Do not say "I'm a freecycler." Do say "I'm a
Freecycle member."
- Do not say "Keep on freecyclin!" Do say "Keep on
recyclin', my Freecycle friends!"
- Do not say "Freecycling group." Do say "Freecycle
group"
- Do not say "Please Freecycle." Do say "Please join a
Freecycle group."
- Do not say "There are 10 freecycles in this state."
Do say "There are 10 Freecycle groups in this state."
- Do not say "freecycle's membership.". Do say "The
Freecycle Network's membership."

(Note: new groups may use the word Freecycle in their
group name/title, but should not be approved with any
variations of the word Freecycle in their name, title or
description, like freecycler, freecycling, freecycles.)

3) Attribution Statement. (fancy-speak for a statement
attributing ownership of a trademark to someone at the
bottom of e-mails, etc.)

At the bottom or within the body of all official
Freecycle web sites, articles, documents, press releases,
automatic notices, and group home pages the following
trademark attribution should appear:
_____
Copyright (c) 2003-2005 The Freecycle Network
(http://www.Freecycle.org).  All rights reserved.

Freecycle and the Freecycle logo are trademarks of
The Freecycle Network in the United States and/or
other countries.
_____

For an HTML version to include in your group's
description, please see:
http://groups.yahoo.com/group/freecyclesunnyvale/files/Special/


In group email list footers use the following (in
this case include the lines to set it apart):

_____
Freecycle and the Freecycle logo are trademarks of
The Freecycle Network in the United States and/or
other countries.
_____

To create a footer in your Yahoo group:
a. Log into Yahoo and go to the group page
b. Click on Management on the left
c. Click on Messages on the right
d. Next to Subject Tag and Footer, click Edit
e. Enter the text above in the Footer box
f. Click the Save Changes button


4) The term "Freecycle" in text must always be
capitalized to set it off from the surrounding text.
Example: Freecycle groups are great!


5) If you want to use the official Freecycle logo, it
must include a TM symbol and appear exactly as it does
on http://www.freecycle.org.

It is OK to put adornments around it and behind it.
Never put anything over any portion of the logo or
otherwise obscure or change the basic form of the logo
or the TM symbol.  The graphic logo's use of lowercase
"freecycle" is ok as its design sets it apart.
(Note: new groups must use the official logo, though
they are welcomed to adorn it within these parameters.)


6) E-Mail addresses with the word "Freecycle" in them.
One should consider using something explanatory in

addition to the word "Freecycle" in their e-mail address or ID for clarity's sake. Example: FreecycleSpringfield@hotmail.com.

7) On your local Yahoo group sites, articles, press releases & automatic notices: The first "prominent display" or introduction of the mark (i.e., the first time you use the term Freecycle in a document) needs to be distinguished from other text with a TM (to be replaced with an (R) eventually, once the trademark is registered). This is in addition to the above attribution statement (the footer-note statement in point 3). So, a Freecycle group site should have a TM by the logo at the top and a TM by the first use of The Freecycle Network (or of the word Freecycle, whichever comes first. The other instances of Freecycle can be without a TM marking, though it is still important to capitalize or color them to show they are not just common words.

A great example of how to set up a group correctly can be found at:
http://groups.yahoo.com/group/freecyclesunnyvale/

A. In HTML, use the HTML code "Freecycle&trade;" (without the quotes).
B. For plain ASCII text documents, in email, and in files in a Yahoo group, use "Freecycle(TM)" (without the quotes).
C. Other documents, use any method available to create the TM superscript
D. There's no need to use the TM mark more than once per document.
E. Do not use the TM mark in email addresses, email subject tag lines (such as [freecyclemytown]), group names, or URLs.
F. Do be sure to include the footer in item 3 above, whenever possible.

TIP: If you are sending an email and wish to add the TM, it makes sense to use the (TM) version rather than the superscript TM symbol (even if you know how to generate the symbol) because many email programs will not display it right to the recipient.

8) OPTIONAL: For further information about trademarks and how to use them properly, see:
http://www.inta.org/info/faqs.html
http://www.uspto.gov/main/trademarks.htm

9) A current copy of this trademark use document may be obtained at:
http://freecycle.org/tmfaq.php

Question and Answers:

What happened to the Freecycle service mark (SM)?
Freecycle formerly used the SM (Service Mark)
designation, but for better worldwide uniformity and
recognition, we are now using TM instead of SM.

Is it ok for individual email addresses or URLs to
include the term "freecycle"?
Yes, but please make sure the word is accompanied by
something explanatory, like FreecycleMytownMod.

Do personal emails about Freecycle need to use the TM
mark or trademark attribution?
No. Having the trademark attribution in email list
footers is enough.

Where are the most common places that "Freecycle" use
should be checked?
- Group description/home page
  (Management / Description and Appearance /
Description - Edit)
- Group email footer text (Management / Messages /
Subject Tag and Footer - Edit)
- Group welcome message (Management / Membership /
Welcome Message - Edit)
- All automatically sent notices -- especially the
Freecycle Etiquette document
- Press releases or other stand-alone documents
- Flyers

What changes should I make to my group's Freecycle
Etiquette document?
Make sure all instances of Freecycle are used as an
adjective or trade name. Look at the Freecycle
etiquette text at http://freecycle.org/faq.php for
good examples.

Are modified local logo graphics with our TM still ok?
Adding graphics around the official logo is fine and fun. We do
need to leave the logo itself unaltered (so you're OK
as long as the logo and TM are not covered or obscured
in any way).

What happens when the Freecycle mark becomes
registered?
When this happens, all occurrences of Freecycle(TM)
must change to Freecycle(R), and HTML code
"Freecycle&trade;" to "Freecycle&reg;".

---

Copyright (c) 2004-2005 The Freecycle Network
(http://www.Freecycle.org). All rights reserved.

Freecycle and the Freecycle logo are trademarks of
The Freecycle Network in the United States and/or
other countries.

---

Please note that this email message is intended only for the addressee(s) and contains information that may be confidential and/or copyrighted. If you are not the intended recipient please notify the sender by reply email and immediately delete this email. Disclosure, distribution or reproduction of this email by anyone is strictly prohibited.
---------------------------------------------------------------------------
Freecycle and the Freecycle logo are either registered trademarks or trademarks of The Freecycle Network in the United States and/or other countries.

**Yahoo! Groups Sponsor**
ADVERTISEMENT



**Yahoo! Groups Links**

- To visit your group on the web, go to:
  http://groups.yahoo.com/group/PenguinPatrol/

- To unsubscribe from this group, send an email to:
  PenguinPatrol-unsubscribe@yahoogroups.com

- Your use of Yahoo! Groups is subject to the Yahoo! Terms of Service.