# EXHIBIT 3

```
                IN THE UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF ARIZONA
                        CIVIL MINUTES - GENERAL
```

Date: April 24, 2006

Civil Case No. CV-06-173-TUC-RCC

Title THE FREECYCLE NETWORK, INC., ETC, VS TIM OEY,

========================================================================

Present:            HON. RANER C. COLLINS

Deputy                          Court
Clerk: Maureen Gorski           Reporter: Bonnie Brunotte

ATTORNEY(s) FOR PLAINTIFF           ATTORNEY(s) FOR DEFENDANT

Lisa Kobialka/Shefali Milczarek-Desai      Ashley Kirk
                                    Ian Feinberg/Dennis Corgill-telephonic


========================================================================

**PROCEEDINGS:**     XX   Open Court

HEARING ON PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER:

   Counsel present arguments to the Court.

   **IT IS ORDERED** taking **UNDER ADVISEMENT** Plaintiff's Motion for Temporary Restraining Order (#5)

CC: RCC, COUNSEL