AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
District of ARIZONA

The Freecycle Network, Inc.
V.
Oey et al

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CV 06-173-TUC-RCC

TO: (Name and address of Defendant)

Jane Doe Oey

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

DeConcini McDonald Yetwin & Lacy, P.C.
Lisa Anne Smith
2525 E Broadway, Ste 200
Tucson, AZ. 85716-5300

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Richard H. Weare
CLERK

/s/ G. Acuna
(By) DEPUTY CLERK

**ISSUED ON April 4, 2006 (4:32pm)**

※AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE APRIL 20, 2006 |
| NAME OF SERVER (PRINT) ALFREDO DEL RIO | TITLE MESSENGER |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served:
795 Allison Way, Sunnyvale, CA

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES $144— | TOTAL $144— |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on May 2, 2006
             Date

*Signature of Server*

3790 El Camino Real, Ste 131, Palo Alto, CA
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.