# INDEX OF APPENDICES

| Appendix | Description |
|---|---|
| A | Preliminary Injunction Transcript at pages 7, 33, 34 |
| B | FreecycleSunnyvale v. The Freecycle Network, Defendant's Memorandum in Support of Motion to Dismiss at pages 5 and 6 |
| C | FreecycleSunnyvale v. The Freecycle Network, Reply to Plaintiff's Opposition to Motion to Dismiss at pages 4 and 5 |
| D | FreecycleSunnyvale v. The Freecycle Network, Complaint Exhibit B |
| E | Declaration of Tim Oey in Opposition to Plaintiffs' Motion for Preliminary Injunction at Exhibit B |

The Freecycle Network, Inc. v. Oey et al

Doc. 48 Att. 1

Dockets.Justia.com