**DeCONCINI McDONALD**
 **YETWN & LACY, P.C.**
2525 East Broadway, Suite 200
Tucson, Arizona  85716-5300
Telephone:  520-322-5000
Facsimile:  520-322-5585
LISA ANNE SMITH, AZ Bar No. 016762
(lsmith@dmyl.com)
SHEFALI MILCZAREK-DESAI, AZ Bar No. 021237
(smdesai@dmyl.com)

**PERKINS COIE LLP**
101 Jefferson Drive
Menlo Park, California  94025-1114
Telephone:  (650) 838-4300
Facsimile:  (650) 838-4350
(Admitted *pro hac vice*)
LISA KOBIALKA
(Lkobialka@perkinscoie.com)
ESHA BANDYOPADHYAY
(EBandyopadhyay@perkinscoie.com)
SEAN BOYLE
(Sboyle@perkinscoie.com)

Attorneys for Plaintiff
THE FREECYCLE NETWORK, INC.

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| THE FREECYCLE NETWORK, INC., an Arizona non-profit organization, <br><br> Plaintiff, <br><br> v. <br><br> TIM OEY and JANE DOE OEY, <br><br> Defendants. | CASE NO. CV 06-173 RCC <br><br> **DECLARATION OF LISA KOBIALKA IN SUPPORT OF THE FREECYCLE NETWORK, INC.'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT UNDER FED.R.CIV.P. 12(B)(2) FOR LACK OF JURISDICTION** <br><br> Date:  June 16, 2006 <br> Time:  11 a.m. <br> Judge:  Hon. Raner C. Collins <br> Location:  Tucson Courtroom 5B |

Dockets.Justia.com

I, LISA KOBIALKA, declare as follows:

1. I am an attorney with the law firm of Perkins Coie LLP, counsel of record for Plaintiff The Freecycle Network, Inc. ("The Freecycle Network"). I have personal knowledge of the facts set forth in this declaration and can testify competently to those facts.

2. Attached hereto as Exhibit A is a true and correct copy of the Declaration of Deron Beal in Support of The Freecycle Network, Inc.'s Opposition to Defendants' Motion to Stay or Transfer, filed May 18, 2006.

3. Attached hereto as Exhibit B is a true and correct copy of the Declaration of Deron Beal in Support of The Freecycle Network, Inc.'s Ex Parte Motion for Temporary Restraining Order and Motion for Preliminary Injunction, filed April 19, 2006.

4. Attached hereto as Exhibit C is a true and correct copy of an Internet posting by Tim Oey regarding The Freecycle Network. This Internet posting was printed from the Web site http://www.grist.org on May 25, 2006.

I declare under penalty of perjury of the laws of the State of California that the foregoing is true and correct. Executed this 25th day of May, 2006 in Menlo Park, California.

_____/s/_____

Lisa Kobialka

**CERTIFICATE OF SERVICE**

I hereby certify that on May 25, 2006, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Ashley Lynn Kirk, HAYES SOLOWAY P.C.

s/ Leslie Shields