## **INDEX OF EXHIBITS**

| **Exhibit** | **Description** |
|---|---|
| A | Declaration of Ashley L. Kirk |
| B | Declaration of Robert A. Matson |
| C | Emails of Deron Beal |
| D | Media articles |
| E | Email by Tim Oey |