# EXHIBIT C

Dockets.Justia.com

```
To: freecyclemodsquad@yahoogroups.com
From: "deronbeal" <deron1@worldlinkisp.com>
Date: Wed, 23 Jun 2004 02:19:59 -0000
Subject: [freecyclemodsquad] Re: themed Freecycles
```

Themed freecycles would be countless in number, even if they sound
interesting. I am not allowing them right now as I'd go crazy with
all the links. This is a great thing to make possible on a
freestanding webpage free of yahoo groups later, but not yet please.
Sorry about that....
Deron

---------------------- Yahoo! Groups Sponsor ---------------------~-->
Yahoo! Domains - Claim yours for only $14.70
http://us.click.yahoo.com/Z1wmxD/DREIAA/yOLSAA/rcTolB/TM
-------------------------------------------------------------------~-->


Yahoo! Groups Links

<*> To visit your group on the web, go to:
    http://groups.yahoo.com/group/freecyclemodsquad/

<*> To unsubscribe from this group, send an email to:
    freecyclemodsquad-unsubscribe@yahoogroups.com

<*> Your use of Yahoo! Groups is subject to:
    http://docs.yahoo.com/info/terms/

To: <freecyclemodsquad@yahoogroups.com>
From: "Deron Beal" <deron@rise-inc.org>
Date: Mon, 20 Sep 2004 13:06:57 -0700
Subject: [freecyclemodsquad] WANTED: new newswire person

Hey all,
Pastor Ken is currently swamped with the New Group Approver group which he is helping to moderate, and
he could use someone to step up to the plate to do the Newswire on freecycle.org. It basically means
having google automatically send all newspaper articles on freecycle to you and posting them to the
webpage. I'd say there are about 5 a week. It's not too hard, but does requires a bit of attention to
detail (getting the title right, author, newspaper name, etc and in the right place) and if you
occasionally are in to finding interesting related articles, not about freecycling, that you find
compelling, then you can add those too. Like Eric recently posted an article about the book "The Gift"
by Lewis Hyde which describes the history of gifting economies which a couple of us are now reading.

Interested? Maybe drop Ken a quick line at pastorbelieversunited@yahoo.com

Thanks mucho,
Deron


[Non-text portions of this message have been removed]


---------------------- Yahoo! Groups Sponsor ---------------------->
$9.95 domain names from Yahoo!. Register anything.
http://us.click.yahoo.com/J8kdrA/y20IAA/yQLSAA/rcTolB/TM
-----------------------------------------------------------------__->


Yahoo! Groups Links

<*> To visit your group on the web, go to:
    http://groups.yahoo.com/group/freecyclemodsquad/

<*> To unsubscribe from this group, send an email to:
    freecyclemodsquad-unsubscribe@yahoogroups.com

<*> Your use of Yahoo! Groups is subject to:
    http://docs.yahoo.com/info/terms/

To: freecyclemodsquad@yahoogroups.com
From: "deronbeal" <deron1@worldlinkisp.com>
Date: Mon, 07 Jun 2004 20:56:20 -0000
Subject: [freecyclemodsquad] ADMIN: new mod member with press

Hey all,
Amy Birnbaum with CBS News would like to put together a rockin' good
story about us freecyclers (at least those were approximately her
words). I made her a mod squad member so everyone be good and nice
for a while. She'll be asking for stories and help from you all in a
bit, so put on your thinking caps. She may also be looking for a nice
non-urban, perhaps rural or suburban group that has some good gifting
going on, perhaps in the Northeast....

Fun, fun,
Deron


----------------------- Yahoo! Groups Sponsor ---------------------~-->
Make a clean sweep of pop-up ads. Yahoo! Companion Toolbar.
Now with Pop-Up Blocker. Get it for free!
http://us.click.yahoo.com/L5YrjA/eSIIAA/yQLSAA/rcTolB/TM
-------------------------------------------------------------------~-->


Yahoo! Groups Links

<*> To visit your group on the web, go to:
    http://groups.yahoo.com/group/freecyclemodsquad/

<*> To unsubscribe from this group, send an email to:
    freecyclemodsquad-unsubscribe@yahoogroups.com

<*> Your use of Yahoo! Groups is subject to:
    http://docs.yahoo.com/info/terms/

To: freecyclemodsquad@yahoogroups.com
From: "deronbeal" <deron@freecycle.org>
Date: Sun, 15 Aug 2004 01:46:42 -0000
Subject: [freecyclemodsquad] ADMIN: HURRICANE HELP


Hey all,
If you'd like perhaps, you could forward a similar note to your groups?
Deron
---------------------------------------------------------
Dear Freecyclers,
It is my dream that we as a group will one day be able to send large
volumes of needed supplies (old blankets, clothes, tents, computers)
to regions in crisis. We are headed towards 1/2 a million giving
people, and we could single-handedly solve problems in times of
disaster. Freecyclers... ...them's good people!

Just such a crisis has hit with the current hurricane. However, it
looks like what would currently help most are donations of money. If
you can spare a few bucks for those in need during this time, please
call the Red Cross donation line below.

Thanks to freecyclers everywhere for the good you are doing!!!

American Red Cross Donation Line:
1-800-HELP-NOW
(1-800-435-7669)
English speaking

Keep on freecyclin'!
Deron

The Freecycle Network Founder Guy.




---------------------- Yahoo! Groups Sponsor ---------------------->
Yahoo! Domains - Claim yours for only $14.70
http://us.click.yahoo.com/ZlwmxD/DREIAA/yOLSAA/rcTolB/TM
------------------------------------------------------------------->


Yahoo! Groups Links

<*> To visit your group on the web, go to:
    http://groups.yahoo.com/group/freecyclemodsquad/

<*> To unsubscribe from this group, send an email to:
    freecyclemodsquad-unsubscribe@yahoogroups.com

<*> Your use of Yahoo! Groups is subject to:
    http://docs.yahoo.com/info/terms/