## INDEX OF EXHIBITS

**Appendix**      **Description**

A                 Preliminary Injunction Hearing Transcript at pgs. 12-13

The Freecycle Network, Inc. v. Oey et al   Doc. 53 Att. 1