IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| THE FREECYCLE NETWORK, INC., | ) | No. CV 06-173-TUC-RCC |
| | ) | |
| Plaintiff, | ) | **ORDER DENYING PLAINTIFF'S** |
| | ) | **MOTION FOR RECONSIDERATION** |
| vs. | ) | |
| | ) | |
| TIM OEY AND JANE DOE OEY, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| _____ | ) | |
| | ) | |
| | ) | |
| | ) | |

On May 26, 2006, Plaintiffs submitted their Motion for Reconsideration (Docket # 51).

That motion is denied.

A denial of a motion for reconsideration is reviewed for an abuse of discretion. *See School Dist. No. 1J, Multnomah County v. AcandS, Inc.*, 5 F.3d 1255, 1262 (9th Cir. 1993) The relevant standard for reconsideration comes from Rule 60(b), which "provides for reconsideration only upon a showing of (1) mistake, surprise, or excusable neglect; (2) newly discovered evidence; (3) fraud; (4) void judgment; (5) a satisfied or discharged judgment; or (6) 'extraordinary circumstances' which would justify relief." *Id.* at 1263. A motion for reconsideration should not be used to ask a court to "rethink what the court had already thought through-rightly or wrongly." *Defenders of Wildlife v. Browner*, 909 F. Supp. 1342,

Dockets.Justia.com

1351 (D. Ariz. 1995). Arguments that a court was in error on the issues it considered should be directed to the court of appeals. *Refrigeration Sales Co. v. Mitchell-Jackson, Inc.*, 605 F.Supp. 6, 7 (N.D.Ill. 1983).

After a review of the relevant facts and law as well as Plaintiff's motion, the Court, in its discretion, declines to reconsider the previous ruling. Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion for Reconsideration (Docket # 51) is DENIED.

DATED this 5th day of June, 2006.

_____
Raner C. Collins
United States District Judge