| AO 435 (Rev. 10/05) *Read Instructions on Back:* | Administrative Office of the United States Courts **TRANSCRIPT ORDER** | | FOR COURT USE ONLY **DUE DATE:** | |
|---|---|---|---|---|
| 1. NAME | | 2. PHONE NUMBER | 3. DATE | |
| 4. FIRM NAME | | | | |
| 5. MAILING ADDRESS | | 6. CITY | 7. STATE | 8. ZIP CODE |
| 9. CASE NUMBER | 10. JUDGE | DATES OF PROCEEDINGS | | |
| | | 11. | 12. | |
| 13. CASE NAME | | LOCATION OF PROCEEDINGS | | |
| | | 14. | 15. STATE | |

16. ORDER FOR
   APPEAL               CRIMINAL               CRIMINAL JUSTICE ACT     BANKRUPTCY
   NON-APPEAL     CIVIL                     IN FORMA PAUPERIS        OTHER *(Specify)*

17. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| VOIR DIRE | | TESTIMONY (Specify Witness) | |
| OPENING STATEMENT (Plaintiff) | | | |
| OPENING STATEMENT (Defendant) | | | |
| CLOSING ARGUMENT (Plaintiff) | | PRE-TRIAL PROCEEDING | |
| CLOSING ARGUMENT (Defendant) | | | |
| OPINION OF COURT | | | |
| JURY INSTRUCTIONS | | OTHER (Specify) | |
| SENTENCING | | | |
| BAIL HEARING | | | |

18. ORDER

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FIRST COPY | ADDITIONAL COPIES | DELIVERY INSTRUCTIONS | ESTIMATED COSTS |
|---|---|---|---|---|---|
| ORDINARY | | | NO. OF COPIES | PAPER COPY | |
| EXPEDITED | | | NO. OF COPIES | ELECTRONIC COPY:   DISK | |
| DAILY | | | NO. OF COPIES |    E-MAIL | |
| HOURLY | | | NO. OF COPIES | E-MAIL ADDRESS | |
| CERTIFICATION (19. & 20.) By signing below, I certify that I will pay all charges (deposit plus additional). | | | | ESTIMATE TOTAL | |
| 19. SIGNATURE | | | | PROCESSED BY      PHONE NUMBER | |

20. DATE

| TRANSCRIPT TO BE PREPARED BY | | | NOTE: IF ORDERING BOTH PAPER AND ELECTRONIC COPIES, THERE WILL BE AN ADDITIONAL CHARGE. | |
|---|---|---|---|---|
| | DATE | BY | | |
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |

DISTRIBUTION:   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY