**HAYES SOLOWAY P.C.**
Ashley Lynn Kirk, Arizona State Bar #021866
3450 E. Sunrise Drive, Suite 140
Tucson, Arizona 85718
Telephone: (520) 882-7623
Facsimile: (520) 882-7643

*Attorneys for Defendants.*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| THE FREECYCLE NETWORK, INC., an Arizona non-profit organization,<br><br>Plaintiff,<br><br>v.<br><br>TIM OEY and JANE DOE OEY,<br><br>Defendants. | No. CIV06-173-TUC-RCC<br><br>**NOTICE OF PRELIMINARY INJUNCTION APPEAL** |

Notice is hereby given that Tim Oey and Jane Doe Oey, Defendants in the above named case, hereby appeal to the United States Court of Appeals for the Ninth Circuit from an Order granting Plaintiff's Motion for Preliminary Injunction entered in this action on the 12th day of May, 2006. This notice is timely because it is being submitted within 30 days of the Order entered June 5, 2006 denying Defendants' Motion for Reconsideration made under Rule 59. Fed R. App. P. 4(a)(4).

/ / /

/ / /

HAYES SOLOWAY P.C.
3450 E. SUNRISE DRIVE
SUITE 140
TUCSON, AZ 85718
TEL. 520.882.7623
FAX. 520.882.7643

175 CANAL STREET
MANCHESTER, NH 03101
TEL. 603.668.1400
FAX. 603.668.8567

Case 4:06-cv-00173-RCC   Document 56   Filed 06/15/2006   Page 1 of 2

Dockets.Justia.com

DATED this 15th day of June, 2006.

                HAYES SOLOWAY P.C.
                3450 E. Sunrise Drive, Suite 140
                Tucson, Arizona 85718

                By: /s/Ashley L. Kirk
                        Ashley L. Kirk
                        *Attorney for Defendants*

Original of the foregoing
electronically filed this 15th
day of June, 2006, with:

The Clerk of the Court
U.S. District Court
405 W. Congress Street
Tucson, Arizona 85701

Copy of the foregoing
mailed this 15th day of
June, 2006, to:

Lisa Anne Smith, Esq.
Shefali Milczarek-Desai, Esq.
**DeConcini McDonald Yetwin & Lacy, P.C.**
2525 East Broadway, Suite 200
Tucson, AZ 85716-5300

Paul J. Andre, Esq.
Lisa Kobialka, Esq.
Esha Bandyopadhyay, Esq.
Sean Boyle, Esq.
**Perkins Coie LLP**
101 Jefferson Drive
Menlo Park, California 94025-1114

/s/Kim Good

HAYES SOLOWAY P.C.
3450 E. SUNRISE DRIVE,
SUITE 140
TUCSON, AZ 85718
TEL. 520.882.7623
FAX. 520.882.7643

175 CANAL STREET
MANCHESTER, NH 03101
TEL. 603.668.1400
FAX. 603.668.8567