**HAYES SOLOWAY P.C.**
Ashley Lynn Kirk, Arizona State Bar #021866
3450 E. Sunrise Drive, Suite 140
Tucson, Arizona 85718
Telephone: (520) 882-7623
Facsimile: (520) 882-7643

*Attorneys for Defendants.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| THE FREECYCLE NETWORK, INC., an Arizona non-profit organization,<br><br>Plaintiff,<br><br>v.<br><br>TIM OEY and JANE DOE OEY,<br><br>Defendants. | No. CIV06-173-TUC-RCC<br><br>**REPRESENTATION STATEMENT**<br><br>(Fed. R. App. P. 12(b)) |

Ashley Lynn Kirk represents all of the following parties in this appeal:

1. Tim Oey, defendant.
2. Jane Doe Oey, defendant.

The other parties to this appeal and their counsel are:

The Freecycle Network, Inc., who is represented by:

1.  Paul J. Andre, Esq.
    Lisa Kobialka, Esq.
    Esha Bandyopadhyay, Esq.
    Sean Boyle, Esq.
    **Perkins Coie LLP**
    101 Jefferson Drive
    Menlo Park, California 94025-1114
    Tel: 650-838-4300
    Fax: 650-838-4350

HAYES SOLOWAY P.C.
3450 E. SUNRISE DRIVE
SUITE 140
TUCSON, AZ 85718
TEL. 520.882.7623
FAX. 520.882.7643

175 CANAL STREET
MANCHESTER, NH 03101
TEL. 603.668.1400
FAX. 603.668.8567

2. Lisa Anne Smith, Esq.
   Shefali Milczarek-Desai, Esq.
   **DeConcini McDonald Yetwin & Lacy, P.C.**
   2525 East Broadway, Suite 200
   Tucson, AZ 85716-5300
   Tel: 520-322-5000
   Fax: 520-322-5585

Dated: June 15, 2006.

          HAYES SOLOWAY P.C.
          3450 E. Sunrise Drive, Suite 140
          Tucson, Arizona 85718

          By: _____/s/Ashley L. Kirk_____
               Ashley L. Kirk
          *Attorney for Defendants*

Original of the foregoing
electronically filed this 15th
day of June, 2006, with:

The Clerk of the Court
U.S. District Court
405 W. Congress Street
Tucson, Arizona 85701

Copy of the foregoing
mailed this 15th day of
June, 2006, to:

Lisa Anne Smith, Esq.
Shefali Milczarek-Desai, Esq.
**DeConcini McDonald Yetwin & Lacy, P.C.**
2525 East Broadway, Suite 200
Tucson, AZ 85716-5300

Paul J. Andre, Esq.
Lisa Kobialka, Esq.
Esha Bandyopadhyay, Esq.
Sean Boyle, Esq.
**Perkins Coie LLP**
101 Jefferson Drive
Menlo Park, California 94025-1114

    /s/Kim Good

HAYES SOLOWAY P.C.
3450 E. SUNRISE DRIVE,
SUITE 140
TUCSON, AZ 85718
TEL. 520.882.7623
FAX. 520.882.7643

175 CANAL STREET
MANCHESTER, NH 03101
TEL. 603.668.1400
FAX. 603.668.8567

2