## INDEX OF EXHIBITS

| Appendix | Description |
|---|---|
| A | Order, pages 4, 5 |
| B | Complaint Exhibits E, F, G |
| C | California Order on Motion to Dismiss at page 11 |

Dockets.Justia.com