# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

(CIVIL ORDER - MINUTE ENTRY)

Case No.:   CIV 06-173-TUC-RCC          Date:  June 19, 2006

Title:   The Freecycle Network v. Oey

**HONORABLE RANER C. COLLINS**

    Defendants' Motion Under Fed.R.Civ.P. 62(c) to Stay Preliminary Injunction Pending Appeal (Docket # 59) is DENIED.

_____
Raner C. Collins
United States District Judge