```
__FILED ___LODGED
__RECEIVED ___COPY

2006 JUN 16  P 2:46

CLERK US DISTRICT COURT
  DISTRICT OF ARIZONA
```

06-CV-173
Appeal Fee

```
Court Name: United States District Court
Division: 4
Receipt Number: TUC006183
Cashier ID: tdame
Transaction Date: 06/16/2006
Payer Name: ASHLEY L KIRK

NOTICE OF APPEAL/DOCKETING FEE
 For: ASHLEY L KIRK
 Case/Party: D-AZX-4-06-CV-000173-001
 Amount:         $455.00
-------------------------------------
CREDIT CARD
 Amt Tendered:  $455.00
-------------------------------------
Total Due:      $455.00
Total Tendered: $455.00
Change Amt:     $0.00


A fee of $45 will be assessed on
all returned remittances
```