UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**

**CASE INFORMATION**

**Short Case Title**: THE FREECYCLE NETWORK, INC. V. OEY ET AL

**Court of Appeals No.** (Leave blank if unassigned): _____

**U.S. District Court, Division, & Judge Name**: JUDGE RANER C. COLLINS

**Criminal and/or Civil Case No.**: CV-06-173-TUC-RCC

**Date Complaint/Indictment/Petition Filed**: 04/04/2006 COMPLAINT

**Date Appealed order/Judgment *entered***: _____

**Date NOA *Filed***: 06-15-2006

**Date(s) of Indictment** _____ **Plea Hearing** __ **Sentencing** __

**COA Status** (Check one): __ granted in full (attach order)    __ denied in full (send record)
                        __ granted in part (attach order)    __ pending

**Court Reporter**(s) Name & Phone Number    BONNIE BRUNOTTE (520)205-4267

*Magistrate Judge's Order? If so, please attach*

**FEE INFORMATION**
Date Docket Fee Paid: 6/15/2006 $455.00        Date Docket Fee Billed: _____
Date FP granted: _____                 Date FP denied: _____
Is FP Pending? __ yes __ no            Was FP Limited __? Revoked __ ?
US Government Appeal __ yes __ no
Companion Cases? Please List: _____

*Please attach copy of any order granting, denying, or revoking FP.*

**COUNSEL INFORMATION** (please include email address)
**Appellate Counsel**:             **Appellee Counsel**: Esha Bandyopadhyay
Ashley Lynn Kirk                 101 Jefferson Drive
3450 E. Sunrise Drive, Suite 140     Menlo Park, CA 94025-1114
Tucson, AZ 85718
    Retained     CJA XXXFPD    **Pro Se**    Other     *Please attach appointment order*
**\*\*\*SEE DOCKET SHEET FOR ADDITIONAL APPELLEE COUNSEL\*\*\***

---

AMENDED NOTIFICATION INFORMATION
Date Fees Paid: _____          9th Circuit Docket Number _____

Name & Phone Number of Person Completing this Form: Johnnie-Kaye Montgomery
                                                     (520) 205-4212