| | | | |
|---|---|---|---|
| AO 435 (Rev. 10/05) Read Instructions on Back: | Administrative Office of the United States Courts **TRANSCRIPT ORDER** | | COURT USE ONLY |

| 1. NAME Ashley L. Kirk | 2. PHONE NUMBER (520) 882-7623 | 3. DATE 6/28/2006 |
|---|---|---|
| 4. FIRM NAME Hayes Soloway P.C. | | |
| 5. MAILING ADDRESS 3450 E. Sunrise Drive, Suite 140 | 6. CITY Tucson | 7. STATE AZ / 8. ZIP CODE 85718 |

| 9. CASE NUMBER CIV-06-173-TUC-RCC | 10. JUDGE Raner C. Collins | DATES OF PROCEEDINGS |
|---|---|---|
| | | 11. 5/9/2006 12. |
| 13. CASE NAME The Freecycle Network, Inc. v. Oey et al. | | LOCATION OF PROCEEDINGS |
| | | 14. Tucson 15. STATE AZ |

**16. ORDER FOR**
- [ ] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [x] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER (Specify)

**17. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [ ] OTHER (Specify) | |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

**18. ORDER**

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FIRST COPY | ADDITIONAL COPIES | DELIVERY INSTRUCTIONS | ESTIMATED COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [ ] | NO. OF COPIES | PAPER COPY [x] | |
| EXPEDITED | [ ] | [x] | NO. OF COPIES 1 | ELECTRONIC COPY: DISK [ ] E-MAIL [ ] | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | E-MAIL ADDRESS | |

**CERTIFICATION (19. & 20.)**
By signing below, I certify that I will pay all charges (deposit plus additional).

19. SIGNATURE /s/Ashley L. Kirk

20. DATE 6/28/2006

**NOTE: IF ORDERING BOTH PAPER AND ELECTRONIC COPIES, THERE WILL BE AN ADDITIONAL CHARGE.**

DISTRIBUTION: COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY

# TRANSCRIPT ORDER

AO 435 (Rev. 10/05)
Administrative Office of the United States Courts
Read Instructions on Back.

| 1. NAME Ashley L. Kirk | 2. PHONE NUMBER (520) 882-7623 | 3. DATE 6/28/2006 |
|---|---|---|

**4. FIRM NAME** Hayes Soloway P.C.

| 5. MAILING ADDRESS 3450 E. Sunrise Drive, Suite 140 | 6. CITY Tucson | 7. STATE AZ | 8. ZIP CODE 85718 |
|---|---|---|---|

| 9. CASE NUMBER CIV-06-173-TUC-RCC | 10. JUDGE Raner C. Collins | DATES OF PROCEEDINGS | |
|---|---|---|---|
| | | 11. 4/24/2006 | 12. |

| 13. CASE NAME The Freecycle Network, Inc. v. Oey et al. | LOCATION OF PROCEEDINGS | |
|---|---|---|
| | 14. Tucson | 15. STATE AZ |

**16. ORDER FOR**
- [ ] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [x] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER (Specify)

**17. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [ ] OTHER (Specify) | |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

**18. ORDER**

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FIRST COPY | ADDITIONAL COPIES | DELIVERY INSTRUCTIONS |
|---|---|---|---|---|
| ORDINARY | [ ] | [ ] | NO. OF COPIES | PAPER COPY [x] |
| EXPEDITED | [ ] | [x] | NO. OF COPIES 1 | ELECTRONIC COPY: DISK [ ] |
| DAILY | [ ] | [ ] | NO. OF COPIES | E-MAIL [ ] |
| HOURLY | [ ] | [ ] | NO. OF COPIES | E-MAIL ADDRESS |

**CERTIFICATION (19. & 20.)**
By signing below, I certify that I will pay all charges (deposit plus additional).

19. SIGNATURE /s/Ashley L. Kirk

20. DATE 6/28/2006

**NOTE: IF ORDERING BOTH PAPER AND ELECTRONIC COPIES, THERE WILL BE AN ADDITIONAL CHARGE.**

DISTRIBUTION: COURT COPY    TRANSCRIPTION COPY    ORDER RECEIPT    ORDER COPY

| | | |
|---|---|---|
| **AO 435**<br>(Rev. 10/05)<br>*Read Instructions on Back:* | Administrative Office of the United States Courts<br>**TRANSCRIPT ORDER** | FOR COURT USE ONLY |

| 1. NAME<br>Ashley L. Kirk | 2. PHONE NUMBER<br>(520) 882-7623 | 3. DATE<br>6/28/2006 |
|---|---|---|
| 4. FIRM NAME<br>Hayes Soloway P.C. | | |
| 5. MAILING ADDRESS<br>3450 E. Sunrise Drive, Suite 140 | 6. CITY<br>Tucson | 7. STATE AZ — 8. ZIP CODE 85718 |
| 9. CASE NUMBER<br>CIV-06-173-TUC-RCC | 10. JUDGE<br>Raner C. Collins | DATES OF PROCEEDINGS<br>11. 6/16/2006 — 12. |
| 13. CASE NAME<br>The Freecycle Network, Inc. v. Oey et al. | | LOCATION OF PROCEEDINGS<br>14. Tucson — 15. STATE AZ |

**16. ORDER FOR**
- [ ] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [x] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER (Specify)

**17. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [ ] OTHER (Specify) | |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

**18. ORDER**

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FIRST COPY | ADDITIONAL COPIES | DELIVERY INSTRUCTIONS | ESTIMATED COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [ ] | NO. OF COPIES | PAPER COPY [x] | |
| EXPEDITED | [ ] | [x] | NO. OF COPIES 1 | ELECTRONIC COPY:<br>DISK [ ] | |
| DAILY | [ ] | [ ] | NO. OF COPIES | E-MAIL [ ] | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | E-MAIL ADDRESS | |

**CERTIFICATION (19. & 20.)**
By signing below, I certify that I will pay all charges (deposit plus additional).

19. SIGNATURE
/s/Ashley L. Kirk

20. DATE  6/28/2006

**NOTE: IF ORDERING BOTH PAPER AND ELECTRONIC COPIES, THERE WILL BE AN ADDITIONAL CHARGE.**

**DISTRIBUTION:**   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY