UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

| | |
|---|---|
| THE FREECYCLE NETWORK, INC. )<br>Plaintiff ) | Court of Appeals<br>Docket Number _____ |
| ) | |
| ) | Docket Number of Related |
| vs ) | Cases and/or Cross Appeals |
| ) | |
| ) | District Court Docket Number: |
| TIM OEY, et. al., ) | CV-06-173-TUC-RCC |
| Defendant ) | |
| ) | Date Transcript(s) |
| _____ ) | Filed  06/28/2006 |

CERTIFICATE OF RECORD

This Certificate is submitted in conformance with the U.S. Court
of Appeals for the Ninth Circuit Rule 11-2. The record on appeal,
consisting of the reporter(s) transcripts (if any) and the U.S.
District Court clerk's record is ready for the purpose of the
appeal. This record is available for use by the parties in the
office of the U.S. District Court Clerk.

The documents comprising the District Court clerk's record have
been numbered in conformance with Rule 11(b) of the Federal Rules
of Appellate Procedures. These documents numbers are reflected on
the District Court docket sheet and should be used for reference
purposes in the briefs.

Appeals in Habeas Corpus and 28 U.S.C. 2255 Motion to Vacate
Sentence cases are treated as civil appeals in the Court of
Appeals. Criminal appeal briefing schedules have been set by Time
Schedule Order and no new schedule will be issued upon the filing
of this document. In civil cases, all parties will receive
separate notification of this filing date from the Court of
Appeals.

cc: 9th Circuit COA

RICHARD H. WEARE, CLERK
UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA-TUCSON

BY: Michael E. Sears, Deputy Clerk
DATE: 07/10/2006

Dockets.Justia.com