UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

**JUL 20 2006**

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| THE FREECYCLE NETWORK, INC., | No. 06-16219 |
| Plaintiff - Appellee, | D.C. No. CV-06-00173-RCC |
| | District of Arizona, Tucson |
| v. | |
| TIM OEY; et al., | ORDER |
| Defendants - Appellants. | |

Before: HAWKINS and THOMAS, Circuit Judges.

This is a preliminary injunction appeal.

Appellants' motion for stay pending appeal is granted.

The opening brief has been filed. The answering brief is due August 10,
2006 or within 28 days of service of the opening brief, whichever is earlier; and
the optional reply brief is due within 14 days of service of the answering brief.

Appellants' request for judicial notice and request for oral argument are
referred to the panel assigned to hear the merits of this appeal.



A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

JUL 20 2006

by:
Deputy Clerk

S:\MOATT\Panelord\7.06\cj\06-16219.wpd

Dockets.Justia.com

INTERNAL USE ONLY: Events between 1/1/06 and 1/1/06.
06-16219 The Freecycle Net. v. Oey, et al

THE FREECYCLE NETWORK, INC.           Lisa Anne Smith
      Plaintiff - Appellee             520/322-5000
                                       Suite 200
                                       [COR LD NTC ret]
                                       DECONCINI, McDONALD, BRAMMER,
                                       YETWIN & LACY
                                       2525 E. Broadway
                                       Tucson, AZ 85716-5303

                                       Sean Boyle, Esq.
                                       FAX 650/838-4535
                                       650/838-4335
                                       [COR LD NTC ret]
                                       PERKINS COIE LLP
                                       101 Jefferson Drive
                                       Menlo Park, CA 94402-1114


      v.

TIM OEY                                Donald M. Falk, Esq.
      Defendant - Appellant            FAX 650/331-2060
                                       650/331-2000
                                       Ste. 300
                                       [COR LD NTC ret]
                                       MAYER BROWN ROWE & MAW, LLP
                                       Two Palo Alto Square
                                       Palo Alto, CA 94306-2112

                                       Ian N. Feinberg, Esq.
                                       FAX 650/331-2060
                                       650/331-2000
                                       Suite 300
                                       [COR LD NTC ret]
                                       Dennis Corgill, Esq.
                                       FAX 650/331-4558
                                       650/331-2058
                                       Suite 300
                                       [COR LD NTC ret]
                                       MAYER BROWN ROWE & MAW LLP
                                       3000 El Camino Real
                                       Two Palo Alto Square
                                       Palo Alto, CA 94306-2112

                                       Ashley Lynn Kirk, Esq.
                                       FAX 520/882-7643
                                       520/882-7623
                                       Suite 140
                                       [COR LD NTC ret]
                                       HAYES SOLOWAY P.C.
                                       3450 E. Sunrise Drive
                                       Tucson, AZ 85718

JANE DOE OEY                           Donald M. Falk, Esq.

Docket as of July 19, 2006 2:37 pm                    Page 2    NON-PUBLIC

INTERNAL USE ONLY: Events between 1/1/06 and 1/1/06.
06-16219 The Freecycle Net. v. Oey, et al

     Defendant - Appellant        (See above)
                                       [COR LD NTC ret]

                                       Ian N. Feinberg, Esq.
                                       (See above)
                                       [COR LD NTC ret]
                                       Dennis Corgill, Esq.
                                       (See above)
                                       [COR LD NTC ret]

                                       Ashley Lynn Kirk, Esq.
                                       (See above)
                                       [COR LD NTC ret]

Case 4:06-cv-00173-RCC    Document 72    Filed 07/20/2006    Page 3 of 3