UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | | |
|---|---|---|
| The Freecycle Network, Inc. | ) | Court of Appeals |
| Plaintiff/Appellate | ) | Docket Number <u>06-16219</u> |
| | ) | |
| | ) | Docket Number of Related |
| vs | ) | Cases and/or Cross Appeals |
| | ) | |
| | ) | |
| | ) | District Court Docket Number: |
| Tim Oey | ) | CV-06-173-TUC-RCC |
| Defendant/Appellee | ) | |
| | ) | |
| | ) | Date Transcript(s) |
| _____ | ) | Filed <u>7/17/2006</u> |

CERTIFICATE OF RECORD

This Certificate is submitted in conformance with the U.S. Court of Appeals for the Ninth Circuit Rule 11-2. The record on appeal, consisting of the reporter(s) transcripts (if any) and the U.S. District Court clerk's record is ready for the purpose of the appeal. This record is available for use by the parties in the office of the U.S. District Court Clerk.

The documents comprising the District Court clerk's record have been numbered in conformance with Rule 11(b) of the Federal Rules of Appellate Procedures. These documents numbers are reflected on the District Court docket sheet and should be used for reference purposes in the briefs.

Appeals in Habeas Corpus and 28 U.S.C. 2255 Motion to Vacate Sentence cases are treated as civil appeals in the Court of Appeals. Criminal appeal briefing schedules have been set by Time Schedule Order and no new schedule will be issued upon the filing of this document. In civil cases, all parties will receive separate notification of this filing date from the Court of Appeals.

```
cc: 9th Circuit COA                    RICHARD H. WEARE, CLERK
    Bandyopadhyay (NEF),               UNITED STATES DISTRICT COURT
    Kirk         (NEF)                 DISTRICT OF ARIZONA-TUCSON
```

BY: Tiffany Dame, Deputy Clerk
DATE: 8/18/2006