**HAYES SOLOWAY P.C.**
Stephen B. Mosier, Arizona State Bar No. 024847
Ashley Lynn Kirk, Arizona State Bar #021866
3450 E. Sunrise Drive, Suite 140
Tucson, Arizona  85718
Telephone:  (520) 882-7623
Facsimile:  (520) 882-7643

*Attorneys for Defendants.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| THE FREECYCLE NETWORK, INC., an Arizona non-profit organization,<br><br>Plaintiff,<br><br>v.<br><br>TIM OEY and JANE DOE OEY,<br><br>Defendants. | **No. CIV06-173-TUC-RCC**<br><br>**NOTICE OF APPEARANCE** |

Please enter my appearance on behalf of Defendants TIM OEY and JANE DOE OEY.

DATED this 17th day of April, 2007.

        HAYES SOLOWAY P.C.
        3450 E. Sunrise Drive, Suite 140
        Tucson, Arizona  85718


        By:  /s/ Stephen B. Mosier
            Stephen B. Mosier
        *Attorney for Defendants*

**HAYES SOLOWAY P.C.**
3450 E. SUNRISE DRIVE
SUITE 140
TUCSON, AZ 85718
TEL. 520.882.7623
FAX. 520.882.7643

175 CANAL STREET
MANCHESTER, NH  03101
TEL. 603.668.1400
FAX. 603.668.8567

Original of the foregoing
electronically filed this 17th
day of April, 2007, with:

The Clerk of the Court
U.S. District Court
405 W. Congress Street
Tucson, Arizona 85701

Copy of the foregoing
mailed this 17th day of
April, 2007, to:

Lisa Anne Smith, Esq.
Shefali Milczarek-Desai, Esq.
**DeConcini McDonald Yetwin & Lacy, P.C.**
2525 East Broadway, Suite 200
Tucson, AZ 85716-5300

Paul J. Andre, Esq.
Lisa Kobialka, Esq.
Esha Bandyopadhyay, Esq.
Sean Boyle, Esq.
**Perkins Coie LLP**
101 Jefferson Drive
Menlo Park, CA 94025-1114


      /s/ Sue May

**HAYES SOLOWAY P.C.**
3450 E. SUNRISE DRIVE,
SUITE 140
TUCSON, AZ 85718
TEL. 520.882.7623
FAX. 520.882.7643

175 CANAL STREET
MANCHESTER, NH 03101
TEL. 603.668.1400
FAX. 603.668.8567