HAYES SOLOWAY PC
3450 E SUNRISE DR, STE 140
TUCSON, AZ 85718
520-882-7623
520-882-7643 (FAX)

Attorneys For Defendants

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| THE FREECYCLE NETWORK, INC., A California Limited Partnership,<br><br>Plaintiff,<br><br>V.<br><br>TIM OEY AND JANE DOE OEY.,<br><br>Defendant. | § § § § § § § § § § § | Case No. 4:06-CV-00173-RCC<br><br>MOTION TO WITHDRAW |

Attorney Ashley L. Kirk, one of the attorneys of record for Defendants Tim Oey and Jane Doe Oey (hereinafter "Defendants") in the above-entitled action, respectfully moves this Court for leave to withdraw as counsel of record effective immediately upon entry of the accompanying proposed Order. The undersigned, Attorney Ashley L. Kirk has withdrawn from the firm of Hayes Soloway PC, and has relocated to 112 E. Pecan St., Suite 2400, San Antonio, Texas 78205. Defendants in this action will continue to be represented by the law firm of Hayes

Soloway PC and its attorneys, so Defendants' interests will continue to be protected in all respects. Accordingly, the request of the undersigned for leave to withdraw as counsel of record for the Defendants in all further proceedings in the above-entitled action is well taken, and should be granted.

RESPECTFULLY SUBMITTED this 10th day of July 2007.

JACKSON WALKER LLP
112 E. Pecan, Suite 2400
San Antonio, Texas 78205
(210) 978-7700

By: ______________________
Ashley L. Kirk
Attorneys for Defendants
TIM OEY and JANE DOE OEY

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of July, 2007, I electronically filed the foregoing document with the clerk of court for the U.S. District Court, District of Arizona, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this notice as service of this document by electronic means:

Ian N. Feinberg, ESq.
Donald M. Falk, Esq.
Dennis S. Corgill, Esq.
Mayer, Brown, Rowe & Maw LLP
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306-2112

Lisa Anne Smith, Esq.
DeConcini McDoanld Yetwin & Lacy, P.C.
2525 E. Broadway, Suite 200
Tucson, AZ 85716-5300

Paul J. Andre, Esq.
Sean Boyle, Esq.
Perkins Cole LLP
101 Jefferson Dr.
Menlo Park, CA 94025-11114

Stephen B. Mosier, Esq.
Hayes, Soloway, P.C.
3450 E. sunrise Dr., Suite 140
Tucson, AZ 85718

Ashley L. Kirk

HAYES SOLOWAY PC
3450 E SUNRISE DR, STE 140
TUCSON, AZ 85718
520-882-7623
520-882-7643 (FAX)

Attorneys For Defendants

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

THE FREECYCLE NETWORK, INC., A California Limited Partnership,

Plaintiff,

V.

TIM OEY AND JANE DOE OEY.,

Defendant.

§ § § § § § § § § §

Case No. 4:06-CV-00173-RCC

ORDER GRANTING MOTION TO WITHDRAW

Before the Court came on to be heard Attorney Ashley L. Kirk's motion for leave to withdraw as counsel of record in this matter for the reasons set out therein.

After consideration of said motion, the Court is of the opinion that the same should be GRANTED:

Therefore, it is ORDERED that Attorney Ashley L. Kirk is hereby immediately allowed to withdraw as counsel of record for the Defendants in all further proceedings in the above-entitled action.

SIGNED and ENTERED this ___ day of July 2007.

By: ______________________________
UNITED STATES DISTRICT JUDGE